

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | | ENTERED |
| Garden Oaks Maintenance | § | CASE NO.   18-60018 | 04/20/2018 |
| Organization, Inc. | § | Chapter 11 | |
|    DEBTOR | § | | |
| | § | | |

## ORDER AUTHORIZING DEPOSIT OF FUNDS
[Relates To Docket #__6_____]

It is

**ORDERED** that the Debtor shall immediately deposit the following checks into its Compass money market account – XXX-7245:

| | | | | |
|---|---|---|---|---|
| a. | Check #18000672 | $2,737.50 | 220 W. 34th St. | Brown |
| b. | Check #61066 | $3,321.75 | 232 W. 30th St. | Seabolt |
| c. | Check #2008809 | $4,837.50 | 403 W. 31st St. | Painter |
| d. | Check #65111329 | $4,350.00 | 511 W. 31st St. | Houston |
| e. | Check #128182 | $5,188.96 | 524 W. 30th St. | Neely |
| f. | Check #521035060 | $4,162.50 | 734 W. 42nd St. | Yu/Irvin |
| g. | Check #90024619 | $5,482.50 | 748 W. 42nd St. | Maldonado |
| h. | Check #129112 | $3,900.00 | 753 W. 42nd St. | Gary |
| i. | Check #2008093 | $4,470.00 | 807 W. 42nd St. | Bonner |
| j. | Check #1517 | $10,654.21 | 823 W. 41st St. | Street |
| k. | Check #2008403 | $4,425.00 | 866 Lamonte Ln. | Berg |
| l. | Check #2008417 | $6,315.00 | 1023 Althea Dr. | Kunz/Pauls |
| m. | Check #129596 | $2,925.00 | 1063 W. 43rd St. | Eason |
| n. | Check #65112986 | $3,315.00 | 1066 W. 42nd St. | GMS Int. |
| o. | Check #586016439 | $4,500.00 | 1075 W. 41st St. | Escobedo |
| p. | Check #2008333 | $3,131.73 | 1083 W. 41st St. | Soto |
| q. | Check #2008105 | $3,435.00 | 1547 Sue Barnett | Shinn/Walt |
| r. | Check #65110392 | $3,037.50 | 4211 Apollo St. | Hans |
| s. | Check #685000877 | $1,980.00 | 4303 Apollo St. | Harris |

and it is further

**ORDERED** that the Debtor shall not utilize these funds for any purpose without further order from this Court.

**Signed:  April 20, 2018.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**