IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



ENTERED
04/20/2018

| IN RE: | § | | |
|---|---|---|---|
| | § | | |
| Garden Oaks Maintenance Organization, Inc. | § § | CASE NO. Chapter 11 | 18-60018 |
| DEBTOR | § § | | |

**ORDER SETTING NOTICE PROCEDURES**

[Relates To Docket #__5__]

It is

**ORDERED** that service of pleadings and notices in this matter shall be accomplished as follows:

1. Within 24 hours of the filing of any pleading or notice reflected on the docket of this case, Debtor's representative shall place such item or document on the Debtor's website (www.gardenoaks.org);

2. The website and the postings shall remain accessible by the public;

3. A copy of any filed document or pleading shall also be delivered, either electronically or by postal service, to:

   a. The Debtor;
   b. Debtor's counsel;
   c. Counsel for any Committee;
   d. The twenty largest unsecured creditors;
   e. Any party requesting notice,

and it is further

**ORDERED** that these noticing procedures shall remain in force and effect until further Order of this Court. **

Signed: April 20, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

** The Debtor shall place the Court's form for electronic service on its website so that residents may subscribe to all court filings by e-mail.