**Fill in this information to identify the case**

Debtor name **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **18-60018-H2-11**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1.  **Compass Bank Checking Account** | **Checking account** | 0  5  9  6 | $80,782.98 |
| 3.2.  **Checking Debit Account** | **Checking account** | 7  6  1  7 | $693.72 |
| 3.3.  **Compass Money Market Account** | **Checking account** | 7  2  4  5 | $420,395.83 |

4.  **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

   $501,872.53

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less:   **$40.65**  –  **$0.00**  = ............. ➔   **$40.65**
                  face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   **$34,319.55**  –  **$0.00**  = ............. ➔   **$34,319.55**
                  face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$34,360.20

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor   **Garden Oaks Maintenance Organization, Inc.**                  Case number (if known)   **18-60018-H2-11**
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Sony VAIO laptop** | | $250.00 | | $250.00 |
| **Dell Printer** | | | | $900.00 |
| **Unrepairable Broken Printer Epsom WF 7620** | | $0.00 | | $0.00 |
| **HP 3015 fax/printer** | | | | $10.00 |
| **PC RAM** | | | | $20.00 |
| **Brother Inkjet Tabloid printer** | | | | $139.00 |
| **Uninteruuptable Power Supply Router Hard Drive Ooma Telo - Broadband Phone & Handset** | | | | $635.00 |

**23. Total of Part 5**            **$1,954.00**
Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|
| | Name | | |

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 4 office tables | $800.00 | | $800.00 |
| 20 Office chairs | $900.00 | | $900.00 |
| Office desk | $80.00 | | $80.00 |
| Table | $5.00 | | $5.00 |
| Ampco Cabinet | | | $150.00 |
| waste baskets | | | $3.00 |
| file cabinets(2) | | | $270.00 |
| Office chairs (3) | | | $90.00 |
| Misc. Office Supplies | | | $300.00 |
| **40. Office fixtures** | | | |
| Mounted Subdivision Maps | | | $5.00 |
| Yard Sign Frames (65 used) | | | $0.00 |
| White Board | | | $66.00 |
| paper shredder | | | $54.00 |
| Photo Displays | | | $5.00 |
| Mail Box Combo Lock | | | $9.00 |
| Plan Approval Stamp | | | $5.00 |
| Fire Escape | | | $40.00 |

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Yard Sign Frames (100 new) | | | $100.00 |
| Yard Signs (110 used) | | | $5.00 |
| 4 File cabinets | $500.00 | | $500.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Kenmore 10325 CrossoverMax Upright Vacuum Cleaner | | | $140.00 |
| Fire Extinguisher | | | $40.00 |
| Projection scrn | | | $205.00 |
| projection equip | | | $1,384.00 |
| Roberts Rules of Order (book, quick guide) | | | $28.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $5,184.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.       **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| gardenoaks.org | $0.00 | | $0.00 |
| gardenoaks.net | $0.00 | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Member List | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.       **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**                  Case number (if known)   **18-60018-H2-11**
          Name

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| NOL | Tax year | 2003 | $26,326.00 |
| NOL | Tax year | 2004 | $17,325.00 |
| NOL | Tax year | 2005 | $115,606.00 |
| NOL | Tax year | 2006 | $46,506.00 |
| NOL | Tax year | 2007 | $125,743.00 |
| NOL | Tax year | 2008 | $142,243.00 |
| NOL | Tax year | 2009 | $55,759.00 |
| NOL | Tax year | 2010 | $37,178.00 |
| NOL | Tax year | 2011 | $38,252.00 |
| NOL | Tax year | 2012 | $37,321.00 |
| NOL | Tax year | 2013 | $186,652.00 |
| NOL | Tax year | 2014 | $271,827.00 |
| NOL | Tax year | 2015 | $247,995.00 |
| NOL | Tax year | 2016 | $369,482.00 |
| NOL | Tax year | 2017 | $70,968.00 |

73.  **Interests in insurance policies or annuities**

| | |
|---|---|
| Non-profit professional liability insurance policy with Atain Insurance Company. | Unknown |
| Hartford Casualty Insurance Company - commercial crime policy | Unknown |
| Atain Speciality Insurance Policy - commerical property and general liability | Unknown |

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

Debtor  **Garden Oaks Maintenance Organization, Inc.**                     Case number (if known)  18-60018-H2-11

Name

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

      Transfer fees not yet deposited.                                                                        $82,169.50

78.  **Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.                                         $1,871,352.50

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $501,872.53 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $34,360.20 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $1,954.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,184.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*............................................➔ | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.**  *Copy line 78, Part 11.* | + $1,871,352.50 | |
| 91.  **Total.**  Add lines 80 through 90 for each column. 91a. | $2,414,723.23  +  91b. | $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................  $2,414,723.23

**Fill in this information to identify the case:**

Debtor name **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-60018-H2-11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Creditor's mailing address** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☐ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

**Fill in this information to identify the case:**

Debtor    **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **18-60018-H2-11**

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.76 |

**1054 Lamonte, LLC**

**7575 San Felipe St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77063**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.50 |

**1948 Inc. Chris Malvansos**

**1503 Banks St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77006**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 |

**1948 Inc. Chris Malvansos**

**1503 Banks St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77006**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,539.78 |

**5 Star Construction**

**1119 Richelieu Lane**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-2019**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

**867 Lamonte LLC**

**1018 Althea**

Houston            TX      77018

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,862.67

---

**3.6** Nonpriority creditor's name and mailing address

**A-1 Monument Enterprises Inc.**

**P.O. Box 488**

Spring            TX      77383-0488

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,425.00

---

**3.7** Nonpriority creditor's name and mailing address

**A-1 Monument Enterprises Inc.**

**P.O. Box 488**

Spring            TX      77383-0488

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,875.00

---

**3.8** Nonpriority creditor's name and mailing address

**Aaron & Christina Gobe**

**721 Garden Oaks Blvd**

Houston            TX      77018-5407

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,712.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   Nonpriority creditor's name and mailing address

**Aaron & Christina Knape**

**323 W 34th St**

**Houston**                    **TX**      **77018-7611**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,962.50**

---

**3.10**   Nonpriority creditor's name and mailing address

**Aaron & Linette Brezina Litrell**

**4519 Oxbow Cir W.**

**Fulshear**                   **TX**      **77441-4547**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,700.00**

---

**3.11**   Nonpriority creditor's name and mailing address

**Acosta Shelia & Jaime Acosta**

**332 W 30th St**

**Houston**                    **TX**      **77018-8304**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.12**   Nonpriority creditor's name and mailing address

**Ada Williams**

**223 W 30th St**

**Houston**                    **TX**      **77018-8301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Adam & Ashley Scheele**

**Apt. 5210**

**2900 N Braeswood Blvd**

**Houston**                    **TX**      **77025-2365**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,646.15**

---

**3.14**   Nonpriority creditor's name and mailing address

**Adam & Johanna Robinson**

**331 W 32nd St**

**Houston**                    **TX**      **77018-8321**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,858.38**

---

**3.15**   Nonpriority creditor's name and mailing address

**Adam & Julia Taranto**

**14 Flax Mill Holw**

**Branford**                    **CT**      **06405-2872**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,367.25**

---

**3.16**   Nonpriority creditor's name and mailing address

**Adam & Nadia Heffernan**

**3123 Lawrence St**

**Houston**                    **TX**      **77018-8329**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,712.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.17** | **Nonpriority creditor's name and mailing address**

Adam B. Robertson

1121 Cheshire Ln

Houston                    TX      77018-2013

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,475.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**

Adam Lambert

1821 Albans Rd

Houston                    TX      77005

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**

Adam M. ("Mike") McGuire

5907 15th St

Lubbock                    TX      79416-5109

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**

Adam Ochs

1039 W 43rd St

Houston                    TX      77018-4301

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,305.28**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,690.00 |

**3.21** Nonpriority creditor's name and mailing address

**Adam R.  Jackson**

**851 W 43rd St**

**Houston**                    **TX**      **77018-4403**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,690.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Adan Velez**

**846 W 43rd St**

**Houston**                    **TX**      **77018-4404**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,528.50**

---

**3.23** Nonpriority creditor's name and mailing address

**Adolph Roesler**

**817 W 32nd St**

**Houston**                    **TX**      **77018-7503**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Adrian & Anna De Monchy**

**777 Sue Barnett Dr**

**Houston**                    **TX**      **77018-5411**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,552.50**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

Adrian Berry

1650 Glen Moor Dr.

Lakewood                    CO      80215-3034

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,166.00

---

**3.26**   Nonpriority creditor's name and mailing address

Adrian Mora & Zulia Rivadeneyra

1321 Prince St

Houston                     TX      77008

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,112.50

---

**3.27**   Nonpriority creditor's name and mailing address

Adriana & Hector Garza

432 W 33rd St

Houston                     TX      77018-7606

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.28**   Nonpriority creditor's name and mailing address

Adriana Gonzalez

231 W 31st St

Houston                     TX      77018-8311

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,811.85

---

Debtor **Garden Oaks Maintenance Organization, Inc.**          Case number (if known) **18-60018-H2-11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**  Nonpriority creditor's name and mailing address

**Adriana Gonzalez**

**714 W 41st St**

**Houston**                    **TX**      **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,187.50**

---

**3.30**  Nonpriority creditor's name and mailing address

**Afif & Kayla Najjar**

**1038 Gardenia Dr**

**Houston**                    **TX**      **77018-4313**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,682.50**

---

**3.31**  Nonpriority creditor's name and mailing address

**Ahmed Mubbasheer**

**332 W 32nd St**

**Houston**                    **TX**      **77018-8322**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,675.00**

---

**3.32**  Nonpriority creditor's name and mailing address

**Aida Galindo**

**1050 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,516.46**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

**3.33**   **Nonpriority creditor's name and mailing address**

**Aikaterini Lykourgou & Cedric R. Benkows**

**403 W 31st St**

**Houston**                **TX**      **77018-8315**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,472.00**

**Last 4 digits of account number**      __ __ __ __

---

**3.34**   **Nonpriority creditor's name and mailing address**

**Al Mcclimans**

**842 W 43rd St**

**Houston**                **TX**      **77018-4404**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

**Last 4 digits of account number**      __ __ __ __

---

**3.35**   **Nonpriority creditor's name and mailing address**

**Ala Alkofahi**

**6002 Brookway Willow Dr**

**Spring**                **TX**      **77379**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,552.69**

**Last 4 digits of account number**      __ __ __ __

---

**3.36**   **Nonpriority creditor's name and mailing address**

**Alan & Deborah Pfeiffer-Traum**

**1047 Gardenia Dr**

**Houston**                **TX**      **77018-4312**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

Is the claim subject to offset?

☑ No
☐ Yes

**$4,125.00**

**Last 4 digits of account number**      __ __ __ __

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.37** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Alan Brown**

**232 W 31st St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**      **TX**     **77018-8312**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.38** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,173.00**

**Alan Mclean**

**208 W 31st St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**      **TX**     **77018-8312**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.39** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Alan Peters**

**827 Azalea St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**      **TX**     **77018-4409**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.40** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,050.00**

**Alan Peters**

**827 Azalea St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**      **TX**     **77018-4409**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Alben Kwiatkowski**

**515 W 34th St**

**Houston**                     **TX**      **77018-7615**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,402.50

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Albert Brooks**

**741 W 38th St**

**Houston**                     **TX**      **77018-5401**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,130.00

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Albert Duran**

**Apt 1809**

**3700 Watonga Blvd**

**Houston**                     **TX**      **77092-6731**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,287.50

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Alberto Shaver Marsden**

**1970 Baldpate Ct.**

**Estes Park**                     **CO**      **80517-7144**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,968.75

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | | **$2,130.00** |

**Alec King**

**9105 Burley Dr.**

**Bethesda**　　　　　**MD**　　**20817-3409**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | | **$86.25** |

**Alejandro Torres**

**6626 Deer Ridge Ln.**

**Houston**　　　　　**TX**　　**77086-2106**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | | **$0.00** |

**Alex Benjamin Haas & Rachael Marie Thorb**

**4211 Apollo St**

**Houston**　　　　　**TX**　　**77018-4310**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | | **$2,850.00** |

**Alex LeBuffe & Jill Pelkemeyer**

**13831 Queensbury Ln**

**Houston**　　　　　**TX**　　**77079-3320**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

**Alexander & Jessica Huynh**

**1006 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,371.21

---

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

**Alexandra & Sigrid Ruz**

**2525 Leyden St.**

**Denver**                     **CO**      **80207-3443**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,995.00

---

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

**Alfonso Escalante**

**334 Sulky Trail St.**

**Houston**                    **TX**      **77060-4143**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,912.50

---

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

**Alfred G. & Gloria A. Gutierrez**

**531 W 30th St**

**Houston**                    **TX**      **77018-8307**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,352.30

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

Alicia Evans

4701 Cottonwood St.

☑ Contingent
☐ Unliquidated
☑ Disputed

Austin                          TX      78744-3039

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

Allan Watty & Glenda Carmon

512 W 30th St

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-8308

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,406.24 |
|---|---|---|---|

Alleanza Custom Homes LLC

Suite 1

3500 E. T. C. Jester

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,186.41 |
|---|---|---|---|

Allen & Yvonne Rice

4331 Apollo St

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-4303

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.57**  Nonpriority creditor's name and mailing address

**Allen Brockermeyer**

**1074 W 43rd St**

**Houston**                          **TX**        **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.58**  Nonpriority creditor's name and mailing address

**Allen Craig**

**1015 Gardenia Dr**

**Houston**                          **TX**        **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.59**  Nonpriority creditor's name and mailing address

**Alliance Collins LLC**

**835 W 43rd St**

**Houston**                          **TX**        **77018**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,237.50**

---

**3.60**  Nonpriority creditor's name and mailing address

**Allison & Joseph Adams**

**831 W 43rd St**

**Houston**                          **TX**        **77018-4403**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,476.46**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                                                 **Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Allton Richardson**

**4243 Apollo St**

Houston                    TX      77018-4310

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Allyson Faist**

**423 W 33rd St**

Houston                    TX      77018-7605

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Allyson L. Lane**

**1911 E Lawrence Rd**

Phoenix                    AZ      85016-1138

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Alonzo Rodriguez**

**1638 Camelian St**

Anaheim                    CA      92802

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,200.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**  Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**  Nonpriority creditor's name and mailing address

**Alsexander & Mary Martinez**

**6693 FM 1774**

**Navasota**　　　　　**TX**　　**77868-6217**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.66**  Nonpriority creditor's name and mailing address

**Alson Garcia**

**711 W 43rd St**

**Houston**　　　　　**TX**　　**77018-4401**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,625.00**

---

**3.67**  Nonpriority creditor's name and mailing address

**Alvaro Arrazola**

**8826 Ballinger Dr**

**Houston**　　　　　**TX**　　**77064-8875**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,518.80**

---

**3.68**  Nonpriority creditor's name and mailing address

**Alvin Jackson**

**8414 Glencross St.**

**Houston**　　　　　**TX**　　**77061-2314**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,185.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)  18-60018-H2-11

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.69**  Nonpriority creditor's name and mailing address

**Alvin Thomas & Dea Larson**

**823 Lamonte Ln**

Houston                    TX      77018-4436

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,740.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.70**  Nonpriority creditor's name and mailing address

**Amanda Bird & Johnny Smith**

**705 W 39th St**

Houston                    TX      77018-5403

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,460.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.71**  Nonpriority creditor's name and mailing address

**Amber Graham**

**5443 Larkin St.**

Houston                    TX      77007-1803

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.72**  Nonpriority creditor's name and mailing address

**Amparo Yanez Guerra**

**1217 Du Barry Ln**

Houston                    TX      77018-5237

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,987.50

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Garden Oaks Maintenance Organization, Inc.**       Case number (if known) **18-60018-H2-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**

**Amy Allen & Arthur McLain**

**1019 W 41st St**

Basis for the claim:

**Houston**              **TX**     **77018-5201**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$2,291.25**

**Amy Collins & Benjamin Nettleton**

**4215 Apollo St**

Basis for the claim:

**Houston**              **TX**     **77018-4310**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$2,752.50**

**Amy E. Rose**

**8123 Silent Cedars Dr**

Basis for the claim:

**Houston**              **TX**     **77095-1800**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$2,010.00**

**Amy E. Welty**

**1 Hampton Ct.**

Basis for the claim:

**Houston**              **TX**     **77024-5447**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.
**Amount of claim**

---

**3.77**   **Nonpriority creditor's name and mailing address**

Andi N. Joyner & Marek P. Crabbs

1063 W 42nd St.

Houston                    TX      77018-4307

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,175.91**

---

**3.78**   **Nonpriority creditor's name and mailing address**

Andrea B. & James C. Stautberg

1007 W 41st St

Houston                    TX      77018-5202

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,931.25**

---

**3.79**   **Nonpriority creditor's name and mailing address**

Andrew & Tana Taylor

219 W 31st St

Houston                    TX      77018-8311

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,460.00**

---

**3.80**   **Nonpriority creditor's name and mailing address**

Andrew Baker

1020 W 42nd St

Houston                    TX      77018-4314

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,362.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**   Nonpriority creditor's name and mailing address

**Andrew Bower & Heidi Leighty**

**228 W 32nd St**

**Houston**                    **TX**     **77018-8320**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$4,050.00**

---

**3.82**   Nonpriority creditor's name and mailing address

**Andrew R. Mireles**

**1002 W 43rd St**

**Houston**                    **TX**     **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,672.50**

---

**3.83**   Nonpriority creditor's name and mailing address

**Andrew Slania & Ashley Keene**

**216 W 32nd St**

**Houston**                    **TX**     **77018-8320**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,230.52**

---

**3.84**   Nonpriority creditor's name and mailing address

**Andrew Soto**

**1083 W 41st St**

**Houston**                    **TX**     **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                     Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**Angela & David Winston**

**526 W 34th St**

**Houston**                     **TX**     **77018-7650**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Angela Arolfo**

**Unit 1051**

**5353 Memorial Dr.**

**Houston**                     **TX**     **77007-8269**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**Angela Gilliland**

**Apt. 445**

**2300 Mccue Rd.**

**Houston**                     **TX**     **77056-4641**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,837.50**

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Angela Lane & Nicholas Eoff**

**709 W 41st St**

**Houston**                     **TX**     **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,835.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                  Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,045.00 |
|---|---|---|---|

Angela Teer & Jeremy Williams

3213 Lawrence St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

| Houston | TX | 77018-7616 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,061.00 |
|---|---|---|---|

Angela Weltin

1567 Sue Barnett Dr

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

| Houston | TX | 77018-4305 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,250.00 |
|---|---|---|---|

Angelica & Mark Sullivan

830 W 43rd St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

| Houston | TX | 77018-4404 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

Angeline Smith

730 W 38th St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

| Houston | TX | 77018-5402 |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.93** | Nonpriority creditor's name and mailing address

**Angie Dinh & Jeff Fantich**

**Suite 250**

**3425 S Shepherd Dr**

**Houston**          **TX**     **77098-3337**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,503.38**

---

**3.94** | Nonpriority creditor's name and mailing address

**Ann & Johnny Bone**

**801 W 34th St**

**Houston**          **TX**     **77018-6316**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.95** | Nonpriority creditor's name and mailing address

**Ann & Mark Herzog**

**524 W 33rd St**

**Houston**          **TX**     **77018-7608**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,125.00**

---

**3.96** | Nonpriority creditor's name and mailing address

**Ann & Ronald Sledge**

**818 W 41st St**

**Houston**          **TX**     **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.97**   Nonpriority creditor's name and mailing address

**Ann Kasischke**

**3110 Randall St**

**Houston**            **TX**     **77018-7507**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.98**   Nonpriority creditor's name and mailing address

**Ann Nancy & Mark Polasek**

**512 W 32nd St**

**Houston**            **TX**     **77018-8326**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.99**   Nonpriority creditor's name and mailing address

**Anna & Larry Torres**

**1055 W 41st St**

**Houston**            **TX**     **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.100**   Nonpriority creditor's name and mailing address

**Anna Rennie**

**734 W 38th St**

**Houston**            **TX**     **77018-5402**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Annie & Elvis Gattis**

**746 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston          TX      77018-5412**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,185.00** |
|---|---|---|---|

**Annie Gattis & Trust**

**746 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston          TX      77018-5412**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,172.50** |
|---|---|---|---|

**Annie Ho & Peter Bang**

**720 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston          TX      77018-4402**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,311.79** |
|---|---|---|---|

**Anthony & Claudia Colca**

**231 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston          TX      77018-7601**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.55** |

**Anthony D'Amico**

**13403 Perthshire Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77079-6027**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Padilla**

**1046 Gardenia Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-4313**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,937.50** |

**Antoine Minois**

**1054 Althea Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-5204**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Antonio Avila**

**11423 Edmond Thorpe Lane**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Tomball**          **TX**    **77375**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.109** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Antonio Donado** | ☑ Contingent |
| **1579 Sue Barnett** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**            **TX**      **77018-4305** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes |

**$0.00**

| | |
|---|---|
| **3.110** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Antonio Maldonado Jr** | ☑ Contingent |
| **2019 Saxon Dr** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**            **TX**      **77018-4635** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes |

**$2,294.00**

| | |
|---|---|
| **3.111** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Anya S. Marmuscak** | ☑ Contingent |
| **Apt 705** | ☐ Unliquidated |
| **4200 Scotland St.** | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**            **TX**      **77007-7489** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes |

**$1,626.20**

| | |
|---|---|
| **3.112** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **April & Jose Silva** | ☑ Contingent |
| **254 N Maple Glade Cir.** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **The Woodlands**        **TX**      **77382-1433** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes |

**$1,498.13**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

|  | | Amount of claim |
|---|---|---|

**3.113**   **Nonpriority creditor's name and mailing address**

**April Beasley & Thomas Tekavec**

**328 W 30th St**

**Houston**                        **TX**      **77018-8304**

Date or dates debt was incurred

Last 4 digits of account number          __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $2,400.00**

---

**3.114**   **Nonpriority creditor's name and mailing address**

**Arthur & Elizabeth Evans**

**8731 Andante Dr**

**Houston**                        **TX**      **77040-2543**

Date or dates debt was incurred

Last 4 digits of account number          __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.115**   **Nonpriority creditor's name and mailing address**

**Arthur & Mia Teed**

**1071 W 41st St**

**Houston**                        **TX**      **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number          __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $3,900.00**

---

**3.116**   **Nonpriority creditor's name and mailing address**

**Arthur Tan & Saul Estrella**

**415 W 33rd St**

**Houston**                        **TX**      **77018-7605**

Date or dates debt was incurred

Last 4 digits of account number          __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $6,000.00**

---

Debtor **Garden Oaks Maintenance Organization, Inc.**     Case number (if known) 18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117**   Nonpriority creditor's name and mailing address

**Ascot Development LLC**

**Suite 5**

**15885 Hwy 105 W**

**Magnolia**                    **TX**     **77356**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,625.00

---

**3.118**   Nonpriority creditor's name and mailing address

**Ashley B. Patten**

**1342 Sue Barnett Dr**

**Houston**                     **TX**     **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,856.37

---

**3.119**   Nonpriority creditor's name and mailing address

**Ashley Newton**

**761 W 42nd St**

**Houston**                     **TX**     **77018-4428**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,518.75

---

**3.120**   Nonpriority creditor's name and mailing address

**Asuncion & Maria C. Heras**

**802 Janisch Rd.**

**Houston**                     **TX**     **77018-1512**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,725.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
|---|---|---|

**3.121**   Nonpriority creditor's name and mailing address

**Audrey Martin & Cinthia Prouty**

**713 Sue Barnett Dr**

**Houston**                    **TX**     **77007**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.122**   Nonpriority creditor's name and mailing address

**Avant Garde Construction**

**1035 W 43rd St**

**Houston**                    **TX**     **77018**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,755.00**

---

**3.123**   Nonpriority creditor's name and mailing address

**B Tracy A Joyce**

**1407 Althea Dr**

**Houston**                    **TX**     **77018-5117**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.124**   Nonpriority creditor's name and mailing address

**Barbara & Brian Ballance**

**407 W 33rd St**

**Houston**                    **TX**     **77018-7605**

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
| --- | --- | --- |

**3.125** Nonpriority creditor's name and mailing address

**Barbara & Gregory Mullen**

**1071 Lamonte Ln**

**Houston**          **TX**     **77018-4318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,987.50**

---

**3.126** Nonpriority creditor's name and mailing address

**Barbara & John Arnett**

**806 W 42nd St**

**Houston**          **TX**     **77018-5310**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.127** Nonpriority creditor's name and mailing address

**Barbara Hutson**

**805 W 32nd St**

**Houston**          **TX**     **77018-7503**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.128** Nonpriority creditor's name and mailing address

**Barbara McConn**

**312 W 32nd St**

**Houston**          **TX**     **77018-8322**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.129** | Nonpriority creditor's name and mailing address

Barbara Mercer

332 W 33rd St

Houston                              TX        77018-7604

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.130** | Nonpriority creditor's name and mailing address

Barney J. & Frances H. Gary

19601 Whispering Breeze Ln

Houston                              TX        77094-2969

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.131** | Nonpriority creditor's name and mailing address

Barrett Schick

707 Cinnamon Oak Ln

Houston                              TX        77079-3732

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,490.00**

---

**3.132** | Nonpriority creditor's name and mailing address

Barry Helton & Vera Colwell

1083 W 43rd St

Houston                              TX        77018-4301

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133**  Nonpriority creditor's name and mailing address

**Bart Villafranca & Shun Tai Chan**

**1315 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,064.39

---

**3.134**  Nonpriority creditor's name and mailing address

**Bartula Brothers Construction LLC**

**1232 Thornton**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,914.78

---

**3.135**  Nonpriority creditor's name and mailing address

**Bartula Brothers Construction, LLC**

**1232 Thornton**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

**3.136**  Nonpriority creditor's name and mailing address

**Beau Clark**

**1608 Bedford Dr**

**Midland**                    **TX**      **79701-5705**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,985.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.137**   Nonpriority creditor's name and mailing address

**Ben Hogan**

**1719 Enfield Rd.**

**Austin**                          **TX**       **78703-3308**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,650.00

---

**3.138**   Nonpriority creditor's name and mailing address

**Benjamin & Julia Johnson**

**11818 Deep Woods Dr.**

**Cypress**                        **TX**       **77429-2779**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,425.00

---

**3.139**   Nonpriority creditor's name and mailing address

**Benjamin C. & Sarah T. Becker**

**1020 Cheshire Ln**

**Houston**                        **TX**       **77018-2012**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,202.00

---

**3.140**   Nonpriority creditor's name and mailing address

**BenTex Holdings**

**5626 Valley Scene Way**

**Spring**                          **TX**       **77379-4986**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,646.25

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.141** Nonpriority creditor's name and mailing address

**Bentex Holdings LP**

**5626 Valley Scene Way**

Spring                                    **TX**      **77379-4986**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,843.75**

---

**3.142** Nonpriority creditor's name and mailing address

**Bentex Holdings LP**

**57 Champions Bend Cir**

Houston                               **TX**      **77069-1865**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,935.00**

---

**3.143** Nonpriority creditor's name and mailing address

**Bertrand Oriot**

**320 W 31st St**

Houston                               **TX**      **77018-8314**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,387.50**

---

**3.144** Nonpriority creditor's name and mailing address

**Bessie & Walter Benefiel**

**821 W 32nd St**

Houston                               **TX**      **77018-7503**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145** Nonpriority creditor's name and mailing address

**Beth & Sean Jez**

**802 W 31st St**

**Houston**                 **TX**     **77018-7512**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.146** Nonpriority creditor's name and mailing address

**Betty & Robert Geraci**

**1007 W 43rd St**

**Houston**                 **TX**     **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,610.35**

---

**3.147** Nonpriority creditor's name and mailing address

**Betty Lane**

**826 W 41st St**

**Houston**                 **TX**     **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.148** Nonpriority creditor's name and mailing address

**Beverly Burnett & Adrienne Childress**

**3002 Randall St**

**Houston**                 **TX**     **77018-7505**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.149** Nonpriority creditor's name and mailing address

**Beverly Miller**

**10230 Oakpoint Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston** **TX** **77043-4222**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.150** Nonpriority creditor's name and mailing address

**Blake & Amanda Kridel**

**327 W 33rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston** **TX** **77018-7603**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,018.75**

---

**3.151** Nonpriority creditor's name and mailing address

**Blake E. Lupton**

**2409 Yoakum Blvd**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston** **TX** **77006-1219**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$2,040.79**

---

**3.152** Nonpriority creditor's name and mailing address

**Bobby Collier**

**101 Infield Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Rosharon** **TX** **77583**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,020.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.153 | Nonpriority creditor's name and mailing address |
|---|---|

**Bolanos & Sebastiani**

**511 W 30th St**

| Houston | TX | 77018-8307 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,351.25**

---

| 3.154 | Nonpriority creditor's name and mailing address |
|---|---|

**Brad & Elizabeth Thielemann**

**13730 Alchester Ln**

| Houston | TX | 77079-7010 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,766.26**

---

| 3.155 | Nonpriority creditor's name and mailing address |
|---|---|

**Brad Runge**

**Apt 412**

**747 N College Ave**

| Indianapolis | IN | 46202-3859 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,792.50**

---

| 3.156 | Nonpriority creditor's name and mailing address |
|---|---|

**Brad T. Wyly**

**1513 Wakefield Dr.**

| Houston | TX | 77018-5131 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,349.25**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.157 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Bradford Construction**

**12810 Lakeside Terrace Dr**

**Houston**                             **TX        77044**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$975.00**

| 3.158 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Bradley Alexander**

**435 W 30th St**

**Houston**                             **TX        77018-8305**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,887.50**

| 3.159 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Bradley Ronald & Susan Carroll Hem**

**1407 Candlelight Ln.**

**Houston**                             **TX        77018-1820**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,758.74**

| 3.160 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Branard Park**

**401 Aurora St**

**Houston**                             **TX        77008**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,121.25**

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.161**   Nonpriority creditor's name and mailing address

**Branard Park**

**401 Aurora St**

**Houston**                          **TX        77008**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,215.00**

**3.162**   Nonpriority creditor's name and mailing address

**Branard Park**

**401 Aurora St**

**Houston**                          **TX        77008**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,162.50**

**3.163**   Nonpriority creditor's name and mailing address

**Branard Park Limited**

**401 Aurora St**

**Houston**                          **TX        77008**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,252.50**

**3.164**   Nonpriority creditor's name and mailing address

**Branden Shirley**

**209 W Peach St.**

**Fredericksburg**                          **TX        78624-3724**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,496.25**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.165** Nonpriority creditor's name and mailing address

**Brandon & Christina Buehring**

**523 W 33rd St**

Houston                    TX     77018-7607

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,825.00**

---

**3.166** Nonpriority creditor's name and mailing address

**Brandon & Christina Buehring**

**523 W 33rd St**

Houston                    TX     77018-7607

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,250.00**

---

**3.167** Nonpriority creditor's name and mailing address

**Brandon & Megan Long**

**834 W 41st St**

Houston                    TX     77018-5308

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,237.50**

---

**3.168** Nonpriority creditor's name and mailing address

**Brandon & Stephanie Elam**

**1522 Sue Barnett Dr**

Houston                    TX     77018-4306

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,112.50**

---

Debtor __**Garden Oaks Maintenance Organization, Inc.**__     Case number (if known) __18-60018-H2-11__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.169**   Nonpriority creditor's name and mailing address

**Brandon & Stephanie Goodwin**

**1058 W 41st St**

**Houston**                        **TX**      **77018-5202**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.170**   Nonpriority creditor's name and mailing address

**Brandon & Tommi Wardel**

**714 W 38th St**

**Houston**                        **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,537.50**

---

**3.171**   Nonpriority creditor's name and mailing address

**Brandon B. & Amanda H. Gregory**

**10335 Londonderry Dr**

**Houston**                        **TX**      **77043-3338**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,652.46**

---

**3.172**   Nonpriority creditor's name and mailing address

**Brandon Goss**

**2340 Bois D Arc Ln.**

**Midlothian**                     **TX**      **76065-6140**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173**  Nonpriority creditor's name and mailing address

Brandon Krueger

833 Studewood St

Houston                    TX       77007

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,425.00

---

**3.174**  Nonpriority creditor's name and mailing address

Brandon&Stephanie Elam

1522 Sue Barnett Dr

Houston                    TX       77018-4306

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,085.00

---

**3.175**  Nonpriority creditor's name and mailing address

Braxton & Julie Maddox

867 Lamonte Ln

Houston                    TX       77018-4436

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,725.00

---

**3.176**  Nonpriority creditor's name and mailing address

Brennan K. Taylor

1030 Lamonte Ln

Houston                    TX       77018-4319

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,387.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,921.25 |
|---|---|---|---|

**Brent & Megan Byrd**

**1058 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX        77018-4314

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,362.50 |
|---|---|---|---|

**Brent L. & Shelly L. Vannoy**

**721 W 39th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX        77018

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,590.00 |
|---|---|---|---|

**Brent Smith**

**216 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX        77018-8302

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,249.96 |
|---|---|---|---|

**Brent Vannoy**

**721 W 39th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX        77018-5403

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.181**   Nonpriority creditor's name and mailing address

**Brett Swinden**

**1054 W 42nd St**

Houston                    TX      77018-4314

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,567.50**

---

**3.182**   Nonpriority creditor's name and mailing address

**Brian & Jaime Ball**

**508 W 32nd St**

Houston                    TX      77018-8326

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,719.94**

---

**3.183**   Nonpriority creditor's name and mailing address

**Brian & Kelly Bolerjack**

**1070 W 42nd St**

Houston                    TX      77018-4314

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,256.25**

---

**3.184**   Nonpriority creditor's name and mailing address

**Brian A. Stanton**

**3815 Marquette St.**

Houston                    TX      77005-4309

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,025.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.185**   Nonpriority creditor's name and mailing address

**Brian Burke**

**5602 Wikersham Ln**

**Houston**                          **TX**      **77056**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,090.00**

**3.186**   Nonpriority creditor's name and mailing address

**Brian C. & Tiffany T. Muecke**

**25319 Shaded Springs Ln**

**Spring**                          **TX**      **77389-2155**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,912.50**

**3.187**   Nonpriority creditor's name and mailing address

**Brian Goecker**

**7707 Chattington Dr.**

**Dallas**                          **TX**      **75248-5305**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,850.00**

**3.188**   Nonpriority creditor's name and mailing address

**Brian Gurrola**

**304 W 31st St**

**Houston**                          **TX**      **77018-8314**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,662.50**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.189**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$2,225.55**
                                                                     *Check all that apply.*
**Brian J.Dupnick**                                                  ☑ Contingent
**Unit 211**                                                         ☐ Unliquidated
**5755 Almeda Rd.**                                                  ☑ Disputed

                                                                     Basis for the claim:

**Houston**                    **TX**     **77004-7780**            _____

Date or dates debt was incurred   _____              Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                     ☐ Yes

---

**3.190**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$3,067.50**
                                                                     *Check all that apply.*
**Brian Kibler**                                                     ☑ Contingent
**9402 Walnut Brook Ct**                                             ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     Basis for the claim:

**Houston**                    **TX**     **77040-7644**            _____

Date or dates debt was incurred   _____              Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                     ☐ Yes

---

**3.191**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$1,387.50**
                                                                     *Check all that apply.*
**Brian Lamb & Jennifer Reeder**                                     ☑ Contingent
**106 Lakeside Valley Dr**                                           ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     Basis for the claim:

**Houston**                    **TX**     **77042-1034**            _____

Date or dates debt was incurred   _____              Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                     ☐ Yes

---

**3.192**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$3,936.91**
                                                                     *Check all that apply.*
**Brian Nettles**                                                    ☑ Contingent
**847 Lamonte Ln**                                                   ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     Basis for the claim:

**Houston**                    **TX**     **77018-4436**            _____

Date or dates debt was incurred   _____              Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                     ☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.193**   Nonpriority creditor's name and mailing address

**Brian R. Sterner & Lylsilng Z. Ortiz**

**465 Hillside Dr**

**Bloomsburg**          **PA**      **17815-8204**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,927.50**

---

**3.194**   Nonpriority creditor's name and mailing address

**Brian Vaclavik & Kelly Dilts**

**886 W 41st St**

**Houston**          **TX**      **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$8,250.00**

---

**3.195**   Nonpriority creditor's name and mailing address

**Bridget Proctor**

**827 Overglen Dr**

**Dallas**          **TX**      **75218-2253**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

**3.196**   Nonpriority creditor's name and mailing address

**Brooke Lee McKamy**

**316 W 34th St**

**Houston**          **TX**      **77018-7612**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,125.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brooke Lerman**

**701 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**             **TX**     **77018-7501**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,651.75** |

**Brooke Lerman**

**701 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**             **TX**     **77018**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce & Tyra Hall-Randall**

**826 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**             **TX**     **77018-8204**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.00** |

**Bruce Sanderson**

**809 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**             **TX**     **77018-7511**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,017.50** |
| | | *Check all that apply.* | |

**Bryan & Erin Sawyer**

**3910 Breezeway Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77586-1628** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,173.37** |
| | | *Check all that apply.* | |

**Bryan & Kimber Holmes**

**511 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-8325** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,363.25** |
| | | *Check all that apply.* | |

**Bryan & Paula Motzel**

**423 Meadow Ln.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Sewickley** | **PA** | **15143-1061** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,287.50** |
| | | *Check all that apply.* | |

**Bryan Klein**

**343 Sawmill Cut Off Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Terlingua** | **TX** | **79852** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.00** |
|---|---|---|---|

**Bryan Lafrance**

**319 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                        TX      77018-7611

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                     ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Smothers**

**834 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                        TX      77018-4404

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                     ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.90** |
|---|---|---|---|

**Byron Ferguson**

**1067 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                        TX      77018-4301

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                     ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,345.00** |
|---|---|---|---|

**Caitlin Currie**

**519 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                        TX      77018-7607

Date or dates debt was incurred                         Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                     ☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.209**   Nonpriority creditor's name and mailing address

**Candice Cabral**

**3249 E Waterman St**

**Gilbert**                        AZ      **85297-9321**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

$2,925.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210**   Nonpriority creditor's name and mailing address

**Caribel J. & Alejandro D. Bonilla**

**842 W 42nd St**

**Houston**                      TX      **77018-5310**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

$2,741.25

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211**   Nonpriority creditor's name and mailing address

**Carina Flores**

**702 W 38th St**

**Houston**                      TX      **77018-5402**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

$3,430.84

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.212**   Nonpriority creditor's name and mailing address

**Carita & Dominick Walker**

**P.O. Box 4704**

**Houston**                      TX      **77018**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

$2,985.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.213**   Nonpriority creditor's name and mailing address

**Carl & Lisa Rentschler**

**4211 Pikard Way Ct**

**Spring                              TX       77386-3506**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,714.13

---

**3.214**   Nonpriority creditor's name and mailing address

**Carl W. Scott**

**404 Enid St.**

**Houston                          TX       77009-5116**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,545.00

---

**3.215**   Nonpriority creditor's name and mailing address

**Carl Waters**

**821 W 31st St**

**Houston                          TX       77018-7511**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.216**   Nonpriority creditor's name and mailing address

**Carlo V. & Lynn H. Dechiro**

**535 W 33rd St**

**Houston                          TX       77018-7607**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,262.50

---

Debtor __Garden Oaks Maintenance Organization, Inc.__     Case number (if known) __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | Nonpriority creditor's name and mailing address |
|---|---|

**Carlos Bechara & Marwa Shammas**

**1027 W 43rd St**

**Houston**     **TX**     **77018-4301**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,040.00**

---

| 3.218 | Nonpriority creditor's name and mailing address |
|---|---|

**Carmen & Joe Casarez**

**411 W 34th St**

**Houston**     **TX**     **77018-7613**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.219 | Nonpriority creditor's name and mailing address |
|---|---|

**Carmen Charlene Busceme**

**1031 Althea Dr**

**Houston**     **TX**     **77018-5203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,613.03**

---

| 3.220 | Nonpriority creditor's name and mailing address |
|---|---|

**Carol Terrett**

**1043 W 43rd St**

**Houston**     **TX**     **77018-4301**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.221** Nonpriority creditor's name and mailing address

**Carole A. Price**

**409 Sul Ross St**

**Houston**          **TX**     **77006-5117**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

**3.222** Nonpriority creditor's name and mailing address

**Carolina & Richard Le Blanc**

**708 W 43rd St**

**Houston**          **TX**     **77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,762.50

---

**3.223** Nonpriority creditor's name and mailing address

**Carolyn Blanton & Saul Melgar**

**1002 Lamonte Ln**

**Houston**          **TX**     **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,349.25

---

**3.224** Nonpriority creditor's name and mailing address

**Carolyn Bryant & Dinah Sultanik**

**6435 Kury Ln**

**Houston**          **TX**     **77008-3227**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,485.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225**   Nonpriority creditor's name and mailing address

**Carolyn Markesich**

**727 W 43rd St**

Houston                    TX        77018-4401

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$3,701.26

---

**3.226**   Nonpriority creditor's name and mailing address

**Carolyn Wilson**

**839 Azalea St**

Houston                    TX        77018-4409

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.227**   Nonpriority creditor's name and mailing address

**Carrie Clark**

**803 Lochtyne Way**

Houston                    TX        77024-2719

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.228**   Nonpriority creditor's name and mailing address

**Carrie Henke**

**107 Munford St**

Houston                    TX        77008-2529

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.229**   Nonpriority creditor's name and mailing address

**Carrie Scott**

**704 W 31st St**

**Houston**                **TX**        **77018-7510**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**$0.00**

---

**3.230**   Nonpriority creditor's name and mailing address

**Carter Stern & M. Elisabeth Taylor**

**19311 Country Lake Dr**

**Magnolia**                **TX**        **77355**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**$2,861.25**

---

**3.231**   Nonpriority creditor's name and mailing address

**Cartus Financial**

**2317 Morse St**

**Houston**                **TX**        **77019**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**$1,612.50**

---

**3.232**   Nonpriority creditor's name and mailing address

**Casey Crow & Bernada Rubasingham**

**878 W 42nd St**

**Houston**                **TX**        **77018-5310**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**$2,541.41**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.233**   Nonpriority creditor's name and mailing address

**Casey Hunnicutt**

**8414 Jackson Creek Bend Ln**

**Humble**                    **TX**      **77396-3777**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,207.50**

---

**3.234**   Nonpriority creditor's name and mailing address

**Catheleen Nelson Crain**

**1585 Old Franklin Hwy**

**Hearne**                    **TX**      **77859-3824**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.235**   Nonpriority creditor's name and mailing address

**Catherine Bernelle**

**710 W 41st St**

**Houston**                    **TX**      **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.236**   Nonpriority creditor's name and mailing address

**Catherine M. Wheeler**

**Suite 130**

**6935 Barney Rd.**

**Houston**                    **TX**      **77092-4453**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$6,375.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.237**  Nonpriority creditor's name and mailing address

**Catherine Tiner**

**748 W 42nd St**

**Houston**                        **TX**      **77018-4429**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,750.00**

---

**3.238**  Nonpriority creditor's name and mailing address

**Cathey & Millard Land**

**858 W 41st St**

**Houston**                        **TX**      **77018-5308**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.239**  Nonpriority creditor's name and mailing address

**Cesar & Elizabeth Maldonado**

**748 W 42nd St**

**Houston**                        **TX**      **77018-4429**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.240**  Nonpriority creditor's name and mailing address

**Cesar Ivan Aleman**

**1058 Lamonte Ln**

**Houston**                        **TX**      **77018-4319**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**         Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.241**   Nonpriority creditor's name and mailing address

**Cesar Martinez**

**2007 Cheshire Ln**

**Houston**                    **TX**      **77018-4036**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$1,875.75

---

**3.242**   Nonpriority creditor's name and mailing address

**Chad Kell & Sarah Robbins**

**1070 Gardenia Dr**

**Houston**                    **TX**      **77018-4313**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,842.50

---

**3.243**   Nonpriority creditor's name and mailing address

**Chad Modad**

**1019 Gardenia Dr**

**Houston**                    **TX**      **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.244**   Nonpriority creditor's name and mailing address

**Chance & Lauren Decker**

**807 W 41st St**

**Houston**                    **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$1,855.50

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.245**  Nonpriority creditor's name and mailing address

**Chance & Lauren Decker**

**807 W 41st St**

**Houston**                    **TX**        **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,062.50**

---

**3.246**  Nonpriority creditor's name and mailing address

**Chanda Quebe**

**6204 Wichita Trl**

**Flower Mound**                **TX**        **75022-5654**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.247**  Nonpriority creditor's name and mailing address

**Chantell Preston**

**3706 Rice Blvd**

**Houston**                    **TX**        **77005-2824**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,565.00**

---

**3.248**  Nonpriority creditor's name and mailing address

**Charles & Joanna Graham**

**13130 Kimberly Ln**

**Houston**                    **TX**        **77079-6113**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,837.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.249**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Charles & Ndrea Hillegeist**

**315 W 33rd St**

**Houston**                         **TX**      **77018-7603**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**$0.00**

---

**3.250**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Charles & Sharon Swartz**

**3116 Murworth Dt**

**Houston**                         **TX**      **77025-4423**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**$1,027.50**

---

**3.251**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Charles Bell**

**315 W 32nd St**

**Houston**                         **TX**      **77018-8321**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**$0.00**

---

**3.252**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Charles Booth**

**3346 E T C Jester Blvd**

**Houston**                         **TX**      **77018-7135**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**              Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.253**   Nonpriority creditor's name and mailing address

**Charles Clark**

**211 Rennie Dr.**

**Katy**                        **TX**      **77450-2112**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,822.50**

---

**3.254**   Nonpriority creditor's name and mailing address

**Charles Jozwiak**

**207 W 34th St**

**Houston**                     **TX**      **77018-7609**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.255**   Nonpriority creditor's name and mailing address

**Charles Kilpatrick & Lubna Chohan**

**4814 Imogene St**

**Houston**                     **TX**      **77096-1716**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,200.00**

---

**3.256**   Nonpriority creditor's name and mailing address

**Charles McFarland**

**117 Country Club Dr.**

**Lake Placid**                 **FL**      **33852-9214**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,234.25**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.257** | Nonpriority creditor's name and mailing address

**Charles Warren**

**1329 Sue Barnett Dr**

**Houston**                    **TX**     **77018-4423**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.258** | Nonpriority creditor's name and mailing address

**Charles West & Adrienne Ruppelt**

**P.O. Box 500**

**Cloudcroft**                  **NM**     **88317-0500**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,312.50**

---

**3.259** | Nonpriority creditor's name and mailing address

**Charles Williams**

**714 W 39th St**

**Houston**                    **TX**     **77018-5404**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.260** | Nonpriority creditor's name and mailing address

**Charlotte Ray**

**416 W 33rd St**

**Houston**                    **TX**     **77018**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,330.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        **Amount of claim**

---

**3.261**   Nonpriority creditor's name and mailing address

**Chau Nguyen**

**801 W 31st St**

**Houston**                          **TX**      **77018-7511**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   _____

Is the claim subject to offset?

☑ No
☐ Yes

**$4,050.00**

---

**3.262**   Nonpriority creditor's name and mailing address

**Cherie Krienitz**

**1062 W 42nd St**

**Houston**                          **TX**      **77018-4314**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   _____

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.263**   Nonpriority creditor's name and mailing address

**Cheryl & Bem Mccosh**

**815 W 42nd St**

**Houston**                          **TX**      **77018-5309**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   _____

Is the claim subject to offset?

☑ No
☐ Yes

**$2,437.50**

---

**3.264**   Nonpriority creditor's name and mailing address

**Cheryl Cohorn**

**Suite D**

**2310 Richton St**

**Houston**                          **TX**      **77098-3281**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   _____

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)    **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.265** | Nonpriority creditor's name and mailing address | **$9,195.00** |

**Cheryl Creuzot**

**1321 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**      **77018-4423**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.266** | Nonpriority creditor's name and mailing address | **$0.00** |

**Cheryl Harris**

**874 W 41st St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**      **77018-5308**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.267** | Nonpriority creditor's name and mailing address | **$0.00** |

**Cheryl Pressley**

**420 W 32nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**      **77018-8324**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.268** | Nonpriority creditor's name and mailing address | **$0.00** |

**Cheryl Sharp Murphy**

**7007 E Oak St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Scottsdale**            **AZ**      **85257-2059**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.269** | Nonpriority creditor's name and mailing address |
|---|---|

**Chris & Jamie Hunt**

**863 W 43rd St**

**Houston**      **TX**      **77018-4403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,865.00**

---

| **3.270** | Nonpriority creditor's name and mailing address |
|---|---|

**Chrisopher & Kari Noser**

**1546 Sue Barnett Dr**

**Houston**      **TX**      **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,695.00**

---

| **3.271** | Nonpriority creditor's name and mailing address |
|---|---|

**Christian Schwalm**

**7623 Fairdale Lane**

**Houston**      **TX**      **77063-4801**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.272** | Nonpriority creditor's name and mailing address |
|---|---|

**Christina M. Skowronek**

**10128 Big Canoe**

**Big Canoe**      **GA**      **30143-5117**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,920.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.273** Nonpriority creditor's name and mailing address

**Christine Adams**

**428 W 32nd St**

**Houston**      **TX**      **77018-8324**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.274** Nonpriority creditor's name and mailing address

**Christine Fibelkorn-Tucker & Darren Tuck**

**511 W 33rd St**

**Houston**      **TX**      **77018-7607**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.275** Nonpriority creditor's name and mailing address

**Christine Owen**

**3403 Sandhill Crane Way**

**Richmond**      **TX**      **77469-2160**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,425.00**

---

**3.276** Nonpriority creditor's name and mailing address

**Christine Sasaridis**

**120 5th Ave**

**San Francisco**      **CA**      **94118-1310**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.277** | Nonpriority creditor's name and mailing address | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Christopher & Jennifer Sailors**

**424 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                            TX        77018-7606**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.278** | Nonpriority creditor's name and mailing address | **$2,062.50** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Christopher & Shelly Janczak**

**725 W 38th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                            TX        77018-5401**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.279** | Nonpriority creditor's name and mailing address | **$2,160.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Christopher & Trina Caudill**

**710 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                            TX        77018-7510**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.280** | Nonpriority creditor's name and mailing address | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Christopher Alan & Elizabeth Hancock Ber**

**866 Lamonte Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                            TX        77018-4438**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **Garden Oaks Maintenance Organization, Inc.**          Case number (if known) **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.281** Nonpriority creditor's name and mailing address

**Christopher Arriola & Thomas Wilson**

**503 W 30th St**

**Houston                    TX      77018-8307**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,560.00**

---

**3.282** Nonpriority creditor's name and mailing address

**Christopher G. & Elizabeth D. Wibner**

**1942 Lake Fountain Dr**

**Katy                    TX      77494-4784**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,141.22**

---

**3.283** Nonpriority creditor's name and mailing address

**Christopher Gray  & Hilda Sibrian**

**3817 Ascot Ln**

**Houston                    TX      77092**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,587.50**

---

**3.284** Nonpriority creditor's name and mailing address

**Christopher Payne**

**9303 Zyle Rd**

**Austin                    TX      78737-3426**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,160.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.285**   Nonpriority creditor's name and mailing address

**Christopher Pharis & Theresa Case**

**Apt 5**

**400 Oxford St.**

**Houston**                          **TX**      **77007-2655**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,260.00**

---

**3.286**   Nonpriority creditor's name and mailing address

**Christopher Rigdon**

**17315 Holsberry Ct**

**Tomball**                          **TX**      **77377-8081**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

**3.287**   Nonpriority creditor's name and mailing address

**Christopher Schmidt**

**733 W 38th St**

**Houston**                          **TX**      **77018-5401**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,413.75**

---

**3.288**   Nonpriority creditor's name and mailing address

**Christopher Schmidt**

**733 W 38th St**

**Houston**                          **TX**      **77018-5401**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,017.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.289**   Nonpriority creditor's name and mailing address

**Christopher T James & Lauren Eddy James**

**1646 Candlelight Ln**

**Houston**                    **TX**     **77018-1823**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,805.00

---

**3.290**   Nonpriority creditor's name and mailing address

**Christopher Watt**

**520 W 33rd St**

**Houston**                    **TX**     **77018-7608**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,887.50

---

**3.291**   Nonpriority creditor's name and mailing address

**Christopher Willmore**

**235 W 32nd St**

**Houston**                    **TX**     **77018-8319**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,862.50

---

**3.292**   Nonpriority creditor's name and mailing address

**Cindy C. Shinn & Tracy L. Walt**

**1547 Sue Barnett Dr**

**Houston**                    **TX**     **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.293** Nonpriority creditor's name and mailing address

**Claire Bresnahan**

**331 W 33rd St**

**Houston**     **TX**     **77018-7603**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.294** Nonpriority creditor's name and mailing address

**Claude Joseph**

**507 W 31st St**

**Houston**     **TX**     **77018-8317**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,346.50**

---

**3.295** Nonpriority creditor's name and mailing address

**Claudia Garcia**

**702 W 41st St**

**Houston**     **TX**     **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,017.89**

---

**3.296** Nonpriority creditor's name and mailing address

**Claudia Staffa**

**1059 W 42nd St**

**Houston**     **TX**     **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.297** | Nonpriority creditor's name and mailing address

**Clifton & Kathryn Kennedy**

**823 Azalea St**

**Houston** **TX** **77018-4409**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,307.50

---

**3.298** | Nonpriority creditor's name and mailing address

**Clyde Dyer**

**830 Azalea St**

**Houston** **TX** **77018-4410**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.299** | Nonpriority creditor's name and mailing address

**Cole & Elizabeth Hentschel**

**1051 Althea Dr**

**Houston** **TX** **77018-5203**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,763.75

---

**3.300** | Nonpriority creditor's name and mailing address

**Coleman & Heather Tucker**

**854 Lamonte Ln**

**Houston** **TX** **77018-4438**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,912.50

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**                     Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.301** Nonpriority creditor's name and mailing address

**Coleman Sellers**

**814 W 30th St**

Houston            TX      77494-4826

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,534.60**

---

**3.302** Nonpriority creditor's name and mailing address

**Coley Groth**

**1071 Lehman ST**

Houston            TX      77018

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,245.00**

---

**3.303** Nonpriority creditor's name and mailing address

**Connie Yell**

**407 W 30th St**

Houston            TX      77018-8305

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.304** Nonpriority creditor's name and mailing address

**Constance Mobley**

**729 W 30th St**

Houston            TX      77018

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,403.53**

---

Debtor **Garden Oaks Maintenance Organization, Inc.**    Case number (if known) **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.305 | Nonpriority creditor's name and mailing address |
|---|---|

**Contemporary Craftsmen LLC**

**3108 1/2 Houston Ave.**

| Houston | TX | 77009 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$2,812.50

| 3.306 | Nonpriority creditor's name and mailing address |
|---|---|

**Corey Heath**

**2846 Stokely Hl**

| San Antonio | TX | 78258-4645 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$1,687.50

| 3.307 | Nonpriority creditor's name and mailing address |
|---|---|

**Cory & Maggi Page**

**1062 Gardenia Dr**

| Houston | TX | 77018-4313 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$2,868.75

| 3.308 | Nonpriority creditor's name and mailing address |
|---|---|

**Courtney Dawes**

**436 W 30th St**

| Houston | TX | 77018-8306 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$2,211.75

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.309**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Courtney Goecker Cox**

**316 9th St NE**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Waashington**              **DC**     **20002-6116**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.310**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,898.75

**Courtney Sutherland Siems**

**733 W 39th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**              **TX**     **77018-5403**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.311**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Craig Adair & Richard Baltz**

**332 W 31 St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**              **TX**     **77018-8314**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.312**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Craig Adair & Richard Baltz**

**332 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**              **TX**     **77018-8314**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.313** | Nonpriority creditor's name and mailing address

Craig Dilley

919 W 41st St

Houston                    TX        77018

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,212.50

---

**3.314** | Nonpriority creditor's name and mailing address

Craig Hutchison

3501 Laurel Ledge Ln

Austin                    TX        78731-4045

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,537.50

---

**3.315** | Nonpriority creditor's name and mailing address

Craig Jeffers

5 Mayflower Rd

Darien                    CT        06820-5709

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.316** | Nonpriority creditor's name and mailing address

Craig L. & Clare F. Bell/Asset X, Inc.

1162 Chantilly LN

Houston                    TX        77018

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,613.03

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.317 | Nonpriority creditor's name and mailing address |
| --- | --- |

**CTC Contractors, LLC**

**738 W 43rd St**

**Houston**                     **TX**     **77018-4402**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$4,500.00**

---

| 3.318 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Curtis & Marian Hargis**

**428 W 34th St**

**Houston**                     **TX**     **77018-7614**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,550.00**

---

| 3.319 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Curtis D. & Lisa J. Sitz**

**3102 Lawrence St**

**Houston**                     **TX**     **77018-8330**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,698.90**

---

| 3.320 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Curtis Hall**

**1066 W 43rd St**

**Houston**                     **TX**     **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.321** Nonpriority creditor's name and mailing address

**Curtis Miller**

**7822 Stoneyway Dr.**

**Houston**                    **TX      77040-5155**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,837.50**

---

**3.322** Nonpriority creditor's name and mailing address

**Cynthia & Anton Hoffart**

**859 W 41st St**

**Houston**                    **TX      77018-5307**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.323** Nonpriority creditor's name and mailing address

**Cynthia Bonner**

**807 W 42nd St**

**Houston**                    **TX      77018-5309**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.324** Nonpriority creditor's name and mailing address

**Cynthia Huerta**

**211 W 31st St**

**Houston**                    **TX      77018-8311**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,036.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325**   Nonpriority creditor's name and mailing address

Cynthia Krumholz

7305 W 68th Ave

Arvada                          CO        80003-3929

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.326**   Nonpriority creditor's name and mailing address

Cynthia Schumacher

705 W 34th St

Houston                         TX        77018-7527

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,455.24**

---

**3.327**   Nonpriority creditor's name and mailing address

D Landry

4319 Apollo St

Houston                         TX        77018-4303

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.328**   Nonpriority creditor's name and mailing address

D Mc Cuen

806 Azalea St

Houston                         TX        77018-4410

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.329**   Nonpriority creditor's name and mailing address

**D Russell**

**725 Sue Barnett Dr**

Houston                    TX       77018-5411

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.330**   Nonpriority creditor's name and mailing address

**Dahlia Salazar**

**811 Lamonte Ln**

Houston                    TX       77018-4436

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

**3.331**   Nonpriority creditor's name and mailing address

**Daksh Malhotra**

**1059 W 41st St**

Houston                    TX       77018-5201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,550.00**

**3.332**   Nonpriority creditor's name and mailing address

**Dale & Frances Schwartz**

**838 Azalea St**

Houston                    TX       77018-4410

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.333**   Nonpriority creditor's name and mailing address

**Dan Hammack**

**1067 Lamonte Ln**

**Houston**                    **TX**      **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.334**   Nonpriority creditor's name and mailing address

**Dana & Phillip Kirkpatrick**

**870 W 42nd St**

**Houston**                    **TX**      **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.335**   Nonpriority creditor's name and mailing address

**Dana Claeys**

**Apt 2123**

**7105 Old Katy Rd.**

**Houston**                    **TX**      **77024-2158**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,621.25**

---

**3.336**   Nonpriority creditor's name and mailing address

**Dana Maloney**

**2226 Quenby St**

**Houston**                    **TX**      **77005-1502**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,025.00 |

**Daniel & Kimberly D. Horowitz**

**4021 Marquette St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**West University**        **TX**    **77005-4313**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | $2,377.50 |

**Daniel & Sharron Sanborn**

**729 W 38th St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**        **TX**    **77018-5401**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | $2,910.47 |

**Daniel & Vanessa Smith**

**7 Bay Chapel Ct**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Conroe**        **TX**    **77385-3482**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | $1,012.50 |

**Daniel Aimone**

**1039 Lamonte Ln**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**        **TX**    **77018-4318**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.341**    Nonpriority creditor's name and mailing address

**Daniel Bruce & Robyn B. Bailey**

**722 W 42nd St**

**Houston**      **TX**      **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,300.00**

---

**3.342**    Nonpriority creditor's name and mailing address

**Daniel C. Rosier**

**1082 S. Point View St.**

**Los Angeles**      **CA**      **90035-2617**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,167.50**

---

**3.343**    Nonpriority creditor's name and mailing address

**Daniel King**

**419 W 33rd St**

**Houston**      **TX**      **77018-7605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.344**    Nonpriority creditor's name and mailing address

**Daniel Peterson**

**19 Alabama Ct**

**Houston**      **TX**      **77027**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,612.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.345 | Nonpriority creditor's name and mailing address |
|---|---|

**Daniel Witcher**

**336 W 34th St**

**Houston**                    **TX**     **77018-7612**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$2,287.50**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address |
|---|---|

**Danielle Barrett & Robert Baillargeon**

**9942 Beautyberry**

**Conroe**                    **TX**     **77385-5608**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$3,675.00**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address |
|---|---|

**Danny Deleon & Susan Herdler**

**524 W 34th St**

**Houston**                    **TX**     **77018-7650**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address |
|---|---|

**Dara Childs Jr.**

**1330 S Berlin Rd**

**Brenham**                    **TX**     **77833-3494**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$1,350.00**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**                   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|--|--|--|

**3.349**   Nonpriority creditor's name and mailing address

**Darrell Whitley**

**2205 Maroneal St**

Houston              TX      77030-3227

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,590.00**

---

**3.350**   Nonpriority creditor's name and mailing address

**Darsit & Julie Patel**

**809 W 32nd St**

Houston              TX      77018-7503

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,928.75**

---

**3.351**   Nonpriority creditor's name and mailing address

**Daryl Nelson**

**10538 Badger Canyon Dr**

Houston              TX      77095-5454

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,218.00**

---

**3.352**   Nonpriority creditor's name and mailing address

**David & Aida Gershberg**

**5304 Woodway Dr**

Houston              TX      77057

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,775.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.353**   Nonpriority creditor's name and mailing address

**David & Carrie Hardaker**

**765 Sue Barnett Dr**

Houston                       TX       77018-5411

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

$2,692.50

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.354**   Nonpriority creditor's name and mailing address

**David & Diane Seaman**

**336 W 33rd St**

Houston                       TX       77018

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

$9,000.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.355**   Nonpriority creditor's name and mailing address

**David & Gail Bell**

**855 Azalea St**

Houston                       TX       77018-4409

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.356**   Nonpriority creditor's name and mailing address

**David & Janet Garver**

**706 W 42nd St**

Houston                       TX       77018-4429

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

$2,962.50

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.357**   Nonpriority creditor's name and mailing address

**David & Jennifer Rossman**

**834 Lamonte Ln**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$1,790.07**

**Houston**          **TX**   **77018-4438**

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.358**   Nonpriority creditor's name and mailing address

**David & Karen Black**

**235 W 34th St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$1,687.50**

**Houston**          **TX**   **77018-7609**

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.359**   Nonpriority creditor's name and mailing address

**David & Leslie Dabney**

**1915 Bethlehem St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$1,032.00**

**Houston**          **TX**   **77018-1109**

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.360**   Nonpriority creditor's name and mailing address

**David & Lisa Cohen**

**615 Birdsall St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$2,182.47**

**Houston**          **TX**   **77007-5101**

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.361** Nonpriority creditor's name and mailing address

**David & Shannon Miller**

**971 Althea Dr**

**Houston**  **TX**  **77018-5303**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,408.50

---

**3.362** Nonpriority creditor's name and mailing address

**David A. & Sarah C. Pollitt**

**1014 Lamonte Ln**

**Houston**  **TX**  **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,295.00

---

**3.363** Nonpriority creditor's name and mailing address

**David Canitz**

**729 W 42nd St**

**Houston**  **TX**  **77018-4428**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,822.50

---

**3.364** Nonpriority creditor's name and mailing address

**David Chelakis**

**1558 Sue Barnett Dr**

**Houston**  **TX**  **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,050.00

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.365**    Nonpriority creditor's name and mailing address

**David Cook**

**8342 Leafy Ln**

_____

**Houston**                **TX**    **77055-4831**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,962.50**

---

**3.366**    Nonpriority creditor's name and mailing address

**David E. Owen**

**3442 Green Tree Park**

_____

**Houston**                **TX**    **77007-8372**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,425.00**

---

**3.367**    Nonpriority creditor's name and mailing address

**David Endelman & Kristen Latta**

**846 W 41st St**

_____

**Houston**                **TX**    **77018-5308**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,464.37**

---

**3.368**    Nonpriority creditor's name and mailing address

**David G Meyer & Kelly Kenyon**

**1827 Mission Springs Dr.**

_____

**Katy**                **TX**    **77450-5054**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,935.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.369**   Nonpriority creditor's name and mailing address

David Haag II

810 W 41st St

Houston                TX        77018-5308

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,775.00**

---

**3.370**   Nonpriority creditor's name and mailing address

David Heiland & Gary Russell

5302 Morningside Dr

Houston                TX        77005-2529

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.371**   Nonpriority creditor's name and mailing address

David Humphreys

18207 Long Key Dr

Cypress                TX        77433-3141

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,252.50**

---

**3.372**   Nonpriority creditor's name and mailing address

David Llorens & Maria Quezadas-Cortes

859 W 42nd St

Houston                TX        77018-5309

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,425.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.373**  Nonpriority creditor's name and mailing address

**David Maniha**

**817 W 30th St**

**Houston**          **TX**    **77018-8203**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.374**  Nonpriority creditor's name and mailing address

**David Michael Maniha**

**801 W 30th St**

**Houston**          **TX**    **77018-8203**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,377.34**

---

**3.375**  Nonpriority creditor's name and mailing address

**David R. & Janet T. Garver**

**706 W 42nd St**

**Houston**          **TX**    **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,650.00**

---

**3.376**  Nonpriority creditor's name and mailing address

**David Rosprim**

**1019 W 42nd St**

**Houston**          **TX**    **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,985.30**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|---|---|---|

**3.377**   Nonpriority creditor's name and mailing address

**David Shamblen & Carrie Patzig**

**4210 Alba Rd**

**Houston**                    **TX**        **77018-4427**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$2,151.81**

---

**3.378**   Nonpriority creditor's name and mailing address

**David Suhler**

**4206 Alba Rd**

**Houston**                    **TX**        **77018-4427**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$0.00**

---

**3.379**   Nonpriority creditor's name and mailing address

**David Vennie**

**729 Sue Barnett Dr**

**Houston**                    **TX**        **77018-5411**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$3,328.20**

---

**3.380**   Nonpriority creditor's name and mailing address

**David Weiss**

**1319 Woodcrest Dr**

**Houston**                    **TX**        **77018-5253**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$2,883.75**

Debtor   **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.381**   Nonpriority creditor's name and mailing address

$1,650.00

**Dawn & Lorn Frazier**

**6 Raydon Ln**

**Houston**                    **TX**      **77024-5007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.382**   Nonpriority creditor's name and mailing address

$1,281.00

**Dawn M. Richards**

**Apt 1**

**44 Delevan St**

**Lambertville**              **NJ**      **08530-2035**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.383**   Nonpriority creditor's name and mailing address

$2,700.00

**Dean Alan Huffman**

**231 W 32nd St**

**Houston**                    **TX**      **77018-8319**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.384**   Nonpriority creditor's name and mailing address

$0.00

**Debbie & Robert Driver**

**1341 Sue Barnett Dr**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.385** Nonpriority creditor's name and mailing address

**Deborah & Vidal Martinez**

**1345 Sue Barnett Dr**

**Houston**          **TX**    **77018**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,000.00**

---

**3.386** Nonpriority creditor's name and mailing address

**Deborah Ballew**

**3206 Randall St**

**Houston**          **TX**    **77018-7508**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.387** Nonpriority creditor's name and mailing address

**Deborah Jean**

**#145**

**448 W 19th St**

**Houston**          **TX**    **77008-3914**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.388** Nonpriority creditor's name and mailing address

**Deborah Ragsdale**

**1038 W 42nd St**

**Houston**          **TX**    **77018-4314**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,275.00**

---

Debtor **Garden Oaks Maintenance Organization, Inc.**    Case number (if known) **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.389 | Nonpriority creditor's name and mailing address |
|---|---|

**Debra & Anthony Padon**

**822 Lamonte Ln**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-4438**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address |
|---|---|

**Debra Dishberger**

**2 Rains Way**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77007-7099**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address |
|---|---|

**Debra Seale & Wayne Womack**

**4219 Apollo St**

**$3,003.75**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-4310**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address |
|---|---|

**Debra Sonnier**

**718 W 41st St**

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-5406**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,171.75 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Deepak & Joan Khosla**

**863 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-5309**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | $1,275.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Dena McClure**

**11835 Deep Woods Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Cypress**                    **TX**    **77429-2742**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | $1,256.25 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Denise Flores**

**2020 Lawrence St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77008-3653**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Dennis Dufilho**

**1046 Althea Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-5204**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| **3.397** | Nonpriority creditor's name and mailing address |

**Dennis Duncan**

**729 W 41st St**

**Houston**                   **TX**    **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.398** | Nonpriority creditor's name and mailing address |

**Dennis Errico**

**1055 Althea Dr**

**Houston**                   **TX**    **77018-5203**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.399** | Nonpriority creditor's name and mailing address |

**Denver & Lauren Smith**

**524 W 32nd St**

**Houston**                   **TX**    **77018-8326**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,300.00**

---

| **3.400** | Nonpriority creditor's name and mailing address |

**Denver G. & Lauren Smith**

**1047 Althea Dr**

**Houston**                   **TX**    **77018-5203**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,178.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.50** |

**Derek Daigrepont**

**607 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-8309 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,483.76** |

**Derek Morris**

**2330 Primrose Trail**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Temple | TX | 76501-7320 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,445.00** |

**Devin L. & Joseph B. Hunter**

**324 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-7604 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.404** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,762.50** |

**Diana Tarley**

**815 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   **Amount of claim**

**3.405**   Nonpriority creditor's name and mailing address

Diana Turley

815 W 43rd St

Houston                     TX      77018-4403

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,042.64**

**3.406**   Nonpriority creditor's name and mailing address

Diana Turley & Harry James

508 W 31st St

Houston                     TX      77018-8318

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,025.00**

**3.407**   Nonpriority creditor's name and mailing address

Diane Morish

1010 W 41st St

Houston                     TX      77018-5202

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.408**   Nonpriority creditor's name and mailing address

Dianna Arriala & Philip Kattchee

745 W 42nd St

Houston                     TX      77018-4428

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **Garden Oaks Maintenance Organization, Inc.**      Case number (if known) __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.409**  Nonpriority creditor's name and mailing address

**Diego Martinez & Rebecca Murray**

**3214 Randall St**

**Houston**                **TX**      **77018-7508**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,417.50**

---

**3.410**  Nonpriority creditor's name and mailing address

**Diep Nguyen Truong**

**7034 Leaders Crossing Dr.**

**Houston**                **TX**      **77072-2273**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.411**  Nonpriority creditor's name and mailing address

**Dina Ramirez**

**6315 Deerwood Rd**

**Houston**                **TX**      **77057-1009**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

**3.412**  Nonpriority creditor's name and mailing address

**Dominic & Shawn Savarino**

**33 Lana Ln**

**Houston**                **TX**      **77027-5605**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,560.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.413** | Nonpriority creditor's name and mailing address

**Dominic Alexander & Holland McGuire**

**831 Lamonte Ln**

**Houston**      **TX**      **77018-4436**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,989.32

---

**3.414** | Nonpriority creditor's name and mailing address

**Dominique Vila**

**750 W 42nd St**

**Houston**      **TX**      **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,799.25

---

**3.415** | Nonpriority creditor's name and mailing address

**Don & Brandi Munoz**

**866 W 41st St**

**Houston**      **TX**      **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,687.50

---

**3.416** | Nonpriority creditor's name and mailing address

**Donald Wray**

**4130 Apollo St**

**Houston**      **TX**      **77018-4309**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.417 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Donna Harris**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1035 W 41st St**

**Basis for the claim:**

**Houston**          **TX**     **77018-5201**     _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☑ No
                                                  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Donna Henson**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1010 W 42nd St**

**Basis for the claim:**

**Houston**          **TX**     **77018-4314**     _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☑ No
                                                  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Dorothy Forbes**

☑ Contingent
☐ Unliquidated
☑ Disputed

**515 W 33rd St**

**Basis for the claim:**

**Houston**          **TX**     **77018-7607**     _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☑ No
                                                  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Douglas & Christalee McCuen**

☑ Contingent
☐ Unliquidated
☑ Disputed

**806 Azalea St**

**Basis for the claim:**

**Houston**          **TX**     **77018-4410**     _____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __     ☑ No
                                                  ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.421** Nonpriority creditor's name and mailing address

**Douglas & Phuong Linh Morsches**

**721 W 42nd St**

Houston                    TX      77018-4428

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,225.00

---

**3.422** Nonpriority creditor's name and mailing address

**Douglas J. Muir**

**P.O. Box 27582**

Houston                    TX      77227-7582

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,812.50

---

**3.423** Nonpriority creditor's name and mailing address

**Dovie & Todd Crouse**

**208 W 34th St**

Houston                    TX      77018-7610

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,856.88

---

**3.424** Nonpriority creditor's name and mailing address

**Dustin Greenwood**

**15402 T C Jester Blvd**

Houston                    TX      77068-3811

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,815.00

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.425**   Nonpriority creditor's name and mailing address

**Dustin M. Kerr**

**Apt A**

**2602 Washington Ave**

**Houston**                 **TX**    **77007-6099**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,812.50**

---

**3.426**   Nonpriority creditor's name and mailing address

**Ebra & Christopher Kalisek**

**709 W 38th St**

**Houston**                 **TX**    **77018-5401**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.427**   Nonpriority creditor's name and mailing address

**Edgar & Maria Chucle**

**311 W 30th St**

**Houston**                 **TX**    **77018-8303**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.428**   Nonpriority creditor's name and mailing address

**Edgar Baquero Sr**

**817 W 34th St**

**Houston**                 **TX**    **77018-6316**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,421.25**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.429 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Edgar Chucle**

**311 W 30th St**

Houston                    TX      77018-8303

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.430 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Edgar F. Roca & Megan M. Enlow**

**1401 Huge Oaks St**

Houston                    TX      77055-3417

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,512.50**

---

| 3.431 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Edgardo Acosta**

**1354 Sue Barnett Dr**

Houston                    TX      77018-4424

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,497.50**

---

| 3.432 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Eduardo Krumholz**

**2455 Lake Meadow Dr.**

Monument                   CO      80132-7914

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,762.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.433**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,362.50**
*Check all that apply.*

**Eduardo Ussher & Christine Finch**          ☑ Contingent

**11723 Greenbay Dr**          ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Houston**               **TX**     **77024-6431**          _____

Date or dates debt was incurred     _____          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
☐ Yes

---

**3.434**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**Edward & Brenda De Alba**          ☑ Contingent

**744 W 43rd St**          ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Houston**               **TX**     **77018-4402**          _____

Date or dates debt was incurred     _____          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
☐ Yes

---

**3.435**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$4,106.80**
*Check all that apply.*

**Edward & Kristin L. Pylant**          ☑ Contingent

**1310 Sue Barnett Dr**          ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Houston**               **TX**     **77018-4424**          _____

Date or dates debt was incurred     _____          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
☐ Yes

---

**3.436**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**Edward Akin**          ☑ Contingent

**1324 Sue Barnett Dr**          ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Houston**               **TX**     **77018-4424**          _____

Date or dates debt was incurred     _____          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437**   Nonpriority creditor's name and mailing address

**Edward Amash & Susan Rodwell Walmsley**

**404 W 33rd St**

**Houston**              **TX**      **77018-7606**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,036.75**

---

**3.438**   Nonpriority creditor's name and mailing address

**Edward De Alba**

**744 W 43rd St**

**Houston**              **TX**      **77018-4402**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.439**   Nonpriority creditor's name and mailing address

**Edward Moon**

**1527 Sue Barnett Dr**

**Houston**              **TX**      **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.440**   Nonpriority creditor's name and mailing address

**Edwin & Tonya Rodriguez**

**895 W 41st St**

**Houston**              **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,911.60**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.441**   Nonpriority creditor's name and mailing address

**Efrain Rocha**

**220 W 33rd St**

Houston                    TX      77018-7602

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.442**   Nonpriority creditor's name and mailing address

**Elaine Maniha**

**709 Garden Oaks Blvd**

Houston                    TX      77018-5407

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.443**   Nonpriority creditor's name and mailing address

**Elan Britt**

**726 W 43rd St**

Houston                    TX      77018-4402

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.444**   Nonpriority creditor's name and mailing address

**Elbar Investments Inc**

**3909 Golf Dr**

Houston                    TX      77018-5200

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.445 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Eleanor Larato & John Robba**

**1074 W 42nd St**

**Houston**                    **TX**      **77018-4314**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.446 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Elham Pazoukigolshan & Mohammadali Golsh**

**717 W 42nd St**

**Houston**                    **TX**      **77018-4428**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.447 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Elisabeth Binion Edgar**

**Apt 1515**

**14501 Empanada Dr.**

**Houston**                    **TX**      **77083-3391**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,014.50**

| 3.448 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Elisabeth Neely**

**5522 Green Springs Dr**

**Houston**                    **TX**      **77066-2429**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,082.50 |

Check all that apply.

**Elizabeth & Jason Bernal**

**806 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston                    TX       77018-5308**

Date or dates debt was incurred   _____     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**Elizabeth Dunbar**

**5025 Bridle Path Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Fayetteville                NY       13066-9741**

Date or dates debt was incurred   _____     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.50 |

Check all that apply.

**Elizabeth R. Stafford**

**1219 N Windomere Ave**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Dallas                      TX       75208-2734**

Date or dates debt was incurred   _____     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**Elizabeth Reuter**

**236 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston                    TX       77018-7602**

Date or dates debt was incurred   _____     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☑ No
                                                    ☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.453**   Nonpriority creditor's name and mailing address

**Ellen Braithwaite**

**1517 Prince St**

Houston     TX     77008-3715

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.454**   Nonpriority creditor's name and mailing address

**Elva Rojas**

**218 N Estelle St.**

Houston     TX     77003-1435

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,365.00**

---

**3.455**   Nonpriority creditor's name and mailing address

**Emil Gonzales**

**810 W 32nd St**

Houston     TX     77018-7504

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.456**   Nonpriority creditor's name and mailing address

**Emilio & Patricia Chemali**

**P.O. Box 920663**

Houston     TX     77292-0663

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,137.50**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.457**  Nonpriority creditor's name and mailing address

**Emily & John Lee**

**516 W 30th St**

Houston              TX     77018-8308

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.458**  Nonpriority creditor's name and mailing address

**Emily & Thomas Laffler &Mariann Barra**

**1038 Lamonte Ln**

Houston              TX     77018-4319

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,679.94**

**3.459**  Nonpriority creditor's name and mailing address

**Emlyn E. Kerr**

**2109 Bidwell Dr.**

Houston              TX     77018-1490

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.460**  Nonpriority creditor's name and mailing address

**Emmet Doherty & San Gonzales**

**1004 Sue Barnett Dr**

Houston              TX     77018-4433

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.461**  Nonpriority creditor's name and mailing address

**Eric & Karen Snow**

**742 W 38th St**

**Houston**                          **TX**      **77018-5402**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$4,562.44

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.462**  Nonpriority creditor's name and mailing address

**Eric C. & Carly C. Thibodeaux**

**1006 Sue Barnett Dr**

**Houston**                          **TX**      **77018**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$2,962.50

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.463**  Nonpriority creditor's name and mailing address

**Eric J. & Olga G. Marruffo**

**260 Alameda De Las Pulgas**

**Redwood City**                     **CA**      **94062-2833**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$2,088.75

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.464**  Nonpriority creditor's name and mailing address

**Eric Lane**

**1710 Resaca Blvd**

**Austin**                           **TX**      **78738-5378**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$1,687.50

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.465**   Nonpriority creditor's name and mailing address

Eric Perez

15731 Lakedale Dr.

Houston                          TX      77095-3697

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,312.50**

---

**3.466**   Nonpriority creditor's name and mailing address

Eric S. & Kelly L. Davis

838 W 41st St

Houston                          TX      77018-5308

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,900.00**

---

**3.467**   Nonpriority creditor's name and mailing address

Eric Vargas & Nancy Perez

757 Sue Barnett Dr

Houston                          TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,150.00**

---

**3.468**   Nonpriority creditor's name and mailing address

Erica Johnson

24 Music Sq. W Floor 1

Nashville                        TN      37203-6661

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.469**   Nonpriority creditor's name and mailing address

**Erik M. Wilson**

**1014 Althea Dr**

**Houston**                          **TX**       **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,537.50**

---

**3.470**   Nonpriority creditor's name and mailing address

**Erik Srnka & Ashley Cox**

**1006 W 41st St**

**Houston**                          **TX**       **77018-5202**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,715.00**

---

**3.471**   Nonpriority creditor's name and mailing address

**Erin Courtney**

**1108 Sue Barnett Dr**

**Houston**                          **TX**       **77018-4435**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,365.00**

---

**3.472**   Nonpriority creditor's name and mailing address

**Erlyn & Carroll Lisbony**

**17303 Loring Ln**

**Spring**                           **TX**       **77388-5742**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.473**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**estate of Vivian Hill**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1007 Gardenia Dr**

**Basis for the claim:**

**$0.00**

**Houston**                    **TX**      **77018-4312**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.474**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Evangelina Rangel**

☑ Contingent
☐ Unliquidated
☑ Disputed

**16214 Lakeview Dr**

**Basis for the claim:**

**$2,287.50**

**Jersey Village**              **TX**      **77040-2028**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.475**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Evelyn & N Kolar**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1562 Sue Barnett Dr**

**Basis for the claim:**

**$0.00**

**Houston**                    **TX**      **77018-4306**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.476**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Evelyn Hein**

☑ Contingent
☐ Unliquidated
☑ Disputed

**3210 Lawrence St**

**Basis for the claim:**

**$0.00**

**Houston**                    **TX**      **77018-7617**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.477** Nonpriority creditor's name and mailing address

**Everett L Sandles**

**Unit 3106**

**2001 Holcombe Blvd**

**Houston**                         **TX**        **77030-4219**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,413.75

---

**3.478** Nonpriority creditor's name and mailing address

**F Pierce**

**4121 Apollo St**

**Houston**                         **TX**        **77018-4308**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.479** Nonpriority creditor's name and mailing address

**Facundo Home Builder Inc**

**911 Judiway St**

**Houston**                         **TX**        **77018**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,426.46

---

**3.480** Nonpriority creditor's name and mailing address

**Facundo Home Builder Inc**

**911 Judiway St**

**Houston**                         **TX**        **77018**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,437.50

---

Debtor **Garden Oaks Maintenance Organization, Inc.**          Case number (if known) **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**Facundo Home Builder, Inc.**

**911 Judiway St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX      77018

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,694.70** |
|---|---|---|---|

**Facundo Home Builder, Inc.**

**911 Judiway St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX      77018

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,137.50** |
|---|---|---|---|

**Facundo Home Builder, Inc.**

**911 Judiway St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX      77018

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,537.50** |
|---|---|---|---|

**Facundo Home Builder, Inc.**

**911 Judiway St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX      77018

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                      **Amount of claim**

| 3.485 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Facundo Home Builder, Inc.**

**911 Judiway St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,350.00**

| 3.486 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Facundo Home Builder, Inc.**

**911 Judiway St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,612.50**

| 3.487 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Facundo Home Builder, Inc.**

**911 Judiway St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,394.73**

| 3.488 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Facundo Home Builder, Inc.**

**911 Judiway St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,687.50**

Debtor      **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.489 | Nonpriority creditor's name and mailing address |
|---|---|

**Faist & Pauloski**

**423 W 33rd St**

**Houston**                    **TX**     **77018-7605**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**$3,127.50**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address |
|---|---|

**Farah George**

**Floor 3**

**4101 Washington Ave**

**Houston**                    **TX**     **77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**$1,762.50**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address |
|---|---|

**Farrah Lowe**

**879 W 41st St**

**Houston**                    **TX**     **77018-5307**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**$5,662.50**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address |
|---|---|

**Farrell O**

**312 W 34th St**

**Houston**                    **TX**     **77018-7612**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**$0.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

### Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.493** Nonpriority creditor's name and mailing address

**Fernando Pena**

**713 W 41st St**

**Houston**     **TX**     **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,980.00

---

**3.494** Nonpriority creditor's name and mailing address

**Frances Marino**

**4811 Apollo St**

**Houston**     **TX**     **77018-2007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$937.50

---

**3.495** Nonpriority creditor's name and mailing address

**Francisco & Barbara Diaz**

**854 W 41st St**

**Houston**     **TX**     **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,025.00

---

**3.496** Nonpriority creditor's name and mailing address

**Frank & Rosemary Panzica**

**7106 FM 529 Rd**

**Bellville**     **TX**     **77418-7219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**         Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.         Amount of claim

**3.497**   Nonpriority creditor's name and mailing address

**Frank Panzica**

**Suite 104**

**13910 Champion Forest Dr**

Houston                    TX       77069-1849

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.498**   Nonpriority creditor's name and mailing address

**Frank Schisser**

**508 W 33rd St**

Houston                    TX       77018-7608

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.499**   Nonpriority creditor's name and mailing address

**Frank Stautberg**

**228 W 34th St**

Houston                    TX       77018-7610

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.500**   Nonpriority creditor's name and mailing address

**Frank T. Blackwood**

**14307 Apple Tree Rd**

Houston                    TX       77079-6622

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,215.00**

Debtor  **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.501**  Nonpriority creditor's name and mailing address

**Frank Torres**

**1051 W 43rd St**

**Houston**                    **TX**    **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.502**  Nonpriority creditor's name and mailing address

**Frederick A. Hefren**

**2114 Shadybriar Dr**

**Houston**                    **TX**    **77077-5912**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,750.00**

---

**3.503**  Nonpriority creditor's name and mailing address

**Frederick Clarke**

**1352 Sue Barnett Dr**

**Houston**                    **TX**    **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.504**  Nonpriority creditor's name and mailing address

**Gabriel Perez**

**1038 Althea Dr**

**Houston**                    **TX**    **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)    **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.505**    Nonpriority creditor's name and mailing address

**Gabriela Villegas**

**858 W 43rd St**

**Houston**                          **TX**      **77018-4404**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.506**    Nonpriority creditor's name and mailing address

**Gabriella Clarke**

**1920 Victory Ave**

**Wichita Falls**                    **TX**      **76301-6023**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.507**    Nonpriority creditor's name and mailing address

**Gala Rabalais**

**1618 Success St**

**Bossier City**                     **LA**      **71112-4068**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.508**    Nonpriority creditor's name and mailing address

**Gale & Robin Gorman**

**742 Sue Barnett Dr**

**Houston**                          **TX**      **77018-5412**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,423.75 |

**Gale Roanoake & Claudia Kolbinger**

**1205 Norwood St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Deer Park**          **TX**      **77536-3319**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 |

**Galvin & Mayra Kennedy**

**3646 Blue Bonnet Blvd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77025-1304**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,325.00 |

**Gamel Hem**

**20323 Knights Branch Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Cypress**          **TX**      **77433-4728**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,587.50 |

**Garrett Gremillion & Stephanie Gremillio**

**722 E 7TH 1/2 St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77007-1708**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.513**   Nonpriority creditor's name and mailing address

**Garrett L. Tyra**

**1022 W 41st St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$2,362.50**

**Houston**                          **TX      77018-5202**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.514**   Nonpriority creditor's name and mailing address

**Garrett Rouse**

**1531 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$1,575.00**

**Houston**                          **TX      77018-4305**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.515**   Nonpriority creditor's name and mailing address

**Gary & Joan Harmon**

**827 Lamonte Ln**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$0.00**

**Houston**                          **TX      77018-4436**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.516**   Nonpriority creditor's name and mailing address

**Gary & Linda Warwick**

**10 Meadow Cove Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**$856.72**

**Spring**                           **TX      77381-3323**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,112.50 |
|---|---|---|---|

Check all that apply.

**Gary C. Ingram**

**Suite 258**       ☑ Contingent
                    ☐ Unliquidated
**14027 Memorial Dr**   ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77079-6826**   _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                                 ☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,375.00 |
|---|---|---|---|

Check all that apply.

**Gary Milnarich**

**606 E 21st St**      ☑ Contingent
                       ☐ Unliquidated
                       ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77008-4431**   _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                                 ☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,927.50 |
|---|---|---|---|

Check all that apply.

**Gary T. Bohnert**

**203 W 31st St**      ☑ Contingent
                       ☐ Unliquidated
                       ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-8311**   _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                                 ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Gary Voth**

**717 W 38th St**      ☑ Contingent
                       ☐ Unliquidated
                       ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-5401**   _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                                 ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.521**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Gary Williams & John Gregory**

**706 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                 **TX**     **77018-7502**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.522**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Gaye Knigge**

**701 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                 **TX**     **77018-7527**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.523**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Gene Guglielmi**

**842 Lamonte Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                 **TX**     **77018-4438**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.524**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,550.00**

**Genesis Elegant Homes LLC**

**#200**

**3139 Holcombe Blvd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                 **TX**     **77025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.525**   Nonpriority creditor's name and mailing address

**$0.00**

**Genesis Elegant Homes LLC**

**#200**

**3139 Holcombe Blvd.**

| Houston | TX | 77025 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.526**   Nonpriority creditor's name and mailing address

**$1,631.25**

**Gennifer Rainey**

**10334 Scott Gate Ct.**

| Charlotte | NC | 28277-9544 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.527**   Nonpriority creditor's name and mailing address

**$3,075.00**

**Gentry Tanner**

**827 W 43rd St**

| Houston | TX | 77018 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.528**   Nonpriority creditor's name and mailing address

**$2,808.75**

**Geoffrey & Amy Vernon**

**18538 Wade Creek Ln**

| Cypress | TX | 77433-4577 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.529**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Geoffrey Brune &  Pamela Brune-Sailors**

☑ Contingent
☐ Unliquidated
☑ Disputed

**830 Lamonte Ln**

**Basis for the claim:**

**Houston                       TX        77018-4438**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.530**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$3,210.00

**George & Amy Tidwell**

☑ Contingent
☐ Unliquidated
☑ Disputed

**10031 Pine Springs Dr.**

**Basis for the claim:**

**Conroe                         TX        77304-4064**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.531**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,675.00

**George & Susan Taylor**

☑ Contingent
☐ Unliquidated
☑ Disputed

**257 Crawford Rd.**

**Basis for the claim:**

**Highlands                     NC        28741-7619**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.532**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$4,087.50

**George Appling**

☑ Contingent
☐ Unliquidated
☑ Disputed

**701 Garden Oaks Blvd**

**Basis for the claim:**

**Houston                       TX        77018-5407**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.533**  Nonpriority creditor's name and mailing address

**George Steinberger**

**P.O. Box 10482**

**Houston**                    **TX**      **77206-0482**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.534**  Nonpriority creditor's name and mailing address

**Gerald Butler**

**871 W 41st St**

**Houston**                    **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,013.75**

---

**3.535**  Nonpriority creditor's name and mailing address

**Gibu Philip & Jenny Philip**

**1031 W 42nd St**

**Houston**                    **TX**      **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,847.06**

---

**3.536**  Nonpriority creditor's name and mailing address

**Gigi & Paul Spence**

**1526 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.537**   Nonpriority creditor's name and mailing address

**Gilda & Charles Bolton**

**403 W 34th St**

**Houston**                    **TX**      **77018-7613**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.538**   Nonpriority creditor's name and mailing address

**Gilda & Gerald Evans**

**710 W 32nd St**

**Houston**                    **TX**      **77018-7502**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.539**   Nonpriority creditor's name and mailing address

**Ginny Howard**

**416 W 34th St**

**Houston**                    **TX**      **77018-7614**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.540**   Nonpriority creditor's name and mailing address

**Giovanna & Shunmugam Naidoo**

**324 W 34th St**

**Houston**                    **TX**      **77018-7612**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.541**   Nonpriority creditor's name and mailing address

**Gisela Ables**

**1083 Lamonte Ln**

**Houston**                      **TX**      **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.542**   Nonpriority creditor's name and mailing address

**Gisele & Bertrand Oriot**

**324 W 31st St**

**Houston**                      **TX**      **77018-8314**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.543**   Nonpriority creditor's name and mailing address

**Gladys D. Camarena**

**6730 Sutton Meadows Dr**

**Houston**                      **TX**      **77086-2837**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,425.00**

---

**3.544**   Nonpriority creditor's name and mailing address

**Glen Brooks**

**1006 W 42nd St**

**Houston**                      **TX**      **77018-4314**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Glenn & Marsha Wilson**

**3113 Lawrence St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77018-8329**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,901.55** |
|---|---|---|---|

**Glenn Parmlee**

**4706 Vista Rd**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Pasadena**          **TX**     **77505-2810**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Gloria Cavazos & Michael Hooley**

**403 W 33rd St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77018-7605**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| **3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**GMS Interests, LP**

**716 E. 10th 1/2 St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77008**

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.549** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
|---|---|---|

**$3,712.50**

**3.549** Nonpriority creditor's name and mailing address

**GMS Interests, LP**

**8422 Bascom St**

Houston                    TX      77080

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.550** Nonpriority creditor's name and mailing address

**Golden Props LLC**

**19702 Ivory Mills Ln**

Houston                    TX      77094

**$2,700.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.551** Nonpriority creditor's name and mailing address

**Gordon Doran**

**3107 Nesbit Dr**

Austin                     TX      78748-5061

**$2,410.65**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.552** Nonpriority creditor's name and mailing address

**Gordon Yeatts & Carol Smith**

**3217 Lawrence St**

Houston                    TX      77018-7616

**$3,610.37**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.553**  Nonpriority creditor's name and mailing address

**Gracie Perez**

**854 Wakefield Dr.**

**Houston**                    **TX**      **77018-6336**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,567.68

**3.554**  Nonpriority creditor's name and mailing address

**Graham Gips**

**3622 Lake St**

**Houston**                    **TX**      **77098**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,843.50

**3.555**  Nonpriority creditor's name and mailing address

**Graham Gips**

**3622 Lake St**

**Houston**                    **TX**      **77098**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,375.00

**3.556**  Nonpriority creditor's name and mailing address

**Graig Alvarez**

**816 Holton St.**

**Bellaire**                    **TX**      **77401-2813**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,762.50

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.557**   Nonpriority creditor's name and mailing address

**Grandview Resources**

**Suite 120**

**13492 N Hwy 183**

**Austin**                          **TX**      **78750-2254**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,249.25

---

**3.558**   Nonpriority creditor's name and mailing address

**Green Tower Development LLC**

**5707 Vendi Dr**

**Houston**                          **TX**      **77085**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,560.60

---

**3.559**   Nonpriority creditor's name and mailing address

**Greg Danna**

**200 Westfield St**

**Houston**                          **TX**      **77022-6215**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,237.50

---

**3.560**   Nonpriority creditor's name and mailing address

**Gregory & Ashley Fields**

**303 W 33rd St**

**Houston**                          **TX**      **77018-7603**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,825.00

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

**3.561**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                     **$1,222.50**
                                                                    *Check all that apply.*
**Gregory & Mary Beth Hancock**                                      ☑ Contingent
**13510 Castlecombe Dr.**                                            ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    Basis for the claim:

**Houston**                        **TX**     **77044-4953**        _____

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number      __ __ __ __                    ☐ Yes

---

**3.562**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                     **$1,942.50**
                                                                    *Check all that apply.*
**Gregory Billman**                                                  ☑ Contingent
**3006 Harmony St.**                                                 ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    Basis for the claim:

**Amarillo**                       **TX**     **79106-6133**        _____

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number      __ __ __ __                    ☐ Yes

---

**3.563**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                     **$2,625.00**
                                                                    *Check all that apply.*
**Gregory Duncan**                                                   ☑ Contingent
**1078 Lamonte Ln**                                                  ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    Basis for the claim:

**Houston**                        **TX**     **77018-4319**        _____

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number      __ __ __ __                    ☐ Yes

---

**3.564**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                     **$2,287.50**
                                                                    *Check all that apply.*
**Gregory Lukin & Christine Crotwell**                               ☑ Contingent
**320 W 33rd St**                                                    ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    Basis for the claim:

**Houston**                        **TX**     **77018-7604**        _____

Date or dates debt was incurred      _____              Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number      __ __ __ __                    ☐ Yes

---

Debtor **Garden Oaks Maintenance Organization, Inc.**    Case number (if known) **18-60018-H2-11**

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| | |
|---|---|
| **3.565** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | Check all that apply. |
| **Gregory S. & Andrea A. Cox** | ☑ Contingent |
| **50 Canoe Bend RR** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Spring**                **TX**      **77389-5092** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

Amount of claim: **$2,700.00**

| | |
|---|---|
| **3.566** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | Check all that apply. |
| **Gregory Webb** | ☑ Contingent |
| **17146 Kiowa River Ln** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**                **TX**      **77095-4256** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

Amount of claim: **$0.00**

| | |
|---|---|
| **3.567** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | Check all that apply. |
| **Greta Hall** | ☑ Contingent |
| **415 W 30th St** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**                **TX**      **77018-8305** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

Amount of claim: **$0.00**

| | |
|---|---|
| **3.568** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | Check all that apply. |
| **Guadalupe & Alex Gutierrezdevelasco** | ☑ Contingent |
| **527 W 30th St** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Houston**                **TX**      **77018-8307** | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

Amount of claim: **$0.00**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.569**  Nonpriority creditor's name and mailing address

Guadalupe Meza

#1420

12325 Shadow Creek Parkway

Pearland                TX        77584-7372

Date or dates debt was incurred

Last 4 digits of account number  __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,415.00

---

**3.570**  Nonpriority creditor's name and mailing address

Gustavo Jr. & Ysa Rivera

4255 Apollo St

Houston                TX        77018

Date or dates debt was incurred

Last 4 digits of account number  __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,624.25

---

**3.571**  Nonpriority creditor's name and mailing address

Gustavo Wensjoe/Joanne Houck

311 Terrace Dr

Houston                TX        77007-5046

Date or dates debt was incurred

Last 4 digits of account number  __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,713.75

---

**3.572**  Nonpriority creditor's name and mailing address

Gwen & Brian Syzdek

850 W 42nd St

Houston                TX        77018-5310

Date or dates debt was incurred

Last 4 digits of account number  __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                             Amount of claim

---

**3.573**   Nonpriority creditor's name and mailing address

**Gwen Syzdek**

**850 W 42nd St**

**Houston**                          **TX**      **77018-5310**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,402.50**

---

**3.574**   Nonpriority creditor's name and mailing address

**Gyla & Michael Dreiss**

**404 W 32nd St**

**Houston**                          **TX**      **77018-8324**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.575**   Nonpriority creditor's name and mailing address

**H Coats**

**1047 Lamonte Ln**

**Houston**                          **TX**      **77018-4318**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.576**   Nonpriority creditor's name and mailing address

**H J Investment Group Inc**

**Ste. 880**

**10370 Richmond Ave.**

**Houston**                          **TX**      **77042**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,365.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.577**   Nonpriority creditor's name and mailing address

H Janac

707 W 43rd St

Houston                    TX    77018-4401

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.578**   Nonpriority creditor's name and mailing address

H. Michael & Dinah Sultanik

1727 Haverhill Dr

Houston                    TX    77008-1268

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$7,290.00**

---

**3.579**   Nonpriority creditor's name and mailing address

Hally Ervine

231 W 34th St

Houston                    TX    77018-7609

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,531.25**

---

**3.580**   Nonpriority creditor's name and mailing address

Hanh Court

532 W 32nd St

Houston                    TX    77018-8326

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,943.56**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.581**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |

**Hardie Barr Jr.**
☑ Contingent
☐ Unliquidated
☑ Disputed

**2601 Taylor Ln**

$1,761.75

Basis for the claim:

**Pearland**          **TX**      **77581-5747**

Date or dates debt was incurred          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

---

**3.582**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:
*Check all that apply.*

**Harkor Homes LLC**          ☑ Contingent
☐ Unliquidated
**4600 Fuller Dr**          ☑ Disputed

$2,112.35

Basis for the claim:

**Richardson**          **TX**      **75038**

Date or dates debt was incurred          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

---

**3.583**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:
*Check all that apply.*

**Harold Bowman & Georgia Lister**          ☑ Contingent
☐ Unliquidated
**851 Azalea St**          ☑ Disputed

$2,062.50

Basis for the claim:

**Houston**          **TX**      **77018-4409**

Date or dates debt was incurred          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

---

**3.584**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:
*Check all that apply.*

**Harold Draughon**          ☑ Contingent
☐ Unliquidated
**1311 N. Shepherd Dr**          ☑ Disputed

$945.75

Basis for the claim:

**Houston**          **TX**      **77008-3751**

Date or dates debt was incurred          Is the claim subject to offset?
☑ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,887.50 |

**Harold Roberts & Steven Higgins**

**718 W 42nd St**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**       **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.50 |

**Harry James**

**Suite 225**

**4001 N. Shepherd Dr**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**       **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Harvey Eichler**

**1059 Lamonte Ln**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**       **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Harvey Hetzel**

**231 Lakeview Shores Dr**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Coldspring**                    **TX**       **77331-4659**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

Hazel Houghton

843 Azalea St

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                          TX       77018-4409

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | | $3,825.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

Heard & Hearn Investments, LP

1348 Purdue St

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                          TX       77005

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | | $1,515.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

Heath A. & Juli M. Rehfuss

416 W 30th St

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                          TX       77018-8306

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | | $3,157.50 |

As of the petition filing date, the claim is:
*Check all that apply.*

Heather Leverett & Stephen Mink

319 W 31st St

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                          TX       77018-8313

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

Debtor __Garden Oaks Maintenance Organization, Inc.__     Case number (if known) __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.593**   Nonpriority creditor's name and mailing address

Heather M. Leverett

405 E. 24th St

Houston                    TX    77008-2348

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,085.00

**3.594**   Nonpriority creditor's name and mailing address

Hector Cantu

1915 Crystal Springs Dr

Kingwood                   TX    77339-3339

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,175.00

**3.595**   Nonpriority creditor's name and mailing address

Hein Nguyen & Stella Stevens

859 W 43rd St

Houston                    TX    77018-4403

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,691.25

**3.596**   Nonpriority creditor's name and mailing address

Heleina B. Formoso

8001 Cullen Estates Dr.

Pearland                   TX    77584-4083

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,497.50

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known) **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.597**   Nonpriority creditor's name and mailing address

**Helen & Terence La Fave**

**1030 W 42nd St**

**Houston**                    **TX**     **77018-4314**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.598**   Nonpriority creditor's name and mailing address

**Henry Drapela**

**2101 N Shepherd Dr**

**Houston**                    **TX**     **77008-3647**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,650.00**

---

**3.599**   Nonpriority creditor's name and mailing address

**HFL Construction LLC**

**Apt 1426**

**404 Oxford St**

**Houston**                    **TX**     **77007**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,591.50**

---

**3.600**   Nonpriority creditor's name and mailing address

**HFL Construction LLC**

**Apt 1426**

**404 Oxford St**

**Houston**                    **TX**     **77007**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,360.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.601**   Nonpriority creditor's name and mailing address

**HFL Construction LLC**

**Apt 1426**

**404 Oxford St**

**Houston**                **TX**      **77007**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,835.03

---

**3.602**   Nonpriority creditor's name and mailing address

**Holly & Bruce Fritz**

**822 W 43rd St**

**Houston**                **TX**      **77018-4404**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.603**   Nonpriority creditor's name and mailing address

**Holly Arnold**

**1511 Sue Barnett Dr**

**Houston**                **TX**      **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.604**   Nonpriority creditor's name and mailing address

**Holly Jean Gregory & John-Paul Bujnoch**

**1011 Gardenia Dr**

**Houston**                **TX**      **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,432.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.605** Nonpriority creditor's name and mailing address

Holly Pruitt

1511 Sue Barnett Dr

Houston                        TX      77018-4305

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$2,968.43

---

**3.606** Nonpriority creditor's name and mailing address

Hollye & Cary Seabolt

232 W 30th St

Houston                        TX      77018-8301

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.607** Nonpriority creditor's name and mailing address

Homero Rodriguez

10515 Normont Dr.

Houston                        TX      77070-2951

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$982.50

---

**3.608** Nonpriority creditor's name and mailing address

Horace Homes, LLC

1241 Peden St

Houston                        TX      77006

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$1,488.75

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.609**  Nonpriority creditor's name and mailing address

**Horace Homes, LLC**

**1241 Peden St**

Houston                    TX      77006

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,925.15

---

**3.610**  Nonpriority creditor's name and mailing address

**Horace Homes, LLC**

**1241 Peden St**

Houston                    TX      77006

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,725.00

---

**3.611**  Nonpriority creditor's name and mailing address

**Horace Nelson**

**7415 Cypress Pin Oak Dr.**

Cypress                    TX      77433-6737

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,687.50

---

**3.612**  Nonpriority creditor's name and mailing address

**Horacio Fernandez**

**516 W 34th St**

Houston                    TX      77018-7650

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,236.75

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.613**   Nonpriority creditor's name and mailing address

$1,965.00

**Howard M. Tate**

**847 Azalea St**

Houston                    TX      77018-4409

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.614**   Nonpriority creditor's name and mailing address

$0.00

**Howard Parsley**

**416 W 32nd St**

Houston                    TX      77018-8324

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.615**   Nonpriority creditor's name and mailing address

$0.00

**Hugo Figueroa**

**211 W 32nd St**

Houston                    TX      77018-8319

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.616**   Nonpriority creditor's name and mailing address

$5,137.50

**Ian C.D. & Amanda M. Roberts**

**P.O. Box 27582**

Houston                    TX      77227-7582

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.617**  Nonpriority creditor's name and mailing address

**Ian& Sandra Penfold**

**842 Azalea St**

Houston              TX      77018-4410

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.50

---

**3.618**  Nonpriority creditor's name and mailing address

**Imelda Cardenas**

**207 W 31st St**

Houston              TX      77018-8311

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,147.50

---

**3.619**  Nonpriority creditor's name and mailing address

**Investment Property Exchange Services Fo**

**235 W 31st St**

Houston              TX      77018-8311

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,287.50

---

**3.620**  Nonpriority creditor's name and mailing address

**Iraj Afghani & Patricia Vargas**

**320 W 30th St**

Houston              TX      77018-8304

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,475.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.621**   Nonpriority creditor's name and mailing address

**Irma Galvan**

**705 W 38th St**

**Houston**          **TX**     **77018-5401**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.622**   Nonpriority creditor's name and mailing address

**Irwin & Shirly Leong**

**8151 Sleepy Time Ct**

**Clarkston**          **MI**     **48348-2653**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,625.00**

---

**3.623**   Nonpriority creditor's name and mailing address

**Isaac & Meagan R. Elzner**

**1080 Jennings Rd**

**Jacksonville**          **TX**     **75766**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,467.50**

---

**3.624**   Nonpriority creditor's name and mailing address

**Isela Villarreal**

**1087 W 41st St**

**Houston**          **TX**     **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,912.50**

---

Debtor **Garden Oaks Maintenance Organization, Inc.**      Case number (if known) **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.625**    Nonpriority creditor's name and mailing address

**Isidro Cruz**

**419 W 32nd St**

**Houston**      **TX**      **77018-8323**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.626**    Nonpriority creditor's name and mailing address

**Ivan Mayers Jr.**

**802 Lamonte Ln**

**Houston**      **TX**      **77018-4438**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,099.75**

---

**3.627**    Nonpriority creditor's name and mailing address

**J Davis**

**710 W 38th St**

**Houston**      **TX**      **77018-5402**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.628**    Nonpriority creditor's name and mailing address

**J Opersall**

**316 W 31st St**

**Houston**      **TX**      **77018-8314**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.629**   Nonpriority creditor's name and mailing address

**J. Mark Tamalis**

**822 W 42nd St**

**Houston**                     **TX**      **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,350.00**

---

**3.630**   Nonpriority creditor's name and mailing address

**J.M. McCracken**

**19006 Tumlinson Dr.**

**Cypress**                     **TX**      **77433-5003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,826.25**

---

**3.631**   Nonpriority creditor's name and mailing address

**Jack Denninger & Liza Salisbury**

**1559 Sue Barnett Dr**

**Houston**                     **TX**      **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,847.50**

---

**3.632**   Nonpriority creditor's name and mailing address

**Jack I. & Olga G. McGee**

**725 W 42nd St**

**Houston**                     **TX**      **77018-4428**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.633**   Nonpriority creditor's name and mailing address

**Jack Krueger**

**34 Lucky Leaf Ct**

**Spring**                    **TX**     **77381**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

**3.634**   Nonpriority creditor's name and mailing address

**Jackson & Frances Bullock**

**818 W 30th St**

**Houston**                  **TX**     **77018-8204**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,527.50

**3.635**   Nonpriority creditor's name and mailing address

**Jacob & Melanie Stephens**

**1046 W 43rd St**

**Houston**                  **TX**     **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,717.31

**3.636**   Nonpriority creditor's name and mailing address

**Jacob H. & Jennifer M. Middleton**

**1020 Celebration Dr**

**Roswell**                  **GA**     **30076-6414**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,250.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | |
|---|---|
| **3.637**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:   **$3,000.00** |

**3.637**   Nonpriority creditor's name and mailing address

**Jacob J Covens**

**Apt 6**

**1810 Potomac Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77057-2952**

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

---

**3.638**   Nonpriority creditor's name and mailing address

**Jacob R. & Maryl R. Green**

**4129 Apollo St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-4308**

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

$3,562.50

---

**3.639**   Nonpriority creditor's name and mailing address

**Jacobus M. j& M. Van Zeelst**

**311 W 33rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-7603**

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

$3,112.50

---

**3.640**   Nonpriority creditor's name and mailing address

**Jagadish Appareddy**

**203 W 33rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-7601**

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

$1,289.37

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| | |
|---|---|
| **3.641**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Jaime & Celeste Zamora** | ☒ Contingent |
| **1346 Sue Barnett Dr** | ☐ Unliquidated |
| | ☒ Disputed |
| | **Basis for the claim:** |
| **Houston**          **TX**   **77018-4424** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☒ No  ☐ Yes |

Amount of claim: **$0.00**

| | |
|---|---|
| **3.642**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Jaime Acosta** | ☒ Contingent |
| **332 W 30th St** | ☐ Unliquidated |
| | ☒ Disputed |
| | **Basis for the claim:** |
| **Houston**          **TX**   **77018-8304** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☒ No  ☐ Yes |

Amount of claim: **$0.00**

| | |
|---|---|
| **3.643**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Jaime Burciaga** | ☒ Contingent |
| **1706 Redwing Haven Dr.** | ☐ Unliquidated |
| | ☒ Disputed |
| | **Basis for the claim:** |
| **Houston**          **TX**   **77009-2470** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☒ No  ☐ Yes |

Amount of claim: **$1,428.75**

| | |
|---|---|
| **3.644**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |
| **Jaime Ramos** | ☒ Contingent |
| **1046 Lamonte Ln** | ☐ Unliquidated |
| | ☒ Disputed |
| | **Basis for the claim:** |
| **Houston**          **TX**   **77018-4319** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☒ No  ☐ Yes |

Amount of claim: **$0.00**

Debtor  __Garden Oaks Maintenance Organization, Inc.__    Case number (if known)  __18-60018-H2-11__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.645**  Nonpriority creditor's name and mailing address

__Jaime Surprenant__

__611 W 30th St__

__Houston__                    __TX__    __77018-8309__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.646**  Nonpriority creditor's name and mailing address

__Jakob & Charity Kohl__

__303 W 31st St__

__Houston__                    __TX__    __77018-8313__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,962.50**

---

**3.647**  Nonpriority creditor's name and mailing address

__James & Alison Tucker__

__1571 Sue Barnett Dr__

__Houston__                    __TX__    __77018__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,962.50**

---

**3.648**  Nonpriority creditor's name and mailing address

__James & Celeste Fatheree__

__27322 N Saddle Creek Ln__

__Fulshear__                    __TX__    __77441-1110__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,421.25**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.649** Nonpriority creditor's name and mailing address

**James & Gretchen Dreher**

**423 W 32nd St**

**Houston**      **TX**      **77018-8323**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,359.02**

---

**3.650** Nonpriority creditor's name and mailing address

**James & Jennifer Osowski**

**1015 W 42nd St**

**Houston**      **TX**      **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,250.00**

---

**3.651** Nonpriority creditor's name and mailing address

**James & Lou Taylor**

**1328 Sue Barnett Dr**

**Houston**      **TX**      **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.652** Nonpriority creditor's name and mailing address

**James & Marbella Rodriguez**

**768 Sue Barnett Dr**

**Houston**      **TX**      **77018-5412**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$7,125.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.653**   Nonpriority creditor's name and mailing address

**James & Marian Mabry**

**835 Lamonte Ln**

**Houston**                          **TX**      **77018-4436**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.654**   Nonpriority creditor's name and mailing address

**James & Marjorie Wooten**

**Apt 112**

**7831 Park Ln**

**Dallas**                          **TX**      **75225-2041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.655**   Nonpriority creditor's name and mailing address

**James & Ryann Koenig**

**519 W 30th St**

**Houston**                          **TX**      **77018-8307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,037.50**

---

**3.656**   Nonpriority creditor's name and mailing address

**James & Ryann Koenig**

**519 W 30th St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,425.55**

---

Debtor __**Garden Oaks Maintenance Organization, Inc.**__    Case number (if known) __**18-60018-H2-11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,875.00 |

**James & Susan Richard**

**823 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Houston**               **TX**      **77018-5309**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,027.50 |

**James A. & Emma S. Scoggins**

**69 Canton Rd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**West Simsbury**          **CT**      **06092-2808**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,067.27 |

**James A. & Suzanne Buchanan**

**Apt 103**

**1950 N Logan St**

**Denver, CO 80203-1172**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.50 |

**James Aldrich Tompkins, III**

**4518 Brook Shadow Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Humble**                 **TX**      **77345-3016**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Bailey**

**3006 Randall St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-7505**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.00** |
|---|---|---|---|

**James Barden**

**2632 Couch St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77008-1636**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,717.50** |
|---|---|---|---|

**James Dicola & Tina Rowe**

**424 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-8324**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Elmore**

**212 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-7602**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.665**   Nonpriority creditor's name and mailing address

**James Foster**

**1018 W 41st St**

**Houston**                          **TX**      **77018-5202**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.666**   Nonpriority creditor's name and mailing address

**James Hall**

**718 W 39th St**

**Houston**                          **TX**      **77018-5404**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.667**   Nonpriority creditor's name and mailing address

**James Hall**

**718 W 39th St**

**Houston**                          **TX**      **77018-5404**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.668**   Nonpriority creditor's name and mailing address

**James Hansen**

**6639 Alicant Dr**

**Sugarland**                        **TX**      **77479**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,287.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Hobizal**

**894 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston            TX        77018-5308        _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Lee**

**846 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston            TX        77018-5310        _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,187.50** |

**James M. & Andrea I. Chvatal**

**14 Windsor Ct**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston            TX        77055-4486        _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,558.75** |

**James M. & Heather A. McKeown**

**811 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston            TX        77018-5307        _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 169

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
|---|---|---|

**3.673**  Nonpriority creditor's name and mailing address

**James S Flowers**

**2012A Rabb Glen St.**

Austin                          TX      78704-3944

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $3,321.75**

---

**3.674**  Nonpriority creditor's name and mailing address

**James Villman**

**407 W 31st St**

Houston                          TX      77018-8315

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.675**  Nonpriority creditor's name and mailing address

**James W. Sadler**

**1586 Sue Barnett Dr**

Houston                          TX      77018-4306

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,621.40**

---

**3.676**  Nonpriority creditor's name and mailing address

**James Wilburn**

**1583 Sue Barnett Dr**

Houston                          TX      77018-4305

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,537.50**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.677**  Nonpriority creditor's name and mailing address

**Jan Keegan**

**1047 W 43rd St**

**Houston**                    **TX**      **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,387.50

---

**3.678**  Nonpriority creditor's name and mailing address

**Jan Knight & Kenan Branam**

**805 W 34th St**

**Houston**                    **TX**      **77018-6316**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.679**  Nonpriority creditor's name and mailing address

**Jana McClanahan (Schunk)**

**8634 Groveland Dr**

**Dallas**                    **TX**      **75218-4210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,291.12

---

**3.680**  Nonpriority creditor's name and mailing address

**Jana Mullins**

**427 N Gate Stone**

**Houston**                    **TX**      **77007-8341**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,471.25

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Jane & Marcus Roberts**

**431 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX    77018-7613

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                ☑ No
                                                            ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,245.00** |

**Jane & Sallie Gladney**

**204 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX    77018-7610

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                ☑ No
                                                            ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,536.25** |

**Janet & David Beaty**

**511 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX    77018-8317

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                ☑ No
                                                            ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Janet & Lawrence Hitz**

**1022 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX    77018-4314

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                ☑ No
                                                            ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.685**   Nonpriority creditor's name and mailing address

**Janet Freyou**

**813 Lazy Lane**

**Port Neches**              **TX**      **77651-3302**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,062.50**

---

**3.686**   Nonpriority creditor's name and mailing address

**Janice Pekema**

**#1020**

**1055 Regal Row**

**Dallas**               **TX**      **75247-4404**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$412.50**

---

**3.687**   Nonpriority creditor's name and mailing address

**Janis Wourms**

**312 W 33rd St**

**Houston**               **TX**      **77018-7604**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.688**   Nonpriority creditor's name and mailing address

**Jared & Stephanie S. Mermis**

**10902 Rickerhill Ct**

**Austin**               **TX**      **78739-1605**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,732.50**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.689**   Nonpriority creditor's name and mailing address

**Jarrod & Holly Marrs**

**216 W 33rd St**

**Houston**                         **TX**     **77018-7602**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,422.50**

---

**3.690**   Nonpriority creditor's name and mailing address

**Jas Synnott**

**748 W 43rd St**

**Houston**                         **TX**     **77018-4402**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.691**   Nonpriority creditor's name and mailing address

**Jason & Jennifer Espeseth**

**1039 Gardenia Dr**

**Houston**                         **TX**     **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,762.50**

---

**3.692**   Nonpriority creditor's name and mailing address

**Jason & Kim Ellis**

**737 Sue Barnett Dr**

**Houston**                         **TX**     **77018-5411**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,648.13**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.693**   Nonpriority creditor's name and mailing address

**Jason Babbitt**

**12419 Broken Arrow St.**

**Houston**                          **TX**      **77024-4920**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$1,642.50

---

**3.694**   Nonpriority creditor's name and mailing address

**Jason Castaneda**

**813 W 30th St**

**Houston**                          **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.695**   Nonpriority creditor's name and mailing address

**Jason J. & Allison D. Kaspar**

**536 W 32nd St**

**Houston**                          **TX**      **77018-8326**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,145.00

---

**3.696**   Nonpriority creditor's name and mailing address

**Jason Lawless**

**122 Watercress Cir**

**Jersey Village, TX 77064-3478**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,562.38

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | | |
|---|---|---|
| **3.697** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.00 |

**Jason Rodriguez**

**5719 Eigel St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                  **TX**      **77007**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.698** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925.10 |

**Jason Vance**

**1519 Rustic Knolls Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Katy**                  **TX**      **77450-5005**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.699** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,537.50 |

**Jay & Ali Survant**

**32606 Wingfoot Cir**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Fulshear**                  **TX**      **77441-4429**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.700** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jay & Shana Tatum**

**725 Garden Oaks Blvd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                  **TX**      **77018-5407**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.701**   Nonpriority creditor's name and mailing address

**Jay Butts**

**713 W 42nd St**

**Houston**          **TX**   **77018-4428**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.702**   Nonpriority creditor's name and mailing address

**Jay Orelup**

**2536 Wentworth St.**

**Dallas**          **TX**   **75211-2727**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,477.50**

---

**3.703**   Nonpriority creditor's name and mailing address

**Jay Vandenberg**

**527 W 32nd St**

**Houston**          **TX**   **77018-8325**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,625.00**

---

**3.704**   Nonpriority creditor's name and mailing address

**Jean Valka**

**851 W 42nd St**

**Houston**          **TX**   **77018-5309**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,293.00** |
|---|---|---|---|

**Jeana S. Kelly**

**10331 Londonderry Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston                    TX       77043-3338**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

---

| **3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,522.50** |
|---|---|---|---|

**Jeanine Fisher**

**3614 Enfield Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Austin                     TX       78703**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

---

| **3.707** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,567.50** |
|---|---|---|---|

**Jeff Gloriod**

**13927 Skylark Bend Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Cypress                    TX       77429**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

---

| **3.708** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,312.50** |
|---|---|---|---|

**Jeffery & Danette Savela**

**805 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston                    TX       77018**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.709 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,837.50**

**Jeffery D Gibb & Melissa M. Reid**

☑ Contingent
☐ Unliquidated
☑ Disputed

**879 W 42nd St**

**Basis for the claim:**

**Houston**               **TX**    **77018-5309**    _____

Date or dates debt was incurred          _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,250.00**

**Jeffery Gibb & Melissa Reid**

☑ Contingent
☐ Unliquidated
☑ Disputed

**879 W 42nd St**

**Basis for the claim:**

**Houston**               **TX**    **77018-5309**    _____

Date or dates debt was incurred          _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,570.00**

**Jeffrey & Brooke McAdams**

☑ Contingent
☐ Unliquidated
☑ Disputed

**874 W 42nd St**

**Basis for the claim:**

**Houston**               **TX**    **77018-5310**    _____

Date or dates debt was incurred          _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Jeffery & Nicole McClaughlin**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1006 Gardenia Dr**

**Basis for the claim:**

**Houston**               **TX**    **77018-4313**    _____

Date or dates debt was incurred          _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.713 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey G. Martin**

**710 W 39th St**

**Houston**                     **TX**     **77018-5404**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$4,800.00**

---

| 3.714 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey Harrison**

**2921 Umatilla St.**

**Denver**                      **CO**     **80211-3832**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$3,442.50**

---

| 3.715 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey K. Winkler**

**166 Guadalupe River Dr**

**Seguin**                      **TX**     **78155-7135**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$2,785.55**

---

| 3.716 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey Kasowski & Maureen Cagley**

**6438 Kury Ln**

**Houston**                     **TX**     **77008-3228**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**Jeffrey McShan**

**1945 Allen Pkwy**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston               TX      77019-2506

Date or dates debt was incurred                    Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,916.00** |

Check all that apply.

**Jeffrey Paul & Beth Marie Culver**

**5819 Weeping Willow Rd**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston               TX      77092-3337

Date or dates debt was incurred                    Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,775.00** |

Check all that apply.

**Jeffrey Webster & Francisca Fernandez**

**227 W 31st St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston               TX      77018-8311

Date or dates debt was incurred                    Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,971.25** |

Check all that apply.

**Jennie Cook & Melodie French**

**1042 Gardenia Dr**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston               TX      77018-4313

Date or dates debt was incurred                    Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.721**   Nonpriority creditor's name and mailing address

**Jennifer & Patrick Bates**

**1022 Lamonte Ln**

**Houston**                    **TX**      **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,436.75**

---

**3.722**   Nonpriority creditor's name and mailing address

**Jennifer & Randalll Taylor**

**1082 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.723**   Nonpriority creditor's name and mailing address

**Jennifer Bulaclac Thai Nguyen**

**510 W 33rd St**

**Houston**                    **TX**      **77018-7608**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.724**   Nonpriority creditor's name and mailing address

**Jennifer Garcia**

**1007 Lamonte Ln**

**Houston**                    **TX**      **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,365.00**

---

Debtor      **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.725**   Nonpriority creditor's name and mailing address

**Jennifer Jackson**

**9109 Hilldale St.**

**Houston**                    **TX**      **77055-7425**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,425.00**

---

**3.726**   Nonpriority creditor's name and mailing address

**Jennifer Lam**

**539 W 34th St**

**Houston**                    **TX**      **77018-7615**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.727**   Nonpriority creditor's name and mailing address

**Jennifer M Tessin**

**307 W 34th St**

**Houston**                    **TX**      **77041-9211**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$6,262.50**

---

**3.728**   Nonpriority creditor's name and mailing address

**Jennifer McCullar Greer**

**150 E College Ave**

**Holly Springs**              **MS**      **38635-3003**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                 Amount of claim

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Jennifer Viktorin Stevenson**

**8503 Dee Gabriel Collins Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Austin**          **TX**      **78744-5409**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | | **$2,589.00** |

**Jennifer White & Laura Estle**

**#2320**

**3333 Weslayan**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77027**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | | **$1,875.00** |

**Jennilee Longshore**

**858 Lamonte Ln**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77018-4438**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | | **$1,003.95** |

**Jenny Holbrook**

**1027 W 41st St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,717.50 |

**Jenny Holbrook**

**1027 W 41st St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX     77018-5201     _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Jenny Russell**

**722 Sue Barnett Dr**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX     77018-5412     _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,470.00 |

**Jeremy & Meredith Krimmel**

**1035 W 42nd St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                     TX     77018-4307     _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,215.00 |

**Jeremy Brown**

**4307 Wentworth Dr**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Fulshear                    TX     77441-4284     _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.737**   Nonpriority creditor's name and mailing address

**Jeremy Desel**

**1945 Allen Parkway**

**Houston**                    **TX**      **77019-2506**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,295.25

**3.738**   Nonpriority creditor's name and mailing address

**Jeremy Schwab**

**19 Laurelwood Dr.**

**Houston**                    **TX**      **77058-4376**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,380.00

**3.739**   Nonpriority creditor's name and mailing address

**Jermain Gales & Tajuana Herrell**

**3807 Hamid**

**Fresno**                    **TX**      **77545-9410**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,900.00

**3.740**   Nonpriority creditor's name and mailing address

**Jerrit & Christina Coward**

**1325 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4423**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$8,250.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.741**   Nonpriority creditor's name and mailing address

**Jerrod Lee Bain**

**#4**

**1240 W Pierce St.**

Houston                    TX      77019-4183

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.742**   Nonpriority creditor's name and mailing address

**Jerry & Danese McWhorter**

**520 W 34th St**

Houston                    TX      77018-7650

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.743**   Nonpriority creditor's name and mailing address

**Jerry Anderson**

**P.O. Box 925291**

Houston                    TX      77292-5291

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.744**   Nonpriority creditor's name and mailing address

**Jerry Gattis**

**802 W 42nd St**

Houston                    TX      77018-5310

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| **3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,212.50** |
|---|---|---|---|

**Jerry H. McCullar III**

**Suite 200**

**125 E Van Dorn Ave**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Holly Springs**          **MS**     **38635-3041**          _____

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

| **3.746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerry Morrison**

**P.O. Box 10877**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77206-0877**          _____

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

| **3.747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Jesse & Francis Gonzales**

**721 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018**          _____

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

| **3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse & Francis Gonzales**

**721 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-5411**          _____

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**         Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                  **Amount of claim**

---

**3.749**   Nonpriority creditor's name and mailing address

**Jesse & Mindy Pearson**

**722 W 41st St**

**Houston**                      **TX**     **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,825.00**

---

**3.750**   Nonpriority creditor's name and mailing address

**Jesse Lopez**

**227 W 30th St**

**Houston**                      **TX**     **77018-8301**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$937.50**

---

**3.751**   Nonpriority creditor's name and mailing address

**Jesse Purma**

**1051 Cook Rd**

**Taneyville**                   **MO**     **65759-5190**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

**3.752**   Nonpriority creditor's name and mailing address

**Jessica & Benjamin Hampton**

**1030 W 43rd St**

**Houston**                      **TX**     **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,962.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.753**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,587.50**
                                                                      *Check all that apply.*
**Jessica & Sean Farrell**                                            ☑ Contingent
**427 W 16th St**                                                     ☐ Unliquidated
                                                                      ☑ Disputed

                                                                      **Basis for the claim:**
Houston                    TX        77008                            _____
**Date or dates debt was incurred**    _____              **Is the claim subject to offset?**
**Last 4 digits of account number**    __ __ __ __                    ☑ No
                                                                      ☐ Yes

---

**3.754**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,456.35**
                                                                      *Check all that apply.*
**Jessica S. Calleo**                                                 ☑ Contingent
**31211 Vickie Ln**                                                   ☐ Unliquidated
                                                                      ☑ Disputed

                                                                      **Basis for the claim:**
Magnolia                   TX        77354-5762                       _____
**Date or dates debt was incurred**    _____              **Is the claim subject to offset?**
**Last 4 digits of account number**    __ __ __ __                    ☑ No
                                                                      ☐ Yes

---

**3.755**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
                                                                      *Check all that apply.*
**Jessica Timm**                                                      ☑ Contingent
**1551 Sue Barnett Dr**                                               ☐ Unliquidated
                                                                      ☑ Disputed

                                                                      **Basis for the claim:**
Houston                    TX        77018-4305                       _____
**Date or dates debt was incurred**    _____              **Is the claim subject to offset?**
**Last 4 digits of account number**    __ __ __ __                    ☑ No
                                                                      ☐ Yes

---

**3.756**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$5,362.50**
                                                                      *Check all that apply.*
**Jessie & James Vitulli Jr.**                                        ☑ Contingent
**713 W 38th St**                                                     ☐ Unliquidated
                                                                      ☑ Disputed

                                                                      **Basis for the claim:**
Houston                    TX        77018-5401                       _____
**Date or dates debt was incurred**    _____              **Is the claim subject to offset?**
**Last 4 digits of account number**    __ __ __ __                    ☑ No
                                                                      ☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.757**   Nonpriority creditor's name and mailing address

**Jessie Ferguson**

**854 W 43rd St**

Houston                          TX      77018-4404

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.758**   Nonpriority creditor's name and mailing address

**Jesus Nuno & Claudia Lugo**

**619 W 30th St**

Houston                          TX      77018-8309

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,168.89**

---

**3.759**   Nonpriority creditor's name and mailing address

**Jian Lu**

**855 W 43rd St**

Houston                          TX      77018-4403

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,173.18**

---

**3.760**   Nonpriority creditor's name and mailing address

**Jill & Kyle Graff**

**1454 Sue Barnett Dr**

Houston                          TX      77018-4437

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,828.88**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.761**   Nonpriority creditor's name and mailing address

**Jill Gallagher**

**4311 Berwick Pl**

**College Station**          **TX**   **77845-4870**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,925.00**

---

**3.762**   Nonpriority creditor's name and mailing address

**Jim Browder**

**806 W 32nd St**

**Houston**          **TX**   **77018-7504**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.763**   Nonpriority creditor's name and mailing address

**Jim Dicola**

**424 W 32nd St**

**Houston**          **TX**   **77018-8324**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,668.75**

---

**3.764**   Nonpriority creditor's name and mailing address

**Jim Dicola& Tina Rowe**

**424 W 32nd St**

**Houston**          **TX**   **77018-8324**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,325.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.765**   Nonpriority creditor's name and mailing address

**Jimmy A. Rodriguez & Denise M. Hansen**

**1018 Lamonte Ln**

**Houston**                          **TX**       **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

                                                         **$2,017.50**

---

**3.766**   Nonpriority creditor's name and mailing address

**JMAP Holdings**

**1541 Moritz Dr**

**Houston**                          **TX**       **77055**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

                                                         **$2,400.00**

---

**3.767**   Nonpriority creditor's name and mailing address

**JMAP Holdings LLC**

**1541 Moritz Dr**

**Houston**                          **TX**       **77055**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

                                                         **$2,175.00**

---

**3.768**   Nonpriority creditor's name and mailing address

**Jo Hughes**

**4231 Apollo St**

**Houston**                          **TX**       **77018-4310**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

                                                         **$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**                  Case number (if known)   **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     Amount of claim

---

| **3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Joann Woods**

**890 W 41st St**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**     **77018-5308**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| **3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Joe Perez**

**809 W 30th St**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**     **77018-8203**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| **3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Joe Vaughan**

**33 Harvard St**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Arlington**                  **MA**     **02476-6017**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| **3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Joe Vaughan**

**P.O. Box 34**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Temple**                     **NH**     **02476-6017**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.773 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joel & Camille Sandler**

**1026 W 42nd St**

**Houston                    TX      77018**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,931.00**

---

| 3.774 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joel C. Marek**

**2011 Candlelight Place Dr**

**Houston                    TX      77018-1118**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

| 3.775 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joel Simon**

**721 W 38th St**

**Houston                    TX      77018-5401**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,090.75**

---

| 3.776 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joellen Snow**

**508 W 34th St**

**Houston                    TX      77018-7650**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.777 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$3,341.54**

**Johanna Tarley & Joao Victor Garcia De L**

**304 W 32nd St**

**Basis for the claim:**

**Houston                    TX      77018-8322**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$7,200.00**

**John & Amanda Gayle**

**419 W 34th St**

**Basis for the claim:**

**Houston                    TX      77018**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**

**John & Cindy Bartos**

**831 Azalea St**

**Basis for the claim:**

**Houston                    TX      77018-4409**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$2,550.00**

**John & Delora McEnaney**

**2133 Lou Ellen Ln**

**Basis for the claim:**

**Houston                    TX      77018-6010**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.781**  Nonpriority creditor's name and mailing address

John & Elizabeth Tharp

5002 Park Gate Ct.

Houston                    TX      77018-1233

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

$1,950.00

---

**3.782**  Nonpriority creditor's name and mailing address

John & Janice Ciccarelli

4306 Apollo St

Houston                    TX      77018-4304

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.783**  Nonpriority creditor's name and mailing address

John & Julianne Lomax

227 W 33rd St

Houston                    TX      77018-7601

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

$2,857.50

---

**3.784**  Nonpriority creditor's name and mailing address

John & Lisa Barrow

818 W 43rd St

Houston                    TX      77018

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

$2,255.95

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.785**   Nonpriority creditor's name and mailing address

**John & Nhilka Murphy**

**1055 W 43rd St**

**Houston**                    **TX**      **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,387.50

---

**3.786**   Nonpriority creditor's name and mailing address

**John & Nicole Petrelli**

**1331 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4423**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,802.50

---

**3.787**   Nonpriority creditor's name and mailing address

**John & Rhonda Burkhalter**

**714 W 43rd St**

**Houston**                    **TX**      **77018-4402**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,595.45

---

**3.788**   Nonpriority creditor's name and mailing address

**John & Rhonda Burkhalter**

**823 W 41st St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,000.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.789**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$1,687.50**
*Check all that apply.*

**John & Wanda Ripple**          ☑ Contingent

**14068 Lakepoint Dr.**          ☐ Unliquidated
                                  ☑ Disputed

                                  **Basis for the claim:**

**Willis**                TX      77318-3268

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

---

**3.790**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,400.00**
*Check all that apply.*

**John Beddow & Angela Traugott**          ☑ Contingent

**858 W 42nd St**          ☐ Unliquidated
                           ☑ Disputed

                           **Basis for the claim:**

**Houston**                TX      77018-5310

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

---

**3.791**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**John Bins**          ☑ Contingent

**532 W 31st St**          ☐ Unliquidated
                           ☑ Disputed

                           **Basis for the claim:**

**Houston**                TX      77018-8318

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

---

**3.792**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**John Blount**          ☑ Contingent

**2703 Oriole Wood Ct.**          ☐ Unliquidated
                                  ☑ Disputed

                                  **Basis for the claim:**

**Houston**                TX      77038-2721

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.793**   Nonpriority creditor's name and mailing address

John Bolen

336 W 31st St

Houston                TX      77018-8314

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,180.00**

---

**3.794**   Nonpriority creditor's name and mailing address

John Bos

814 Azalea St

Houston                TX      77018-4410

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.795**   Nonpriority creditor's name and mailing address

John Bryan Hampton & Julia Marie Rowland

13403 Pebblebrook Dr.

Houston                TX      77079-6021

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,295.00**

---

**3.796**   Nonpriority creditor's name and mailing address

John C. & Angela Traugott Beddow

858 W 42nd St

Houston                TX      77018

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,713.58**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.797**   Nonpriority creditor's name and mailing address

**John C. & Tara C. Ivascu**

**4115 Lehigh Ave.**

**Houston**                    **TX**      **77005-1932**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$7,847.31

---

**3.798**   Nonpriority creditor's name and mailing address

**John C. Tyler**

**19951 Upland Creek Dr.**

**Katy**                       **TX**      **77449-7488**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,287.50

---

**3.799**   Nonpriority creditor's name and mailing address

**John Ciccarelli**

**17 Tiki Cir**

**Galveston**                  **TX**      **77554-6194**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.800**   Nonpriority creditor's name and mailing address

**John Cortez**

**1026 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,805.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**John Crockett**

**603 W 30th St**

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**      **77018-8309**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**John D. & Johnnie R. Newlin**

**803 W 42nd St**

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**      **77018-5309**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**John Drisko**

**4252 Apollo St**

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**      **77018-4315**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**John Griffiths**

**1043 Lamonte Ln**

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**      **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.805**   Nonpriority creditor's name and mailing address

**John K. Montgomery**

**Apt 1424**

**6900 Lake Woodlands Dr.**

**The Woodlands          TX     77382-2848**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,300.00**

---

**3.806**   Nonpriority creditor's name and mailing address

**John M. Rivers**

**c/o Exxon Mobil Qatar Inc Doha Qatar**

**P.O. Box 4490**

**Houston          TX     77210-4490**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,965.00**

---

**3.807**   Nonpriority creditor's name and mailing address

**John Maddox**

**2100 Carter Creek Rd.**

**Greenville          KY     42345-3730**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,404.25**

---

**3.808**   Nonpriority creditor's name and mailing address

**John Melcer & Candace Baker Wahl**

**523 W 32nd St**

**Houston          TX     77018-8325**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,266.25**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.809** Nonpriority creditor's name and mailing address

**John O'Dowd**

**680 S Harris St**

**Giddings**      **TX**    **78942-5012**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.810** Nonpriority creditor's name and mailing address

**John O'Dowd**

**680 S Harris St**

**Giddings**      **TX**    **78942-5012**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.811** Nonpriority creditor's name and mailing address

**John Primomo**

**834 Azalea St**

**Houston**      **TX**    **77018-4410**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,700.00**

---

**3.812** Nonpriority creditor's name and mailing address

**John S. & Emily C. Stanfield**

**1005 Tall Pines Dr.**

**Friendswood**      **TX**    **77546-4435**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,737.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.813**   **Nonpriority creditor's name and mailing address**

**John Sharp**

**6813 Nagoya Rd NE**

**Rio Rancho**                **NM**      **87144-3511**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

**$2,280.00**

---

**3.814**   **Nonpriority creditor's name and mailing address**

**John Welker**

**323 W 31st St**

**Houston**                **TX**      **77018-8313**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.815**   **Nonpriority creditor's name and mailing address**

**John Whitsitt**

**806 Lamonte Ln**

**Houston**                **TX**      **77018-4438**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.816**   **Nonpriority creditor's name and mailing address**

**Johnine Doutt**

**851 Lamonte Ln**

**Houston**                **TX**      **77018-4436**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

**$5,531.25**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.25 |

**Johnnie Arolfo**

**1334 Hidden Glen**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Southlake**                **TX**    **76092-4831**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Johnny Murphy**

**1542 Sue Barnett Dr**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,111.35 |

**Johnny Smith**

**705 W 39th St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018-5403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,887.50 |

**Johnson & Courtney Sutherland**

**733 W 39th St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018-5403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.821**   Nonpriority creditor's name and mailing address

**Johnson Sutherland**

**733 W 39th St**

**Houston**      **TX**    **77018-5403**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,898.75

---

**3.822**   Nonpriority creditor's name and mailing address

**Jon J. Ernst & Sheridan Lyn Wyatt**

**27819 Dewy Meadow Run Ct**

**Spring**      **TX**    **77386-4087**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.823**   Nonpriority creditor's name and mailing address

**Jonathan & Cynthia Falschlehner**

**335 W 31st St**

**Houston**      **TX**    **77018-8313**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.824**   Nonpriority creditor's name and mailing address

**Jonathan & Laura Morgan**

**722 Garden Oaks Blvd**

**Houston**      **TX**    **77018-5408**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.825**   Nonpriority creditor's name and mailing address

Jonathan & Lizbeth Saracho

432 W 32nd St

Houston                 TX     77018-8324

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,495.17

---

**3.826**   Nonpriority creditor's name and mailing address

Jonathan Burgess

1058 W 43rd St

Houston                 TX     77018-4302

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.827**   Nonpriority creditor's name and mailing address

Jonathan F. & Kerri D. Salinas

722 W 30th St

Houston                 TX     77018-8202

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,177.61

---

**3.828**   Nonpriority creditor's name and mailing address

Jonathan LeBleu

340 Yale St.

Houston                 TX     77007-2528

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,496.25

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.829**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,072.13** |

**Jonathon & Carrie Arnett**

**3202 Randall St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-7508**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.830**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |

**Jordan & Troy Allen**

**1043 Gardenia Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-4312**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.831**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |

**Jorge & Ramona Benavides**

**615 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-8309**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.832**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00** |

**Jorge Borunda**

**11734 Winshire Cir**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77024-6311**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | | |
|---|---|---|
| **3.833** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**$2,125.25**

Check all that apply.

**Jorge Cedillo & Rhesa Bautista**         ☑ Contingent

**3101 Lawrence St**                       ☐ Unliquidated

                                           ☑ Disputed

**Basis for the claim:**

**Houston                 TX     77018**   _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                               ☐ Yes

---

**3.834**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**

**$1,440.00**

Check all that apply.

**Jose & Silvia Camarena**         ☑ Contingent

**8904 Memorial Dr**               ☐ Unliquidated

                                   ☑ Disputed

**Basis for the claim:**

**Houston            TX     77024-5811**   _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                               ☐ Yes

---

**3.835**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**

**$1,272.00**

Check all that apply.

**Jose Garcia**         ☑ Contingent

**Apt A**               ☐ Unliquidated

**643 E 7th 1/2 St**    ☑ Disputed

**Basis for the claim:**

**Houston            TX     77007-1737**   _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                               ☐ Yes

---

**3.836**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**

**$0.00**

Check all that apply.

**Joseph Crownover & Jennifer Langdon**   ☑ Contingent

**4210 Cat Hollow Dr**                     ☐ Unliquidated

                                           ☑ Disputed

**Basis for the claim:**

**Austin             TX     78731-2004**   _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                               ☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.837**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

Joseph Harris

360 Mahan St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Meadowlakes          TX      78654-7012

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.838**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,078.00

Joseph Megeed

P.O. Box 4569

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston          TX      77210-4569

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.839**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

Joseph Muscara & Lori Kennedy

750 Sue Barnett Dr

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston          TX      77018-5412

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.840**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

Josephine Jones

1063 Gardenia Dr

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston          TX      77018-4312

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor __**Garden Oaks Maintenance Organization, Inc.**__     Case number (if known) __**18-60018-H2-11**__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,092.55 |
|---|---|---|---|

**Josh & Lacey Marek**

**2011 Candlelight Place Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston                    TX      77018-1118**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.00 |
|---|---|---|---|

**Joshua  Henke**

**6027 Serrano Terrace Ln**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston                    TX      77041-6711**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,687.50 |
|---|---|---|---|

**Joshua B. Hubbard**

**95 Smokerise Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Carrollton                 GA      30116-6026**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,917.50 |
|---|---|---|---|

**Joshua Brockman & Steven Weber**

**511 E 3rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Hinsdale                   IL      60521-4705**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.845** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$2,497.50

Joshua Paap

1063 W 42nd St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston              TX     77018-4307

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.846** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Joy Dansby & Maria Flores

416 W 31st St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston              TX     77018-8316

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.847** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Joyce & Jonathan Evans

1519 Sue Barnett Dr

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston              TX     77018-4305

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.848** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Joyce Maniha

307 W 31st St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston              TX     77018-8313

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor **Garden Oaks Maintenance Organization, Inc.**   Case number (if known) 18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.849 | Nonpriority creditor's name and mailing address |
|---|---|

Joyce Maniha

307 W 31st St

Houston                          TX      77018-8313

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.850 | Nonpriority creditor's name and mailing address |
|---|---|

Joyce Maniha

307 W 31st St

Houston                          TX      77018-8313

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.851 | Nonpriority creditor's name and mailing address |
|---|---|

Joyselle Santos

#A

954 Wakefield Dr

Houston                          TX      77018-6204

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,800.00**

| 3.852 | Nonpriority creditor's name and mailing address |
|---|---|

Juan & Laurie Munoz

1523 Sue Barnett Dr

Houston                          TX      77018-4305

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,448.75**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.853** Nonpriority creditor's name and mailing address

**Juan Luis Guerra Jr.**

**Apt 3402**

**225 S Heights Blvd.**

**Houston**      **TX**      **77007-6360**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,218.75**

---

**3.854** Nonpriority creditor's name and mailing address

**Juancarlos & Bertha Garza**

**1350 Sue Barnett Dr**

**Houston**      **TX**      **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,396.25**

---

**3.855** Nonpriority creditor's name and mailing address

**Juanita Ramos & P Manuel**

**1042 Lamonte Ln**

**Houston**      **TX**      **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.856** Nonpriority creditor's name and mailing address

**Judy & Michael Darden**

**1336 Sue Barnett Dr**

**Houston**      **TX**      **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,083.76**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|---|---|---|

**3.857**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Judy Drapela**

**718 Garden Oaks Blvd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**               **TX**      **77018-5408**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.858**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Judy Price**

**1018 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**               **TX**      **77018-4302**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.859**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$712.50**

**Judy Ritch**

**14514 Markhurst Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Cypress**               **TX**      **77429-5366**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.860**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Julia & Gregory Hall**

**866 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**               **TX**      **77018-5310**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.861 | Nonpriority creditor's name and mailing address |
|---|---|

**Julia Brock**

**1074 Lamonte Ln**

Houston                    TX      77018-4319

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.862 | Nonpriority creditor's name and mailing address |
|---|---|

**Julia Dimmitt & Shreda Paire**

**4608 Rusk St**

Houston                    TX      77023-1234

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,847.85**

---

| 3.863 | Nonpriority creditor's name and mailing address |
|---|---|

**Julie & Douglas Mischlich**

**737 W 38th St**

Houston                    TX      77018-5401

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.864 | Nonpriority creditor's name and mailing address |
|---|---|

**Julie & Grant Holt**

**838 W 43rd St**

Houston                    TX      77018-4404

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   18-60018-H2-11

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| 3.865 | Nonpriority creditor's name and mailing address | | $1,575.00 |

**3.865**   Nonpriority creditor's name and mailing address

Julie A. Archer

1507 Sue Barnett Dr

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-4305

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,575.00

---

**3.866**   Nonpriority creditor's name and mailing address

Julie Gomez

535 W 32nd St

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-8325

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $2,246.25

---

**3.867**   Nonpriority creditor's name and mailing address

Julie Hunt & Jason Sherber

231 W 30th St

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-8301

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,216.69

---

**3.868**   Nonpriority creditor's name and mailing address

Julie Penne & Pierre Meunier

1002 W 41st St

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                          TX      77018-5202

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $4,035.00

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.869**   Nonpriority creditor's name and mailing address | **$1,177.50** |

**Justin Dudley**

**70 Georgia Okeefe Tree Ln**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Durango**                    **CO**      **81301-6932**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.870**   Nonpriority creditor's name and mailing address                    **$1,425.00**

**Justin Gordon Homes**

**P.O. Box 924427**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77292**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.871**   Nonpriority creditor's name and mailing address                    **$0.00**

**Justin Kirby**

**1002 Woodland St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77009-6546**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.872**   Nonpriority creditor's name and mailing address                    **$3,975.00**

**Justin Martirano**

**1038 W 43rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**      **77018-4302**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.00 |
| --- | --- | --- | --- |

**K Town Homes LLC**

**1560 W Bay Area Blvd**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Friendswood** | **TX** | **77546** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

**Karen & Mark Benson**

**811 Azalea St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-4409** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,455.00 |
| --- | --- | --- | --- |

**Karen & Robert Seale**

**1634 Columbia St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77008-4308** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,968.91 |
| --- | --- | --- | --- |

**Karen A Francis**

**P.O. Box 10222**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77206-0222** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor __**Garden Oaks Maintenance Organization, Inc.**__     Case number (if known) __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.877**  Nonpriority creditor's name and mailing address

**Karen Fleeger**

**1518 Sue Barnett Dr**

**Houston**                     **TX**     **77018-4306**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.878**  Nonpriority creditor's name and mailing address

**Karen K. Hink**

**1015 Lamonte Ln**

**Houston**                     **TX**     **77018-4318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?

☑ No
☐ Yes

**$2,017.50**

---

**3.879**  Nonpriority creditor's name and mailing address

**Karen Lippe**

**1075 Lamonte Ln**

**Houston**                     **TX**     **77018-4318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?

☑ No
☐ Yes

**$2,325.00**

---

**3.880**  Nonpriority creditor's name and mailing address

**Karie D. Tiner & Alyn Goad**

**726 W 39th St**

**Houston**                     **TX**     **77018-5404**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?

☑ No
☐ Yes

**$2,227.50**

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.881**   Nonpriority creditor's name and mailing address

**Karin Halterman & Erin Brennan**

**819 Lamonte Ln**

**Houston**                **TX**      **77018-4436**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,113.11**

---

**3.882**   Nonpriority creditor's name and mailing address

**Kasey & David Dejonckheere**

**419 W 31st St**

**Houston**                **TX**      **77018-8315**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,837.50**

---

**3.883**   Nonpriority creditor's name and mailing address

**Kate & Chris Mills**

**1019 Althea Dr**

**Houston**                **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,000.00**

---

**3.884**   Nonpriority creditor's name and mailing address

**Katherine & Harley Allen**

**8039 Calgary Dr**

**Corpus Christi**            **TX**      **78414-4009**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.885**   Nonpriority creditor's name and mailing address

**Katherine Alexander**

**1538 Sue Barnett Dr**

**Houston**                **TX**     **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.886**   Nonpriority creditor's name and mailing address

**Katherine Grace Campbell**

**Apt 1520**

**7009 Almeda Rd.**

**Houston**                **TX**     **77054-2183**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,830.00**

---

**3.887**   Nonpriority creditor's name and mailing address

**Katherine Kunz & Justin D. Pauls**

**307 Bethje St**

**Houston**                **TX**     **77007**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.888**   Nonpriority creditor's name and mailing address

**Katherine Silver & Anna Fornaris**

**826 Lamonte Ln**

**Houston**                **TX**     **77018-4438**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,471.63**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.889**   Nonpriority creditor's name and mailing address

**Katherine Stinson**

**1067 W 41st St**

**Houston**                    **TX**      **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,440.00**

---

**3.890**   Nonpriority creditor's name and mailing address

**Kathleen Hill**

**7731 Burning Hills Dr**

**Houston**                    **TX**      **77071**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.891**   Nonpriority creditor's name and mailing address

**Kathleen Huber & John Everett**

**427 W 33rd St**

**Houston**                    **TX**      **77018-7605**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.892**   Nonpriority creditor's name and mailing address

**Kathleen King Gibson**

**1231 Richelieu Ln**

**Houston**                    **TX**      **77018-1911**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,680.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.893**   Nonpriority creditor's name and mailing address

**Kathryn & William Horner**

**527 W 33rd St**

Houston                TX        77018-7607

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$3,262.50**

---

**3.894**   Nonpriority creditor's name and mailing address

**Kathryn English**

**1027 Gardenia Dr**

Houston                TX        77018-4312

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$3,487.50**

---

**3.895**   Nonpriority creditor's name and mailing address

**Kathryn Montgomery Lenio**

**Fl 3**

**34 W 15th St**

New York                NY        10011-6815

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.896**   Nonpriority creditor's name and mailing address

**Kathy Wilson**

**211 W 33rd St**

Houston                TX        77018-7601

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.897**   Nonpriority creditor's name and mailing address

**KAVAC LLC**

**832 Yale St**

**Houston**                          **TX**      **77007**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,237.50

---

**3.898**   Nonpriority creditor's name and mailing address

**Kayla Hannes Turland**

**Unit 231**

**5201 Memorial Dr**

**Houston**                          **TX**      **77007-8241**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.899**   Nonpriority creditor's name and mailing address

**Keith & Mary Bell**

**835 W 42nd St**

**Houston**                          **TX**      **77018-5309**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,737.50

---

**3.900**   Nonpriority creditor's name and mailing address

**Keith A. & Kristin K. Jordan**

**21511 Aurora Park Dr**

**Richmond**                          **TX**      **77406-3795**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,062.50

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 |

**Keith Blum**

**2822 Snow Finch Ct**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Katy**                    **TX**     **77494-3208**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | $1,462.50 |

**Keith Blum**

**2822 Snow Finch Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Katy**                    **TX**     **77494-3208**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | $1,852.50 |

**Keith Glenn**

**3700 Weather Stone Crossing**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Zionsville**              **IN**     **46077-7100**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | $0.00 |

**Keith Kostelecky**

**1318 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                 **TX**     **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.905**   Nonpriority creditor's name and mailing address

**Keith Wiemann**

**1013 Shady Valley Pl NE**

**Atlanta**                    **GA**    **30324-2772**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,805.00

---

**3.906**   Nonpriority creditor's name and mailing address

**Kelley Davis**

**3114 Randall St**

**Houston**                    **TX**    **77018-7507**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.907**   Nonpriority creditor's name and mailing address

**Kelli Castleberry Brown**

**220 W 34th St**

**Houston**                    **TX**    **77018-7610**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.908**   Nonpriority creditor's name and mailing address

**Kelly & Gloria Johnson**

**2712 Arabelle Grv**

**Houston**                    **TX**    **77007-1297**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.50

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,452.50 |
|---|---|---|---|

**Kelly & Gloria Johnson**

**2712 Arabelle Grv**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77007-1297**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.910 | Nonpriority creditor's name and mailing address | | $3,541.64 |
|---|---|---|---|

**Kelly & Jeffrey R. Hewett**

**5522 Green Springs Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77066-2429**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.911 | Nonpriority creditor's name and mailing address | | $3,892.50 |
|---|---|---|---|

**Kelly & Ronald Rucker**

**4207 Apollo St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77018-4310**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.912 | Nonpriority creditor's name and mailing address | | $1,237.50 |
|---|---|---|---|

**Kelly L. Crabb**

**95 Stanford Pl**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Woodland Park**          **CO**    **80863-8825**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,837.50 |

**Kelly McGuire (Watters)**

**1074 Gardenia Dr**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                    TX      77018-4313

Basis for the claim:
_____

Date or dates debt was incurred           Is the claim subject to offset?

Last 4 digits of account number           ☑ No
                                          ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | $3,453.41 |

**Kelly Simon/K&S Premium Ventures Inc.**

**811 W 43rd St**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                    TX      77018

Basis for the claim:
_____

Date or dates debt was incurred           Is the claim subject to offset?

Last 4 digits of account number           ☑ No
                                          ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | $3,090.00 |

**Kendall Wright**

**415 W 34th St**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                    TX      77018-7613

Basis for the claim:
_____

Date or dates debt was incurred           Is the claim subject to offset?

Last 4 digits of account number           ☑ No
                                          ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | $0.00 |

**Kenneth & Arva Gurrola**

**1339 Sue Barnett Dr**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston                    TX      77018-4423

Basis for the claim:
_____

Date or dates debt was incurred           Is the claim subject to offset?

Last 4 digits of account number           ☑ No
                                          ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.917**   Nonpriority creditor's name and mailing address

**Kenneth & Emily Cole**

**1222 Cortlandt St**

Houston                              TX      77008-7064

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$1,406.25

---

**3.918**   Nonpriority creditor's name and mailing address

**Kenneth & Imelda Johnson**

**1247 Curtain**

Houston                              TX      77018-4429

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$1,777.50

---

**3.919**   Nonpriority creditor's name and mailing address

**Kenneth & Kristen Vaczi**

**511 W 34th St**

Houston                              TX      77018-7615

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$2,475.00

---

**3.920**   Nonpriority creditor's name and mailing address

**Kenneth Seyffert**

**1019 Lamonte Ln**

Houston                              TX      77018-4318

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.921**   Nonpriority creditor's name and mailing address

**Kermit Foster**

**532 W 33rd St**

**Houston**                       **TX**     **77018-7608**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.922**   Nonpriority creditor's name and mailing address

**Kerrick & Tonya Knauth**

**742 W 41st St**

**Houston**                       **TX**     **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$1,998.75**

---

**3.923**   Nonpriority creditor's name and mailing address

**Kerrick & Tonya Knauth**

**742 W 41st St**

**Houston**                       **TX**     **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$2,728.13**

---

**3.924**   Nonpriority creditor's name and mailing address

**Kerry Comstock**

**1197 Partrick Rd.**

**Napa**                          **CA**     **94558-9743**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$2,400.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | | Case number (if known) | 18-60018-H2-11 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.925** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$999.18**

Kevin & Carolina Bone

801 W 34th St

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston          TX     77018-6316

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$2,362.50**

Kevin & Judith Mineo

870 W 41st St

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston          TX     77018-5308

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$3,112.50**

Kevin & Lauren Wooten

1003 Lamonte Ln

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston          TX     77018-4318

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

**$5,512.50**

Kevin & Sarah Shannon

1003 Althea Dr

☑ Contingent
☐ Unliquidated
☑ Disputed

Houston          TX     77018-5203

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.929**   Nonpriority creditor's name and mailing address

**Kevin Besch**

**814 W 42nd St**

**Houston**                    **TX**      **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,875.00**

---

**3.930**   Nonpriority creditor's name and mailing address

**Kevin David**

**1002 Althea Dr**

**Houston**                    **TX**      **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.931**   Nonpriority creditor's name and mailing address

**Kevin Murphy**

**236 W 34th St**

**Houston**                    **TX**      **77018-7610**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.932**   Nonpriority creditor's name and mailing address

**Kevin Walter Garey**

**311 W 34th St**

**Houston**                    **TX**      **77018-7611**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,934.12**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

Amount of claim: **$1,732.50**

**Kim Flood**

**1514 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-4306

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.934**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

Amount of claim: **$1,887.00**

**Kim Vanlandingham**

**P.O. Box 2916**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Humble                    TX     77347-2916

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.935**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

Amount of claim: **$0.00**

**Kimberly & Darrin Bollenbach**

**420 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-8316

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.936**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

Amount of claim: **$0.00**

**Kimberly & Edward Battenfield**

**408 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-8324

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.937**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,100.00** |

**Kimberly K. Steward**

**1385 E 12th St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Casa Grande**          **AZ**     **85122-3694**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.938**   Nonpriority creditor's name and mailing address                    **$1,347.27**

**Kimberly Lutz**

**4235 Apollo St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77018-4310**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.939**   Nonpriority creditor's name and mailing address                    **$3,551.25**

**Kirk D. & Elizabeth K. Carver**

**408 Byrne St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77009-7210**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.940**   Nonpriority creditor's name and mailing address                    **$1,800.00**

**Knox Wright**

**519 W 32nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**     **77018-8325**

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.941**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$2,887.50**
                                                                     *Check all that apply.*
**Koenraad & Yamelys Driessens**                                     ☑ Contingent
**726 W 38th St**                                                    ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
**Houston**                        **TX**      **77018-5402**        _____

Date or dates debt was incurred    _____                  Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                     ☐ Yes

---

**3.942**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$2,212.50**
                                                                     *Check all that apply.*
**Kori J. Leman**                                                    ☑ Contingent
**3535 N York St**                                                   ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
**Denver**                         **CO**      **80205-4158**        _____

Date or dates debt was incurred    _____                  Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                     ☐ Yes

---

**3.943**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$2,677.50**
                                                                     *Check all that apply.*
**Kris Zaunbrecher**                                                 ☑ Contingent
**516 W 31st St**                                                    ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
**Houston**                        **TX**      **77018-8318**        _____

Date or dates debt was incurred    _____                  Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                     ☐ Yes

---

**3.944**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$2,535.75**
                                                                     *Check all that apply.*
**Krishna & Vijayalakshmi Bhattaru**                                 ☑ Contingent
**1578 Sue Barnett Dr**                                              ☐ Unliquidated
                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
**Houston**                        **TX**      **77018-4306**        _____

Date or dates debt was incurred    _____                  Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                     ☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.945**  Nonpriority creditor's name and mailing address

**Krista Schwab**

**241 Amber Lane**

**League City**          **TX**     **77573-1801**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.946**  Nonpriority creditor's name and mailing address

**Kristin Guthrie**

**1702 Saxon Dr.**

**Houston**              **TX**     **77018-4125**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,590.44**

---

**3.947**  Nonpriority creditor's name and mailing address

**Kristin L. Pylant**

**1310 Sue Barnett Dr**

**Houston**              **TX**     **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,385.00**

---

**3.948**  Nonpriority creditor's name and mailing address

**Kristin M. Marczak**

**30 Summit Cir.**

**Walnut Creek**          **CA**     **94598-4726**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,987.50**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,063.75 |
|---|---|---|---|

**Kristin Marie Baumgarten**

**1047 W 41st St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                TX      77018-5201

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | | $1,462.50 |
|---|---|---|---|

**Kristin Pylant**

**1310 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                TX      77018-4424

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | | $1,185.00 |
|---|---|---|---|

**Kristy Ralston**

**17831 Olde Oaks Estate Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Cypress                TX      77433-4474

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | | $2,640.00 |
|---|---|---|---|

**Kyle & Kayla Ripple**

**512 W 31st St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                TX      77018-8318

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.953**   Nonpriority creditor's name and mailing address

**Kyle & Margaret Greenstreet**

**1063 W 41st St**

**Houston**                    **TX**      **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

**3.954**   Nonpriority creditor's name and mailing address

**Kyle & Sierra Jones**

**1055 Lamonte Ln**

**Houston**                    **TX**      **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,395.00**

**3.955**   Nonpriority creditor's name and mailing address

**Kyle Toland**

**P.O. Box 10026**

**Houston**                    **TX**      **77206-0026**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

**3.956**   Nonpriority creditor's name and mailing address

**La Nell Roy**

**721 W 43rd St**

**Houston**                    **TX**      **77018-4401**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

Debtor **Garden Oaks Maintenance Organization, Inc.**                Case number (if known) **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.957 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                        **$2,775.00**
*Check all that apply.*

**Lai Kwan Muncy**

**2525 Airline Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                TX        77009-1141**

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
                                                            ☐ Yes

| 3.958 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                        **$0.00**
*Check all that apply.*

**Lai Kwan Muncy**

**2525 Airline Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                TX        77009-1141**

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
                                                            ☐ Yes

| 3.959 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                        **$0.00**
*Check all that apply.*

**Lana & George Miller**

**411 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                TX        77018-7605**

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
                                                            ☐ Yes

| 3.960 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                        **$1,740.00**
*Check all that apply.*

**Lance & Jessica Lightfoot**

**516 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                TX        77018-7608**

Date or dates debt was incurred                            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __        ☑ No
                                                            ☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Lance Lightfoot**

**516 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-7608**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,043.05 |

*Check all that apply.*

**Lance Shawn Free**

**802 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-4404**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,251.49 |

*Check all that apply.*

**Lannas & Lauren Barfield**

**Apt 711**

**3405 N Shepherd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,437.50 |

*Check all that apply.*

**Lara Leigh & Dirk Bergoon**

**536 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-7608**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.965 | Nonpriority creditor's name and mailing address |
|---|---|

Larry & Gerry Wilson

5111 E Jerad Dr.

Houston                              TX        77018-2505

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,220.73

---

| 3.966 | Nonpriority creditor's name and mailing address |
|---|---|

Larry & Kirsten Patterson

826 W 43rd St

Houston                              TX        77018-4404

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.967 | Nonpriority creditor's name and mailing address |
|---|---|

Larry Rasco

3909 Golf Dr

Houston                              TX        77018

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

| 3.968 | Nonpriority creditor's name and mailing address |
|---|---|

Larry Spangle

839 W 43rd St

Houston                              TX        77018-4403

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.969 | Nonpriority creditor's name and mailing address |
|---|---|

**Larry Williams**

**P.O. Box 924157**

**Houston**                    **TX**      **77292-4157**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.970 | Nonpriority creditor's name and mailing address |
|---|---|

**Larry Willis**

**3206 Lawrence St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,043.75**

---

| 3.971 | Nonpriority creditor's name and mailing address |
|---|---|

**Laura & James Schilling**

**814 W 41st St**

**Houston**                    **TX**      **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,075.00**

---

| 3.972 | Nonpriority creditor's name and mailing address |
|---|---|

**Laura C. Simpson Bosworth**

**2310 Stanolind Ave.**

**Midland**                    **TX**      **79705-8531**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |
|---|---|---|---|

**Laura Campbell Sweeney**

**13103 Bristol Berry Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Cypress**      **TX**      **77429-3826**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Laura Spadafora-Rahman & Sami Rahman**

**702 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**      **77018-7502**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00** |
|---|---|---|---|

**Laura V. Hampton**

**4615 Golf Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**      **77018-3226**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lauren Eason**

**1063 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**      **TX**      **77018-4301**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor  **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.977 | Nonpriority creditor's name and mailing address |
| | |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,437.50

**Lauren Smith**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1003 W 41st St**

**Basis for the claim:** _____

**Houston**      **TX**    **77018-5202**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Laurie Cunningham**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1054 W 41st St**

**Basis for the claim:** _____

**Houston**      **TX**    **77018-5202**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$776.25

**Laurie Teston**

☑ Contingent
☐ Unliquidated
☑ Disputed

**19685 Forest Road 219**

**Basis for the claim:** _____

**Richards**      **TX**    **77873-2647**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,143.73

**Law Investments**

☑ Contingent
☐ Unliquidated
☑ Disputed

**979 W 43rd St**

**Basis for the claim:** _____

**Houston**      **TX**    **77018-4405**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.981** Nonpriority creditor's name and mailing address

**Law Investments Inc.**

**979 W 43rd St**

**Houston**                    **TX**      **77018-4405**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,505.47**

---

**3.982** Nonpriority creditor's name and mailing address

**Lazaro & Maria Rodriguez**

**867 W 41st St**

**Houston**                    **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.983** Nonpriority creditor's name and mailing address

**Lee & Terri Higgins**

**307 W 33rd St**

**Houston**                    **TX**      **77018-7603**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,570.00**

---

**3.984** Nonpriority creditor's name and mailing address

**Lee Ream**

**814 Lamonte Ln**

**Houston**                    **TX**      **77018-4438**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.985**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,635.00**
*Check all that apply.*

**Legend Classic Homes**

**10410 Windermere Lake Blvd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77065**

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                    ☐ Yes

---

**3.986**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,625.00**
*Check all that apply.*

**Leslie & Adam Hipp**

**1006 Althea Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-5204**

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                    ☐ Yes

---

**3.987**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,844.38**
*Check all that apply.*

**Leslie Harper**

**4227 Apollo St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-4310**

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                    ☐ Yes

---

**3.988**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**
*Check all that apply.*

**Lewis Goodkouski**

**878 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-5308**

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                    ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.989**  Nonpriority creditor's name and mailing address

**Liauw Randall & Timothy White**

**428 W 31st St**

**Houston**                    **TX**      **77018-8316**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,650.00**

---

**3.990**  Nonpriority creditor's name and mailing address

**Lillian & David Cornelius**

**882 W 41st St**

**Houston**                    **TX**      **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.991**  Nonpriority creditor's name and mailing address

**Linda & James Janssen**

**721 W 41st St**

**Houston**                    **TX**      **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.992**  Nonpriority creditor's name and mailing address

**Linda & Russell Reichle**

**803 W 41st St**

**Houston**                    **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __Garden Oaks Maintenance Organization, Inc.__      Case number (if known) __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.993 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                            **$5,718.75**

__Lindsay & Jonathan Wilson__

__1034 W 41st St__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

__Houston__                 __TX__     __77018-5202__

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                            **$1,612.50**

__Lindsey Cahanin__

__2316 Tall Oaks Trail__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

__Edmond__                  __OK__     __73025-2326__

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                            **$2,362.50**

__Lisa & John Barrow__

__818 W 43rd St__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

__Houston__                 __TX__     __77018__

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                            **$0.00**

__Lisa & Samuel Swart__

__839 W 41st St__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

__Houston__                 __TX__     __77018-5307__

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.997** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,410.00**

**Lisa M. Roemer**

**1078 Gardenia Dr**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston** **TX** **77018-4313**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.998** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,815.00**

**Lisa Moore**

**16002 Dove Trail Ct.**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Cypress** **TX** **77429-3494**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.999** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Lisa Peters**

**520 W 32nd St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston** **TX** **77018-8326**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.1000** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,012.50**

**Lisbeth & Gregory Jez**

**802 W 31st St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston** **TX** **77018-7512**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1001** Nonpriority creditor's name and mailing address

**Lizia Properties LLC**

**6405 Olympia Dr**

Houston                    TX        77057-4001

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

**3.1002** Nonpriority creditor's name and mailing address

**Lloyd Merrick**

**1066 Althea Dr**

Houston                    TX        77018-5204

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1003** Nonpriority creditor's name and mailing address

**Lorena Balderas & Marcos Adrogue**

**14202 Red Creek Cove Ln**

Humble                    TX        77396-3389

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1004** Nonpriority creditor's name and mailing address

**Lori Fischer**

**424 W 31st St**

Houston                    TX        77018-8316

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.1005** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**3.1005**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Lori Getz**

☑ Contingent
☐ Unliquidated
☑ Disputed

**220 W 31st St**

Basis for the claim:

**Houston**              **TX**      **77018-8312**      _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                     ☐ Yes

---

**3.1006**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Lorie McQuade**

☑ Contingent
☐ Unliquidated
☑ Disputed

**3201 Lawrence St**

Basis for the claim:

**Houston**              **TX**      **77018-7616**      _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                     ☐ Yes

---

**3.1007**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Lou Mary & Alfredo Hernandez**

☑ Contingent
☐ Unliquidated
☑ Disputed

**525 W 31st St**

Basis for the claim:

**Houston**              **TX**      **77018-8317**      _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                     ☐ Yes

---

**3.1008**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,111.00**

**Louis B. Getz**

☑ Contingent
☐ Unliquidated
☑ Disputed

**333 Shasta Dr**

Basis for the claim:

**Houston**              **TX**      **77024-6945**      _____

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                     ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1009 | Nonpriority creditor's name and mailing address |
|---|---|

Louis Tapscott

757 W 42nd St

Houston                          TX        77018-4428

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$4,260.00

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1010 | Nonpriority creditor's name and mailing address |
|---|---|

Lowell & Kathleen Armstrong

850 Azalea St

Houston                          TX        77018-4410

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$0.00

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1011 | Nonpriority creditor's name and mailing address |
|---|---|

Luchak & Lamantia

316 W 30th St

Houston                          TX        77018-8304

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$4,175.00

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1012 | Nonpriority creditor's name and mailing address |
|---|---|

Lucia Mckay

Unit A

4102 Shoal Creek Blvd.

Austin                           TX        78756-3517

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$1,477.50

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1013** | Nonpriority creditor's name and mailing address

**Lucille & Jerry Gilmore**

**1515 Sue Barnett Dr**

Houston                    TX      77018-4305

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1014** | Nonpriority creditor's name and mailing address

**Lucinda & Lee Kurtas**

**883 W 41st St**

Houston                    TX      77018-5307

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1015** | Nonpriority creditor's name and mailing address

**Lucy Lopez**

**408 W 34th St**

Houston                    TX      77018-7614

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1016** | Nonpriority creditor's name and mailing address

**Luis M. Salvador**

**Apt 213**

**7950 N Stadium Dr.**

Houston                    TX      77030-4421

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,387.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1017** Nonpriority creditor's name and mailing address

**Lundi Hem**

**1921 W Dallas St.**

Houston                    TX        77019-4412

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.1018** Nonpriority creditor's name and mailing address

**Lydia & Albert Jasso**

**531 W 33rd St**

Houston                    TX        77018-7607

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.1019** Nonpriority creditor's name and mailing address

**Lynda David**

**3015 Kenross St**

Houston                    TX        77043-1300

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.1020** Nonpriority creditor's name and mailing address

**Lynda Spinks**

**520 W 31st St**

Houston                    TX        77018-8318

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1021** Nonpriority creditor's name and mailing address

M & John Duggin

215 W 31st St

Houston                              TX        77018-8311

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1022** Nonpriority creditor's name and mailing address

M Benestante

1042 W 42nd St

Houston                              TX        77018

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1023** Nonpriority creditor's name and mailing address

M Heidemeyer & Alberto Lozano

819 W 42nd St

Houston                              TX        77018-5309

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1024** Nonpriority creditor's name and mailing address

Malcolm & Katrina Rene

738 W 38th St

Houston                              TX        77018-5402

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,672.50**

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.1025**   Nonpriority creditor's name and mailing address

**Malcolm Snavley**

**315 W 30th St**

**Houston                    TX        77018-8303**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1026**   Nonpriority creditor's name and mailing address

**Malcolm Taylor**

**1030 W 41st St**

**Houston                    TX        77018-5202**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1027**   Nonpriority creditor's name and mailing address

**Malte & Courtney Bruegmann**

**1034 Althea Dr**

**Houston                    TX        77018-5204**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,650.00**

**3.1028**   Nonpriority creditor's name and mailing address

**Mansukhlal Lakhani**

**1062 Lamonte Ln**

**Houston                    TX        77018-4319**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,886.25**

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.1029**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

**Manuel & Sherry Chavez**

**803 Azalea St**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**   **77018-4409**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1030**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,987.50**

**Manuj & Jyotika Kapur**

**2554 Estrada Dr**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**League City**          **TX**   **77573-2073**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1031**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,912.50**

**Manuj & Jyotika Kapur**

**2554 Estrada Dr**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**League City**          **TX**   **77573-2073**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1032**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

**Marc & Amanda Johnson**

**818 Lamonte Ln**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**   **77018**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,950.00** |

**Marc Krasney**

**4006 Bounty Ct**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Galveston** | **TX** | **77478** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Marcia & Wilbur Davis**

**810 W 43rd St**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-4404** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,887.50** |

**Marcia Chamberlain & Robin Reagler**

**816 W 32nd St**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-7504** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,300.00** |

**Marcia Norrell & Steven Rasmussen**

**519 W 31st St**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-8317** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Marco Lopez

4314 Apollo St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-4304

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Margaret & John Hesse

1014 W 41st St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-5202

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1039 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Margaret Barr

730 W 42nd St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-4429

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1040 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |

Margaret McCourt & Carlhos Mendoza

1054 Lamonte Ln

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-4319

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| **3.1041** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Margaret Robinson**

**1014 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-4302**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| **3.1042** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Margaret Standard**

**3105 Lawrence St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-8329**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| **3.1043** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |

**Margarita Barcenas**

**1067 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-4307**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| **3.1044** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Margrethe Berge**

**328 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**    **77018-8322**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1045**   Nonpriority creditor's name and mailing address

**Marguerite Harrington**

**802 17th Ave**

**Salt Lake City**              **UT**      **84103-3713**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1046**   Nonpriority creditor's name and mailing address

**Maria & Jesus Olivares Sr.**

**2722 Spa Dr**

**Deer Park**              **TX**      **77536-6022**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,343.75**

---

**3.1047**   Nonpriority creditor's name and mailing address

**Maria Elisa Maxit & Christopher Lee Elle**

**1047 W 43rd St**

**Houston**              **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,317.50**

---

**3.1048**   Nonpriority creditor's name and mailing address

**Maria Leon**

**1333 Prince St.**

**Houston**              **TX**      **77008-3711**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1049**   Nonpriority creditor's name and mailing address

**Maria Teresa Flores**

**730 W 43rf St**

Houston                    TX       77018-4402

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$8,812.50**

---

**3.1050**   Nonpriority creditor's name and mailing address

**Maria Theresa Garza**

**2860 S Monroe St**

Denver                    CO       80210-6544

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,192.50**

---

**3.1051**   Nonpriority creditor's name and mailing address

**Maria Velez**

**717 W 41st St**

Houston                    TX       77018-5405

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,417.50**

---

**3.1052**   Nonpriority creditor's name and mailing address

**Maria Villalon**

**1034 W 42nd St**

Houston                    TX       77018-4314

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,037.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.1053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marianne Cribbin**

**764 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Houston                    TX      77018-4429

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.1054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,382.88 |

**Marie Stien & William Cutherell**

**729 W 39th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Houston                    TX      77018-5403

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.1055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marilyn Murphy**

**312 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Houston                    TX      77018-8314

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.1056 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mario Garza**

**1063 Lamonte Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Houston                    TX      77018-4318

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**           Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1057**  Nonpriority creditor's name and mailing address

**Marisa & Joshua Thomas**

**1338 Sue Barnett Dr**

**Houston**                    **TX**     **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,850.00

---

**3.1058**  Nonpriority creditor's name and mailing address

**Marisa M. & Joshua C. Thomas**

**1338 Sue Barnett Dr**

**Houston**                    **TX**     **77018-4424**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,650.00

---

**3.1059**  Nonpriority creditor's name and mailing address

**Marisol Rude**

**1007 W 42nd St**

**Houston**                    **TX**     **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,424.25

---

**3.1060**  Nonpriority creditor's name and mailing address

**Mark & Alice Sarmiento**

**335 W 33rd St**

**Houston**                    **TX**     **77018-7603**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,865.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1061**   Nonpriority creditor's name and mailing address

**Mark & Elyse Farrow**

**26603 Godfrey Cove Ct.**

**Katy**                    **TX**        **77494-0415**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,312.50**

**3.1062**   Nonpriority creditor's name and mailing address

**Mark & Laura Patterson**

**5008 Augusta St**

**Houston**                 **TX**        **77007-7206**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,287.50**

**3.1063**   Nonpriority creditor's name and mailing address

**Mark & Sheila Klein**

**1340 Sue Barnett Dr**

**Houston**                 **TX**        **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,988.93**

**3.1064**   Nonpriority creditor's name and mailing address

**Mark & Sylvia Saunders**

**858 Azalea St**

**Houston**                 **TX**        **77018-4410**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,000.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

| 3.1065 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,325.00 |

*Check all that apply.*

**Mark && Jillian Ostrewich**

☑ Contingent
☐ Unliquidated
☑ Disputed

**734 Montclair Blvd**

**Basis for the claim:**

**Sugar Land**          **TX**      **77478-3616**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1066 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,631.31 |

*Check all that apply.*

**Mark B. Connely**

☑ Contingent
☐ Unliquidated
☑ Disputed

**328 W 34th St**

**Basis for the claim:**

**Houston**          **TX**      **77018-7612**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1067 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,137.50 |

*Check all that apply.*

**Mark Barre**

☑ Contingent
☐ Unliquidated
☑ Disputed

**6658 Orleans Ave.**

**Basis for the claim:**

**New Orleans**          **LA**      **70124-3938**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1068 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.20 |

*Check all that apply.*

**Mark Brannan**

☑ Contingent
☐ Unliquidated
☑ Disputed

**742 W 42nd St**

**Basis for the claim:**

**Houston**          **TX**      **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1069**  Nonpriority creditor's name and mailing address

**Mark Eberhard & Lauren Becker**

**507 W 34th St**

Houston                    TX      77018-7615

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,192.95**

---

**3.1070**  Nonpriority creditor's name and mailing address

**Mark Edge**

**3202 Lawrence St**

Houston                    TX      77018-7617

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

**3.1071**  Nonpriority creditor's name and mailing address

**Mark Klein**

**846 Azalea St**

Houston                    TX      77018-4410

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,981.25**

---

**3.1072**  Nonpriority creditor's name and mailing address

**Mark Myers**

**1014 W 42nd St**

Houston                    TX      77018-4314

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1073**  Nonpriority creditor's name and mailing address

**Mark Neff**

**1242 W Portillo Dr**

Deltona                    FL        32725-6630

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1074**  Nonpriority creditor's name and mailing address

**Mark P. & Tara S. Fuller**

**#152**

**12827 Southwest Freeway**

Stafford                   TX        77477-3808

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,562.50**

---

**3.1075**  Nonpriority creditor's name and mailing address

**Mark R. Myers**

**1014 W 42nd St**

Houston                    TX        77018-4314

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,425.00**

---

**3.1076**  Nonpriority creditor's name and mailing address

**Mark R. Myers**

**1014 W 42nd St**

Houston                    TX        77018-4314

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,537.50**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

---

**3.1077** Nonpriority creditor's name and mailing address

**Mark Thelen & Jessica Winn**

**224 W 32nd St**

**Houston**                    **TX**      **77018-8320**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,936.75**

---

**3.1078** Nonpriority creditor's name and mailing address

**Mark W. O'Brien**

**1229 Herkimer St.**

**Houston**                    **TX**      **77008-6747**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,008.15**

---

**3.1079** Nonpriority creditor's name and mailing address

**Mark Wicks**

**2009 S Shepherd Dr**

**Houston**                    **TX**      **77019-7007**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1080** Nonpriority creditor's name and mailing address

**Marlan Curry**

**309 Hardeman St.**

**Smithville**                 **TX**      **78957-2901**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,608.75**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1081**   Nonpriority creditor's name and mailing address

**Marlene Anderson**

**101 Rine Pl**

**Clinton**                    **OK**      **73601-3507**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1082**   Nonpriority creditor's name and mailing address

**Marsha Ehlert**

**1090 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1083**   Nonpriority creditor's name and mailing address

**Martha & Joe Rhea**

**725 W 41st St**

**Houston**                    **TX**      **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1084**   Nonpriority creditor's name and mailing address

**Martha French**

**1046 W 41st St**

**Houston**                    **TX**      **77018-5202**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1085**   Nonpriority creditor's name and mailing address

**Martha Rac & Megan Lewis**

**425 W 22nd St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,687.50**

---

**3.1086**   Nonpriority creditor's name and mailing address

**Martha Villalobos & Sheleigh Beggs**

**1023 W 41st St**

**Houston**                    **TX**      **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1087**   Nonpriority creditor's name and mailing address

**Martin & Amadita Rodriguez**

**303 W 30th St**

**Houston**                    **TX**      **77018-8303**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1088**   Nonpriority creditor's name and mailing address

**Martin & Yasmin Parr**

**818 Azalea St**

**Houston**                    **TX**      **77018-4410**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   18-60018-H2-11

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|---|---|---|

**3.1089**   Nonpriority creditor's name and mailing address

**Martin Terrell**

**27415 Buena Way**

**Spring**                      **TX**      **77386**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,142.50**

---

**3.1090**   Nonpriority creditor's name and mailing address

**Mary & Kevin Charlton**

**9126 Diamante Dr**

**Magnolia**                    **TX**      **77354-4446**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1091**   Nonpriority creditor's name and mailing address

**Mary C. Jennings et al**

**4512 Braeburn Dr**

**Bellaire**                    **TX**      **77401-5512**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1092**   Nonpriority creditor's name and mailing address

**Mary E. Hubbard**

**1605 Lone Pine Dr.**

**Billings**                    **MT**      **59101-8938**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1093** Nonpriority creditor's name and mailing address

**Mary Groneman**

**228 W 31st St**

**Houston**          **TX**     **77018-8312**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1094** Nonpriority creditor's name and mailing address

**Mary H. Beck**

**717 Sue Barnett Dr**

**Houston**          **TX**     **77018-5411**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,037.50**

**3.1095** Nonpriority creditor's name and mailing address

**Mary Hamilton**

**307 W 30th St**

**Houston**          **TX**     **77018-8303**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1096** Nonpriority creditor's name and mailing address

**Mary Haxthausen**

**1825 Viking Dr**

**Houston**          **TX**     **77018-1719**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1097** Nonpriority creditor's name and mailing address

**Mary King & Michael Lorkowski**

**3010 Randall St**

**Houston**          **TX**    **77018-7505**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,325.00**

**3.1098** Nonpriority creditor's name and mailing address

**Mary L McGehee**

**1019 W 43rd St**

**Houston**          **TX**    **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,276.25**

**3.1099** Nonpriority creditor's name and mailing address

**Mary M. Nalley**

**1025 Lamonte Ln**

**Houston**          **TX**    **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,923.75**

**3.1100** Nonpriority creditor's name and mailing address

**Mary Parker**

**1075 W 43rd St**

**Houston**          **TX**    **77018-4301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1101**  Nonpriority creditor's name and mailing address

**Mary Patranella**

**1502 Sue Barnett Dr**

Houston                    TX       77018-4306

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$3,562.50**

---

**3.1102**  Nonpriority creditor's name and mailing address

**Mary Smith & David Scarbrough**

**503 W 32nd St**

Houston                    TX       77018-8325

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,920.00**

---

**3.1103**  Nonpriority creditor's name and mailing address

**Mary Steele & Debra Mertz**

**1450 Meadow Lane**

Estes Park                 CO       80517-8017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,766.25**

---

**3.1104**  Nonpriority creditor's name and mailing address

**Maryann & Stephen Castillo**

**839 W 42nd St**

Houston                    TX       77018-5309

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1105**  Nonpriority creditor's name and mailing address

**Mathew & Mary Saunders**

**922 Abelia Ave.**

**Richmond**                    **TX**      **77406-7226**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,674.25**

---

**3.1106**  Nonpriority creditor's name and mailing address

**Matt and Abby Martone**

**834 W 42nd St**

**Houston**                     **TX**      **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,211.88**

---

**3.1107**  Nonpriority creditor's name and mailing address

**Matthew & Elizabeth Moriarty**

**#209**

**4100 Greenbriar**

**Houston**                     **TX**      **77098**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,777.50**

---

**3.1108**  Nonpriority creditor's name and mailing address

**Matthew & Erica Gannon**

**822 Azalea St**

**Houston**                     **TX**      **77018-4410**

Date or dates debt was incurred

Last 4 digits of account number     __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

**Part 2:**   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1109**   Nonpriority creditor's name and mailing address

**Matthew & M'lynn Mooney**

**323 W 32nd St**

**Houston**                          **TX**      **77018-8321**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$6,375.00

---

**3.1110**   Nonpriority creditor's name and mailing address

**Matthew & Susanne Wright**

**316 W 33rd St**

**Houston**                          **TX**      **77018-7604**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,876.98

---

**3.1111**   Nonpriority creditor's name and mailing address

**Matthew Berend**

**833 Heather Ct.**

**Houston**                          **TX**      **77024-4502**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,723.91

---

**3.1112**   Nonpriority creditor's name and mailing address

**Matthew Broussard**

**404 W 34th St**

**Houston**                          **TX**      **77018-7614**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,267.50

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1113** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Matthew S. Houston**

**511 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**          **TX**     **77018-8317**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.1114** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,457.75**

**Matthew Veech**

**1135 Du Barry Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**          **TX**     **77018**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.1115** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$7,387.50**

**Maverick & Maranda Ray**

**332 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**          **TX**     **77018**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.1116** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,049.30**

**Max & Jean Curtis**

**3 Old Cincinnati Rd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Huntsville**          **TX**     **77320-1317**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Debtor **Garden Oaks Maintenance Organization, Inc.**     Case number (if known) **18-60018-H2-11**

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,365.00 |

As of the petition filing date, the claim is:
Check all that apply.

**Max Gray**

**7217 Root Rd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Spring**               **TX    77389-3526**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1118 | Nonpriority creditor's name and mailing address |  | $2,700.00 |

As of the petition filing date, the claim is:
Check all that apply.

**Megan & Jesus Ortega**

**1566 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX    77018-4306**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1119 | Nonpriority creditor's name and mailing address |  | $2,077.50 |

As of the petition filing date, the claim is:
Check all that apply.

**Megan & Stuart Salch**

**3106 Lawrence St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX    77018-8330**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1120 | Nonpriority creditor's name and mailing address |  | $2,527.50 |

As of the petition filing date, the claim is:
Check all that apply.

**Melanie Worthington**

**2218 W Holcombe Blvd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX    77030-2088**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

## Part 2: | Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1121**  Nonpriority creditor's name and mailing address

**Melissa & Anthony Neiser**

**324 W 30th St**

Houston                          TX        77018-8304

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,537.50

---

**3.1122**  Nonpriority creditor's name and mailing address

**Melissa Alwais & Jeremy Robinson**

**1018 Althea Dr**

Houston                          TX        77018

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,636.02

---

**3.1123**  Nonpriority creditor's name and mailing address

**Melissa Haselden**

**320 W 34th St**

Houston                          TX        77018-7612

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,005.00

---

**3.1124**  Nonpriority creditor's name and mailing address

**Melody Clark**

**2424 Avenue L**

Galveston                        TX        77550-4525

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1125**   Nonpriority creditor's name and mailing address

**Meredith Ford**

**843 W 41st St**

**Houston**                    **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,796.25**

---

**3.1126**   Nonpriority creditor's name and mailing address

**Micaela Alfaro & Christopher Gonzales**

**227 W 34th St**

**Houston**                    **TX**      **77018-7609**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,675.00**

---

**3.1127**   Nonpriority creditor's name and mailing address

**MiCasa Redevelopment LLC**

**331 W 30th St**

**Houston**                    **TX**      **77018-8303**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,553.40**

---

**3.1128**   Nonpriority creditor's name and mailing address

**Michael & Ana Braun**

**1334 Sue Barnett**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,052.50**

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1129**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Michael & Ana Braun**

**1334 Sue Barnett Dr**

$2,925.00

Basis for the claim:

**Houston**               **TX**     **77018-4424**         _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __             ☑ No
                                                            ☐ Yes

**3.1130**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Michael & Christine Byrne**

**733 W 43rd St**

$6,000.00

Basis for the claim:

**Houston**               **TX**     **77018-4401**         _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __             ☑ No
                                                            ☐ Yes

**3.1131**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Michael & Christine Gore**

**423 W 31st St**

$4,507.50

Basis for the claim:

**Houston**               **TX**     **77018-8315**         _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __             ☑ No
                                                            ☐ Yes

**3.1132**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Michael & Deborah Havard**

**1510 Sue Barnett Dr**

$0.00

Basis for the claim:

**Houston**               **TX**     **77018-4306**         _____

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __             ☑ No
                                                            ☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1133**  Nonpriority creditor's name and mailing address

**Michael & Debra Dishberger**

**2 Rains Way**

**Houston**                     **TX**    **77007-7099**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,305.00

**3.1134**  Nonpriority creditor's name and mailing address

**Michael & Debra Dishberger**

**2 Rains Way**

**Houston**                     **TX**    **77007-7099**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,062.50

**3.1135**  Nonpriority creditor's name and mailing address

**Michael & Debra Dishberger**

**2 Rains Way**

**Houston**                     **TX**    **77007-7099**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,050.00

**3.1136**  Nonpriority creditor's name and mailing address

**Michael & Jayne Maltbie**

**738 Sue Barnett Dr**

**Houston**                     **TX**    **77018-5412**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.1137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,875.00 |

**Michael & Jennette Moreno**

**811 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-5309

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.1138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**Michael & Joyce Maniha**

**315 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-8313

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.1139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,187.50 |

**Michael & Julia Falick**

**519 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-7615

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

| 3.1140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,613.80 |

**Michael & Kelli Norfleet**

**718 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                    TX      77018-5412

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
☐ Yes

---

Debtor __Garden Oaks Maintenance Organization, Inc.__   Case number (if known) __18-60018-H2-11__

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1141**  Nonpriority creditor's name and mailing address

__Michael & Monica Dupre__

__819 W 41st St__

__Houston__                          __TX__     __77018-5307__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,605.00

**3.1142**  Nonpriority creditor's name and mailing address

__Michael & Shannon Hugetz__

__3205 Lawrence St__

__Houston__                          __TX__     __77018-7616__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1143**  Nonpriority creditor's name and mailing address

__Michael & Sharon Rauch__

__118 Calera Blvd__

__Lafayette__                          __LA__     __70508-7507__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,442.25

**3.1144**  Nonpriority creditor's name and mailing address

__Michael & Susan Hunt__

__7819 Camden Hollow Ln__

__Humble__                          __TX__     __77396-3126__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,268.75

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1145**   Nonpriority creditor's name and mailing address

**Michael & Susan Waldau**

**1062 Althea Dr**

**Houston**                    **TX**      **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1146**   Nonpriority creditor's name and mailing address

**Michael & Susan Waldau**

**1062 Althea Dr**

**Houston**                    **TX**      **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1147**   Nonpriority creditor's name and mailing address

**Michael & Valerie Swartztrauber**

**4315 Apollo St**

**Houston**                    **TX**      **77018-4303**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1148**   Nonpriority creditor's name and mailing address

**Michael Byrne**

**3106 Randall St**

**Houston**                    **TX**      **77018-7507**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,242.50**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1149**  Nonpriority creditor's name and mailing address

**Michael Carroll**

**17903 Fairhaven Falls Dr**

**Cypress**　　　　　　**TX**　　**77433-3581**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1150**  Nonpriority creditor's name and mailing address

**Michael D. Croom**

**1143 Cameron Rd**

**Alexandria**　　　　　**VA**　　**22308-1235**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,912.50**

**3.1151**  Nonpriority creditor's name and mailing address

**Michael E. & Kerry E. Carter-Taylor**

**3310 Lawrence St**

**Houston**　　　　　　**TX**　　**77018-7619**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,410.00**

**3.1152**  Nonpriority creditor's name and mailing address

**Michael F. Jr. & Amy R. Northcutt**

**110 Lacebark Ln**

**Longview**　　　　　　**TX**　　**75605-4419**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,987.50**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

**3.1153**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$1,372.50**
                                                                     *Check all that apply.*
**Michael Foy**                                                       ☒ Contingent
**818 W 31st St**                                                     ☐ Unliquidated
                                                                     ☒ Disputed

                                                                     Basis for the claim:
**Houston**                    **TX**     **77018-7512**              _____

Date or dates debt was incurred          _____       Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __          ☒ No
                                                             ☐ Yes

**3.1154**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$1,725.00**
                                                                     *Check all that apply.*
**Michael Gary & Monica Schulz Orlando**                              ☒ Contingent
**2119 Elmen St.**                                                    ☐ Unliquidated
                                                                     ☒ Disputed

                                                                     Basis for the claim:
**Houston**                    **TX**     **77019-6801**              _____

Date or dates debt was incurred          _____       Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __          ☒ No
                                                             ☐ Yes

**3.1155**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$1,143.75**
                                                                     *Check all that apply.*
**Michael Hess**                                                      ☒ Contingent
**942 Lamonte Ln**                                                    ☐ Unliquidated
                                                                     ☒ Disputed

                                                                     Basis for the claim:
**Houston**                    **TX**     **77018**                   _____

Date or dates debt was incurred          _____       Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __          ☒ No
                                                             ☐ Yes

**3.1156**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                 **$1,162.50**
                                                                     *Check all that apply.*
**Michael Ho**                                                        ☒ Contingent
**309 Glenwood Dr.**                                                  ☐ Unliquidated
                                                                     ☒ Disputed

                                                                     Basis for the claim:
**Houston**                    **TX**     **77007-7014**              _____

Date or dates debt was incurred          _____       Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __          ☒ No
                                                             ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.1157**   Nonpriority creditor's name and mailing address

Michael Holden

308 W 30th St

Houston                    TX      77018-8304

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,975.00**

**3.1158**   Nonpriority creditor's name and mailing address

Michael Jobe

324 W 32nd St

Houston                    TX      77018-8322

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,746.25**

**3.1159**   Nonpriority creditor's name and mailing address

Michael Kevin & Angela Nolan Clarke

1027 W 42nd St

Houston                    TX      77018-4307

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

**3.1160**   Nonpriority creditor's name and mailing address

Michael Kottong

219 W 32nd St

Houston                    TX      77018-8319

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.1161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,137.50 |

Check all that apply.

**Michael Landers & Roger Sustr**

**407 W 34th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**    **77018-7613**    _____

Date or dates debt was incurred        _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| 3.1162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,966.23 |

Check all that apply.

**Michael Lyon & Petra Eiselt**

**1071 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**    **77018-4307**    _____

Date or dates debt was incurred        _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| 3.1163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**Michael Nimr**

**523 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**    **77018-8317**    _____

Date or dates debt was incurred        _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| 3.1164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,060.00 |

Check all that apply.

**Michael P. & Bonnie F. Jones**

**304 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                **TX**    **77018-7604**    _____

Date or dates debt was incurred        _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1165** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,450.00**

**Michael Padilla & Jessica Needham**
☑ Contingent
**807 Azalea St**
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018-4409**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

**3.1166**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Michael Parks**
☑ Contingent
**223 W 34th St**
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018-7609**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

**3.1167**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,000.00**

**Michael Payne**
☑ Contingent
**810 W 31st St**
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77018**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

**3.1168**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,642.50**

**Michael Remson**
☑ Contingent
**P.O. Box 924067**
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                **TX**    **77292-4067**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1169**   Nonpriority creditor's name and mailing address

**Michael Roberts**

**532 W 32nd St**

**Houston**                    **TX**      **77018-8326**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,062.50**

---

**3.1170**   Nonpriority creditor's name and mailing address

**Michael Sluiter & Mira Balankrishnan**

**1022 Gardenia Dr**

**Houston**                    **TX**      **77018-4313**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,713.70**

---

**3.1171**   Nonpriority creditor's name and mailing address

**Michael Sultanik**

**1727 Haverhill Dr**

**Houston**                    **TX**      **77008-1268**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,441.87**

---

**3.1172**   Nonpriority creditor's name and mailing address

**Michael Tucker**

**5004 Saddlebrook Dr.**

**Fayetteville**                **NY**      **13066-9786**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,112.50**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1173**   Nonpriority creditor's name and mailing address

**Michael W. & Marilyn R. Hornung**

**670 Mount Olive School Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$2,430.00

**Wimberley                    TX        78676-4333**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1174**   Nonpriority creditor's name and mailing address

**Michael Wybro**

**5102 Flad Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$3,300.00

**Madison                      WI        53711-3622**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1175**   Nonpriority creditor's name and mailing address

**Michelle & Danny Narat**

**520 W 30th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$3,082.50

**Houston                      TX        77018-8308**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1176**   Nonpriority creditor's name and mailing address

**Michelle M. Getz Childers**

**11651 Sagepark Ln**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Houston                      TX        77089-5704**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1177**  Nonpriority creditor's name and mailing address

**Michelle Ragsdale**

**1007 Althea Dr**

Houston               TX     77018-5203

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1178**  Nonpriority creditor's name and mailing address

**Michelle Ruiz**

**305 Moody St.**

Houston               TX     77009-2743

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,137.50**

---

**3.1179**  Nonpriority creditor's name and mailing address

**Mike & Stacy Gross**

**1075 Gardenia Dr**

Houston               TX     77018-4312

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1180**  Nonpriority creditor's name and mailing address

**Milton Hickman & Dale Emborsky**

**404 W 31st St**

Houston               TX     77018-8316

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,931.25**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1181**   Nonpriority creditor's name and mailing address

**Mindy Vance**

**5007 Oak Forest Dr**

**Houston**                     **TX**     **77018-1909**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1182**   Nonpriority creditor's name and mailing address

**Minerva Wilkins**

**843 W 42nd St**

**Houston**                     **TX**     **77018-5309**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,212.50**

---

**3.1183**   Nonpriority creditor's name and mailing address

**Mitchell & Christina Moore**

**#252**

**7777 Katy Fwy**

**Houston**                     **TX**     **77024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,361.78**

---

**3.1184**   Nonpriority creditor's name and mailing address

**Mitchell Katine & Walter Avila**

**1015 W 41st St**

**Houston**                     **TX**     **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,227.75**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1185**   Nonpriority creditor's name and mailing address

**Mitul Patel**

**745 Sue Barnett Dr**

Houston                    TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,863.75**

---

**3.1186**   Nonpriority creditor's name and mailing address

**Mitul Patel**

**745 Sue Barnett Dr**

Houston                    TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,712.50**

---

**3.1187**   Nonpriority creditor's name and mailing address

**Mitul Patel**

**745 Sue Barnett Dr**

Houston                    TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,950.00**

---

**3.1188**   Nonpriority creditor's name and mailing address

**Mohammad-Ali & Elham Golshan**

**717 W 42nd St**

Houston                    TX      77018-4428

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,857.50**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.1189** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| **Monica Hinojosa** | ☑ Contingent | |
| **1037 Wakefield Dr.** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | **Basis for the claim:** | |
| **Houston**            **TX**      **77018-5226** | | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1190** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,075.00** |
| **Monique & Brent Mahler** | ☑ Contingent | |
| **308 W 33rd St** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | **Basis for the claim:** | |
| **Houston**            **TX**      **77018-7604** | | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1191** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,625.00** |
| **Morel Fritzner** | ☑ Contingent | |
| **Apt N605** | ☐ Unliquidated | |
| **800 4th St SW** | ☑ Disputed | |
| | **Basis for the claim:** | |
| **Washington**        **DC**      **20024-3022** | | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1192** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,400.00** |
| **Moriarty Construction** | ☑ Contingent | |
| **7215 Blandford Ln** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | **Basis for the claim:** | |
| **Houston**            **TX**      **77055** | | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

Debtor  __Garden Oaks Maintenance Organization, Inc.__     Case number (if known) __18-60018-H2-11__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1193**  Nonpriority creditor's name and mailing address

__Muhammad Salim DBA Chippendale Ventures__

__Suite 337__

__4771 Sweetwater Blvd__

__Sugar Land__          __TX__     __77479-3121__

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,112.50**

---

**3.1194**  Nonpriority creditor's name and mailing address

__N. L. Regoli__

__75 S Player Manor Cir__

__The Woodlands,  TX  77382-1807__

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,582.64**

---

**3.1195**  Nonpriority creditor's name and mailing address

__Nancy & Mitchell Weigand__

__1590 Sue Barnett Dr__

__Houston__          __TX__     __77018-4306__

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1196**  Nonpriority creditor's name and mailing address

__Nancy Arreguin & Jose Almodovar__

__312 W 30th St__

__Houston__          __TX__     __77018-8304__

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,731.24**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.1197**   Nonpriority creditor's name and mailing address

**Nancy Cox**

**432 W 31st St**

**Houston**              **TX**      **77018-8316**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,142.50**

---

**3.1198**   Nonpriority creditor's name and mailing address

**Nancy Hawkins**

**Apt 936**

**1401 Allen Dale**

**Houston**              **TX**      **77017**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,737.75**

---

**3.1199**   Nonpriority creditor's name and mailing address

**Nancy Jane McMillan**

**1011 W 42nd St**

**Houston**              **TX**      **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,312.46**

---

**3.1200**   Nonpriority creditor's name and mailing address

**Naravan & Laksmi Madisetti**

**6831 Manse St**

**Forest Hills**              **NY**      **11375-5734**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,475.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**  Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1201**  Nonpriority creditor's name and mailing address

**Natalie Jean & Jeffrey Scott Hetzel**

**4303 Apollo**

**Houston**               **TX**    **77018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,980.00**

**3.1202**  Nonpriority creditor's name and mailing address

**Natalie McCue**

**207 W 33rd St**

**Houston**               **TX**    **77018-7601**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1203**  Nonpriority creditor's name and mailing address

**Natara Williams**

**943 W Heights Hollow Ln**

**Houston**               **TX**    **77007**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,614.77**

**3.1204**  Nonpriority creditor's name and mailing address

**Natha Hall**

**12862 SW 7th Ave**

**Newberry**               **FL**    **32669-3445**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,050.00**

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1205**   Nonpriority creditor's name and mailing address

**Nathan & Debbie Kvinge**

**3114 Lawrence St**

**Houston**                **TX**      **77018-8330**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1206**   Nonpriority creditor's name and mailing address

**Nathan & Lauren Smith**

**1050 Gardenia Dr**

**Houston**                **TX**      **77018-4313**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$4,950.00**

---

**3.1207**   Nonpriority creditor's name and mailing address

**Nathan C. Will & Lindsey A. Bartlett**

**327 W 34th St**

**Houston**                **TX**      **77018-7611**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,450.00**

---

**3.1208**   Nonpriority creditor's name and mailing address

**Nathan Graham**

**5425 Newcastle St.**

**Bellaire**                **TX**      **77401-2713**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,663.50**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1209**  Nonpriority creditor's name and mailing address

**Nathan Harkins & Diana Latta**

**839 Lamonte Ln**

**Houston**                          **TX**      **77018-4436**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,712.50

---

**3.1210**  Nonpriority creditor's name and mailing address

**Nazih & Kathleen Nasir**

**835 Azalea St**

**Houston**                          **TX**      **77018-4409**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1211**  Nonpriority creditor's name and mailing address

**ND & BMG Construction Co. II, LLC**

**2232 Branard St**

**Houston**                          **TX**      **77098**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.50

---

**3.1212**  Nonpriority creditor's name and mailing address

**Neal Madhani & Bo Wang**

**3110 Lawrence St**

**Houston**                          **TX**      **77018-8330**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,750.00

---

Debtor **Garden Oaks Maintenance Organization, Inc.**     Case number (if known) **18-60018-H2-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                  Amount of claim

**3.1213**  Nonpriority creditor's name and mailing address

**Neal Talmadge**

**1349 Sue Barnett Dr**

**Houston**        **TX**     **77018-4423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1214**  Nonpriority creditor's name and mailing address

**Nedialka P. & Christopher M. Hall**

**705 W 32nd St**

**Houston**        **TX**     **77018-7501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,875.00**

---

**3.1215**  Nonpriority creditor's name and mailing address

**Neil Emerson & Amanda Riseden Giles**

**531 W 32nd St**

**Houston**        **TX**     **77018-8325**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,150.00**

---

**3.1216**  Nonpriority creditor's name and mailing address

**Nelson Stone**

**327 W 31st St**

**Houston**        **TX**     **77018-8313**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **Garden Oaks Maintenance Organization, Inc.**          Case number (if known) **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1217**  Nonpriority creditor's name and mailing address

**Nelta Culver**

**717 Garden Oaks Blvd**

Houston                    TX      77018-5407

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,325.00**

---

**3.1218**  Nonpriority creditor's name and mailing address

**Neville & Pauline Archer**

**13514 Havershire Ln**

Houston                    TX      77079-3406

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,710.75**

---

**3.1219**  Nonpriority creditor's name and mailing address

**Niall D. Toomey**

**22 Misty Cloud St.**

Spring                    TX      77381-6234

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,176.50**

---

**3.1220**  Nonpriority creditor's name and mailing address

**Nicholas & Valerie Hosn**

**1066 W 41st**

Houston                    TX      77018

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,593.58**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.1221**   Nonpriority creditor's name and mailing address

**Nicholas & Valerie Verret-Hosn**

**1066 W 41st**

Houston                    TX      77018

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$8,775.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1222**   Nonpriority creditor's name and mailing address

**Nicholas Hughes & Kimberly Stukenborg**

**814 Nicholson St**

Houston                    TX      77007-1441

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$3,557.54

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1223**   Nonpriority creditor's name and mailing address

**Nicholas Palacios & Amanda Pena**

**Unit 5F**

**201 Main St**

Houston                    TX      77018-5403

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$4,161.75

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1224**   Nonpriority creditor's name and mailing address

**Nieves Reyes**

**307 W 32nd St**

Houston                    TX      77018-8321

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,225.00** |
|---|---|---|---|

**Ninfa Vargas**

**5403 Cherie Crest Court**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77088-1275** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.1226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Noble Capital Services llc**

**Suite 320**

**8200 N Mopac Expy**

**Austin, TX  78759-8849**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.1227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$922.50** |
|---|---|---|---|

**Nohelia Otiz**

**3418 Hickory Creek Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Pearland** | **TX** | **77581-2453** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.1228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,437.50** |
|---|---|---|---|

**Nolan Strange**

**31603 Cedardale St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Magnolia** | **TX** | **77355-1609** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1229** Nonpriority creditor's name and mailing address

Norma Serrato

854 Azalea St

Houston          TX     77018-4410

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1230** Nonpriority creditor's name and mailing address

Norman Weindorff

7519 Blue Gap

Missouri City       TX     77459-6891

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1231** Nonpriority creditor's name and mailing address

Ofelia Torres

726 W 30th St

Houston          TX     77018-8202

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,952.32**

---

**3.1232** Nonpriority creditor's name and mailing address

Olde Good Things, Inc

400 Gilligan St

Scranton          PA     18508-2569

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,725.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)    **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,243.75** |
|---|---|---|---|

**Olesya Korneva & Diego O. Batista**

**1038 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**        **77018-5202**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Olivia Barre**

**8917 Bellegrove Pl**

☑ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**                    **LA**        **70123-2618**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,337.50** |
|---|---|---|---|

**Omar & Saadeddine Dimachkleh**

**6903 Ardmore St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**        **77054**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,798.75** |
|---|---|---|---|

**Oscar S. Simpson**

**2310 Stanolind Ave**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Midland**                    **TX**        **79705-8531**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**  Case number (if known)  **18-60018-H2-11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.00 |

**Owen Miller**

**7220 Charpiot Ln**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Humble**                    **TX**    **77396-2146**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,250.00 |

**Oyewole Faleye**

**831 W 41st St**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**                    **TX**    **77018-5307**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**P Naff**

**1023 Gardenia Dr**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**                    **TX**    **77018-4312**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.50 |

**Pamela Buzby**

**1114 Caspian Ln**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**                    **TX**    **77090-2513**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

---

**3.1241**   Nonpriority creditor's name and mailing address

**Pamela Hepola**

**200 E State St.**

**Marble**               **CO**     **81623-9064**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,312.50**

---

**3.1242**   Nonpriority creditor's name and mailing address

**Pamela Marquis**

**P.O. Box 540787**

**Houston**               **TX**     **77254-0787**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1243**   Nonpriority creditor's name and mailing address

**Pamela Snell**

**1327 Sue Barnett Dr**

**Houston**               **TX**     **77018-4423**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,212.50**

---

**3.1244**   Nonpriority creditor's name and mailing address

**Partners in Building, LP**

**929 W 26th St**

**Houston**               **TX**     **77008**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,773.39**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1245**   Nonpriority creditor's name and mailing address        $1,800.00

**Partners in Building, LP**

**929 W 26th St**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**              **TX**     **77008**

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1246**   Nonpriority creditor's name and mailing address        $1,290.00

**Pasco Holdings LLC**

**5155 Braesvalley Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**              **TX**     **77096**

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1247**   Nonpriority creditor's name and mailing address        $0.00

**Pat Fell**

**758 W 42nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**              **TX**     **77018-4429**

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1248**   Nonpriority creditor's name and mailing address        $0.00

**Patricia Boyd  & Barbara Griffin**

**3003 Lawrence St**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**              **TX**     **77018-8327**

Basis for the claim:
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1249**   Nonpriority creditor's name and mailing address

Patricia Junge

304 W 34th St

Houston                    TX    77018-7612

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,850.00**

---

**3.1250**   Nonpriority creditor's name and mailing address

Patricia Llanas

327 W 30th St

Houston                    TX    77018-8303

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,087.50**

---

**3.1251**   Nonpriority creditor's name and mailing address

Patricia Metteauer

843 W 43rd St

Houston                    TX    77018-4403

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1252**   Nonpriority creditor's name and mailing address

Patricia Montgomery

749 Sue Barnett Dr

Houston                    TX    77018-5411

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __Garden Oaks Maintenance Organization, Inc.__     Case number (if known) __18-60018-H2-11__

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,785.00 |

__Patricia Neal__

__863 Lamonte Ln__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Houston__    **TX**    __77018-4436__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.1254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,096.25 |

__Patricia Pennington__

__13623 Willow Heights Ct.__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Houston__    **TX**    __77059-3583__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.1255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,249.72 |

__Patrick & Courtney Whitman__

__838 Lamonte Ln__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Houston__    **TX**    __77018-4438__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.1256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,921.25 |

__Patrick & Heather Winter__

__4223 Apollo St__

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Houston__    **TX**    __77018-4310__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Patrick Angeli**

**821 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**     **TX**     **77018-8203**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.1258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Patrick Brennan**

**863 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**     **TX**     **77018-5307**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.1259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Patrick Buron**

**507 W 33rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**     **TX**     **77018-7607**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.1260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**Patrick Dunn**

**Suite 103A**

**10318 Lake Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**     **TX**     **77070-1873**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1261**   Nonpriority creditor's name and mailing address

**Patrick K. & Alicia D. O'Neill**

**12643 Pebblebrook Dr**

**Houston**                    **TX**      **77024-4045**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,568.75**

---

**3.1262**   Nonpriority creditor's name and mailing address

**Patsy & Jack Tavares**

**1539 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1263**   Nonpriority creditor's name and mailing address

**Patty & Stephanie Ho**

**726 W 42nd St**

**Houston**                    **TX**      **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,225.00**

---

**3.1264**   Nonpriority creditor's name and mailing address

**Paul A. & Katherine J. Marek**

**2023 Candlelight Place Dr**

**Houston**                    **TX**      **77018-1118**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,375.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1265**   Nonpriority creditor's name and mailing address

**Paul Eads**

**6210 Wynnwood Ln**

Houston                         TX        77008-3242

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1266**   Nonpriority creditor's name and mailing address

**Paul Gloriod**

**8515 Parmer Ct**

Houston                         TX        77064-8808

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,860.00**

---

**3.1267**   Nonpriority creditor's name and mailing address

**Paul Kopecky & Laura Neff**

**224 W 31st St**

Houston                         TX        77018-8312

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,159.23**

---

**3.1268**   Nonpriority creditor's name and mailing address

**Paul Perez**

**1236 Ansbury Dr.**

Houston                         TX        77018-7302

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$975.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1269**   Nonpriority creditor's name and mailing address

Paul Perez

1236 Ansbury Dr.

Houston                     TX      77018-7302

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$967.50**

---

**3.1270**   Nonpriority creditor's name and mailing address

Paul Salazar

1726 Evergreen Ln

Seabrook                    TX      77586-4548

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,737.50**

---

**3.1271**   Nonpriority creditor's name and mailing address

Paul Schank

1010 Thornton Rd

Houston                     TX      77018-3231

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,544.75**

---

**3.1272**   Nonpriority creditor's name and mailing address

Paul Sloan & Meghan Anderson

1039 W 42nd St

Houston                     TX      77018-4307

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,215.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,812.50 |

Paul Vagi

431 W 30th St

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-8305

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,755.75 |

Paul W. Parker

1401 Wisterwood Dr

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                    TX     77043-4236

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,075.00 |

Paula Daily & Blain Melancon

236 W 30th St

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-8302

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Peggy & David Tinkey

847 W 42nd St

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Houston                    TX     77018-5309

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | | |
|---|---|---|
| **3.1277** | Nonpriority creditor's name and mailing address | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Peggy McClard & Randall Segotta**

**236 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-8320**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| | | |
|---|---|---|
| **3.1278** | Nonpriority creditor's name and mailing address | **$1,312.50** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Peggy Smith**

**Unit 310**

**1401 Calumet St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77004-7162**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| | | |
|---|---|---|
| **3.1279** | Nonpriority creditor's name and mailing address | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Pene Carter**

**810 Lamonte Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-4438**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| | | |
|---|---|---|
| **3.1280** | Nonpriority creditor's name and mailing address | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Penny Smith & Harry Leverette**

**1046 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-4314**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**  Case number (if known)  **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1281**  Nonpriority creditor's name and mailing address

**Pennye Rhode**

**1086 Lamonte Ln**

Houston            TX      77018-4319

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,387.50

**3.1282**  Nonpriority creditor's name and mailing address

**Percy & Nandini Patel**

**1503 Sue Barnett Dr**

Houston            TX      77018-4305

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,215.09

**3.1283**  Nonpriority creditor's name and mailing address

**Peri Mashburn**

**232 W 34th St**

Houston            TX      77018-7610

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1284**  Nonpriority creditor's name and mailing address

**Perlito Mijares**

**15206 Beecham Dr**

Houston            TX      77068-2113

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$975.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**                     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.1285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Perri & Joel Grandstaff**

**415 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                     **TX**     **77018-8323**     _____

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.1286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Perry Gunter**

**1026 Gardenia Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                     **TX**     **77018-4313**     _____

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.1287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.50** |

**Perry Homes**

**P.O. Box 34306**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                     **TX**     **77234-4306**     _____

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

| 3.1288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Peter & N Gillen**

**1311 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Houston**                     **TX**     **77018-4423**     _____

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

Debtor  **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,320.00 |

**Peter & Susan Damos**

**14073 Mint Trail Dr**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**San Antonio**          **TX**     **78232-3505**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __          ☐ Yes

| 3.1290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**Peter & V. Vonder Haar**

**1555 Sue Barnett Dr**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77018-4305**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __          ☐ Yes

| 3.1291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,387.50 |

**Peter B. Hyland & Melissa Murphey**

**2826 Foxcroft Cir**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Denton**          **TX**     **76209-7808**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __          ☐ Yes

| 3.1292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,539.00 |

**Peter Chan Chow & Sai Soo Chan**

**2007 Palmetto Glen Ln**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Richmond**          **TX**     **77469-6377**

Date or dates debt was incurred                          Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __          ☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1293**   Nonpriority creditor's name and mailing address

**Peter Kozak**

**769 Sue Barnett Dr**

Houston                     TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1294**   Nonpriority creditor's name and mailing address

**Peter Seferian**

**838 W 42nd St**

Houston                     TX      77018-5310

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1295**   Nonpriority creditor's name and mailing address

**Peter Shun-Hsien Chang**

**1326 Sue Barnett Dr**

Houston                     TX      77018-4424

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$3,937.50**

---

**3.1296**   Nonpriority creditor's name and mailing address

**Peter Su**

**15 Valley Forge**

Houston                     TX      77024

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,568.75**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,380.00** |

**Peter Zama**

**1052 Althea Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77018-5204 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,643.75** |

**Philippe J. & Gwladys S. Gallot**

**714 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77018-5412 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,775.00** |

**Phillip & Andrew Kirkpatrick**

**1563 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77018-4305 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,048.75** |

**Phillip & Candice Croker**

**709 Sue Barnett Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77018-5411 |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1301**   Nonpriority creditor's name and mailing address

**Phillip & Samantha Bullock**

**717 W 30th St**

**Houston**                    **TX**      **77018-8201**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.50

---

**3.1302**   Nonpriority creditor's name and mailing address

**Phillip Gregory**

**100 Oriole St.**

**New Orleans**               **LA**      **70124-4520**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,245.00

---

**3.1303**   Nonpriority creditor's name and mailing address

**Phillip Portugal**

**Apt 916**

**9870 Gaylord Dr.**

**Houston**                    **TX**      **77024-2671**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,300.00

---

**3.1304**   Nonpriority creditor's name and mailing address

**Porter & Margaret Porter**

**801 W 32nd St**

**Houston**                    **TX**      **77018-7503**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor      **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)    18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1305**   Nonpriority creditor's name and mailing address

**Preston Haygood**

**1054 W 43rd St**

**Houston**                    **TX      77018-4302**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,115.15**

**3.1306**   Nonpriority creditor's name and mailing address

**Priscilla Kwan**

**4251 Apollo St**

**Houston**                    **TX      77018-4310**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1307**   Nonpriority creditor's name and mailing address

**Quillan & Elizabeth Harris**

**1611 Harvard Ave**

**Midland**                    **TX      79701-5751**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,702.50**

**3.1308**   Nonpriority creditor's name and mailing address

**Quillan Harris & Elizabeth Hight**

**1611 Harvard Ave**

**Midland**                    **TX      79701-5751**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,211.25**

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | | |
|---|---|---|
| **3.1309** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**R Burnett**

**817 W 31st St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**

Basis for the claim:

Houston                     TX      77018-7511    _____

Date or dates debt was incurred     _____    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

**3.1310**    Nonpriority creditor's name and mailing address

**R Engelhardt**

**223 W 32nd St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**

Basis for the claim:

Houston                     TX      77018-8319    _____

Date or dates debt was incurred     _____    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

**3.1311**    Nonpriority creditor's name and mailing address

**Rachael & Jason Hartfield**

**424 W 30th St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$4,117.50**

Basis for the claim:

Houston                     TX      77018-8306    _____

Date or dates debt was incurred     _____    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

---

**3.1312**    Nonpriority creditor's name and mailing address

**Rafael & Maricela Pina**

**705 W 41st St**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$0.00**

Basis for the claim:

Houston                     TX      77018-5405    _____

Date or dates debt was incurred     _____    Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __       ☑ No
                                                      ☐ Yes

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1313** Nonpriority creditor's name and mailing address

**Ralph E. & Barbara Smith Jr.**

**807 Lamonte Ln**

**Houston** **TX** **77018-4436**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$1,852.50

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.1314** Nonpriority creditor's name and mailing address

**Ralph E. Jr. & Barbara Smith**

**807 Lamonte Ln**

**Houston** **TX** **77018-4436**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$1,800.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.1315** Nonpriority creditor's name and mailing address

**Ramesh Raj**

**805 W 30th St**

**Houston** **TX** **77018-8203**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$4,875.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.1316** Nonpriority creditor's name and mailing address

**Ramiro Gutierrez**

**804 W 43rd St**

**Houston** **TX** **77018-4404**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**            Case number (if known)   **18-60018-H2-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Ramona & Daniel Torres**

**813 W 34th St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Houston                    TX      77018-6316

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.1318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,687.50 |

**Randal D. Kissling & Mary Tipton**

**224 W 34th St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Houston                    TX      77018-7610

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.1319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,212.50 |

**Randal Kissling & Mary Tipton**

**220 W 34th St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Houston                    TX      77018-7610

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.1320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,587.50 |

**Randi Faust**

**2022 Hazard St.**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Houston                    TX      77019-6111

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| 3.1321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,787.50 |

**Randolph J. Amaro Jr.**

**819 Azalea St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-4409 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,047.50 |

**Randolph T Odinet Jr. & Jennifer L. Kube**

**4215 Alba Rd**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-4426 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.25 |

**Raul Hernandez & Laurie Todd**

**7919 Ellinger Ln**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77040-5904 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Rayford O'Brien Irvin & Lela Yu**

**734 W 42nd St**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-4429 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.1325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

As of the petition filing date, the claim is:
Check all that apply.

**Raymond Bartholomay**

**1078 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                    TX      77018-4302**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1326 | Nonpriority creditor's name and mailing address | | $0.00 |

As of the petition filing date, the claim is:
Check all that apply.

**RC Angel Oaks LTD**

**332 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                    TX      77018-8314**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1327 | Nonpriority creditor's name and mailing address | | $3,000.00 |

As of the petition filing date, the claim is:
Check all that apply.

**RC Angel Oaks, LTD**

**332 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                    TX      77018-8321**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1328 | Nonpriority creditor's name and mailing address | | $1,356.75 |

As of the petition filing date, the claim is:
Check all that apply.

**Reagan Cracknell**

**982 Althea St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston                    TX      77018-4313**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**              Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     **Amount of claim**

| 3.1329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Reagan Kittell

1062 W 43rd St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX      77018-4302

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.1330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.79** |
|---|---|---|---|

Rebecca C. Blaylock

P.O. Box 701056

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX      77270-1056

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.1331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,923.75** |
|---|---|---|---|

Rebecca Carrington

212 W 34th St

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX      77018-7610

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.1332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Rebecca Linne

1027 Lamonte Ln

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Houston                          TX      77018-4318

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1333** Nonpriority creditor's name and mailing address

Rebecca Pradt

1042 Althea Dr

Houston                    TX        77018-5204

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1334** Nonpriority creditor's name and mailing address

Reed & Allison Mattingly

535 W 34th St

Houston                    TX        77018-7615

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$3,150.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1335** Nonpriority creditor's name and mailing address

Regina Greenslate

507 W 32nd St

Houston                    TX        77018-8325

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$2,467.50

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1336** Nonpriority creditor's name and mailing address

Renee Nunnallee

1530 Sue Barnett Dr

Houston                    TX        77018-4306

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$3,277.50

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

Debtor __Garden Oaks Maintenance Organization, Inc.__    Case number (if known) __18-60018-H2-11__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1337**  Nonpriority creditor's name and mailing address

**Rex Baxter**

**4133 Apollo St**

**Houston**                    **TX**    **77018-4308**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,096.75**

---

**3.1338**  Nonpriority creditor's name and mailing address

**Reyna Yanes & Jose Gonzales**

**219 W 30th St**

**Houston**                    **TX**    **77018-8340**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,364.90**

---

**3.1339**  Nonpriority creditor's name and mailing address

**RH of Texas Ltd**

**6652 Pincrest Dr**

**Plano**                    **TX**    **75024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,437.50**

---

**3.1340**  Nonpriority creditor's name and mailing address

**RH of Texas Ltd**

**6652 Pincrest Dr**

**Plano**                    **TX**    **75024**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   18-60018-H2-11

---

**Part 2:**      **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.1341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,393.61 |

**Richard & Kelly Mathews**

**855 Lamonte Ln**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-4436**      _____

Date or dates debt was incurred      _____      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Richard & Rebecca Stark**

**1335 Sue Barnett Dr**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-4423**      _____

Date or dates debt was incurred      _____      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,187.50 |

**Richard C. Allais**

**862 W 42nd St**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-5310**      _____

Date or dates debt was incurred      _____      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.1344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Richard Gerlach**

**1030 Althea Dr**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-5204**      _____

Date or dates debt was incurred      _____      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1345** Nonpriority creditor's name and mailing address

**Richard Hester**

**1002 W 42nd St**

Houston                    TX      77018-4314

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1346** Nonpriority creditor's name and mailing address

**Richard Lewis**

**407 W 32nd St**

Houston                    TX      77018-8323

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

**$0.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1347** Nonpriority creditor's name and mailing address

**Richard Murillo**

**751 Gilpin St.**

Houston                    TX      77034-2019

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

**$1,397.25**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1348** Nonpriority creditor's name and mailing address

**Risico 6107 LLC**

**3100 Edloe ST**

Houston                    TX      77027-6030

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

**$1,791.82**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1349**   Nonpriority creditor's name and mailing address

Rita Donaldson

3214 Lawrence St

Houston                     TX      77018-7617

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1350**   Nonpriority creditor's name and mailing address

Rita Hartman

862 Lamonte Ln

Houston                     TX      77018-4438

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1351**   Nonpriority creditor's name and mailing address

Rob Ryan Construction for Michele Reyna

321 Bunker Hill

Houston                     TX      77024

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,512.50**

---

**3.1352**   Nonpriority creditor's name and mailing address

Robert & Amanda Carlin

1010 Lamonte Ln

Houston                     TX      77018-4319

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**    Case number (if known)  **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1353**  Nonpriority creditor's name and mailing address

**Robert & Andrea Gilbert**

**427 W 31st St**

**Houston**                **TX**      **77018**

| As of the petition filing date, the claim is: | **$0.00** |

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1354**  Nonpriority creditor's name and mailing address

**Robert & Deborah Noser**

**1059 Althea Dr**

**Houston**                **TX**      **77018-5203**

As of the petition filing date, the claim is:     **$1,012.50**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1355**  Nonpriority creditor's name and mailing address

**Robert & Donna Ratcliffe**

**4323 Apollo St**

**Houston**                **TX**      **77018-4303**

As of the petition filing date, the claim is:     **$0.00**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1356**  Nonpriority creditor's name and mailing address

**Robert & Kerri Epstein**

**713 Garden Oaks Blvd**

**Houston**                **TX**      **77018-5407**

As of the petition filing date, the claim is:     **$0.00**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

| | |
|---|---|
| **3.1357** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* |

| | |
|---|---|
| **Robert & Lindsey Gabriel** | ☑ Contingent |
| **228 W 33rd St** | ☐ Unliquidated |
| | ☑ Disputed |

**$6,240.00**

Basis for the claim:

| | |
|---|---|
| **Houston**                **TX**   **77018-7602** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No
☐ Yes |

---

| | |
|---|---|
| **3.1358**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* |

| | |
|---|---|
| **Robert & Lisa McBee** | ☑ Contingent |
| **523 W 34th St** | ☐ Unliquidated |
| | ☑ Disputed |

**$1,462.50**

Basis for the claim:

| | |
|---|---|
| **Houston**                **TX**   **77018-7615** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No
☐ Yes |

---

| | |
|---|---|
| **3.1359**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* |

| | |
|---|---|
| **Robert & Melinda Battenfield** | ☑ Contingent |
| **412 W 30th St** | ☐ Unliquidated |
| | ☑ Disputed |

**$3,150.00**

Basis for the claim:

| | |
|---|---|
| **Houston**                **TX**   **77018-8306** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No
☐ Yes |

---

| | |
|---|---|
| **3.1360**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* |

| | |
|---|---|
| **Robert & Sharon Lilly** | ☑ Contingent |
| **4502 Sherman Blvd.** | ☐ Unliquidated |
| | ☑ Disputed |

**$2,550.00**

Basis for the claim:

| | |
|---|---|
| **Galveston**                **TX**   **77551-5725** | |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No
☐ Yes |

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1361**   Nonpriority creditor's name and mailing address

**Robert & Staci Gwinn**

**1038 Chamboard Ln**

**Houston**                    **TX**      **77018-3207**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,402.50

---

**3.1362**   Nonpriority creditor's name and mailing address

**Robert A. & Andrea D. Gilbert**

**427 W 31st St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,977.50

---

**3.1363**   Nonpriority creditor's name and mailing address

**Robert A. & Valerie R. Morgan III**

**432 W 30th St**

**Houston**                    **TX**      **77018-8306**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,666.50

---

**3.1364**   Nonpriority creditor's name and mailing address

**Robert B. & Lindsey B. Gabriel**

**228 W 33rd St**

**Houston**                    **TX**      **77018-7602**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,617.50

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)    **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.1365**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:            **$2,007.50**
                                                                    *Check all that apply.*
**Robert B. Richards**                                              ☑ Contingent
**4820 Caroline St.**                                               ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Houston**                    **TX**    **77004-5661**             _____

Date or dates debt was incurred        _____            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __               ☑ No
                                                                 ☐ Yes

**3.1366**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:            **$1,287.75**
                                                                    *Check all that apply.*
**Robert Bunge**                                                    ☑ Contingent
**1030 Gardenia Dr**                                                ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Houston**                    **TX**    **77018-4313**             _____

Date or dates debt was incurred        _____            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __               ☑ No
                                                                 ☐ Yes

**3.1367**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:            **$1,415.63**
                                                                    *Check all that apply.*
**Robert Bunge**                                                    ☑ Contingent
**1030 Gardenia Dr**                                                ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Houston**                    **TX**    **77018-4313**             _____

Date or dates debt was incurred        _____            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __               ☑ No
                                                                 ☐ Yes

**3.1368**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:            **$3,150.00**
                                                                    *Check all that apply.*
**Robert H. & Catherine C. Glaze Jr.**                              ☑ Contingent
**1010 Candlelight Ln**                                             ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Houston**                    **TX**    **77018-2000**             _____

Date or dates debt was incurred        _____            Is the claim subject to offset?

Last 4 digits of account number        __ __ __ __               ☑ No
                                                                 ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1369** Nonpriority creditor's name and mailing address

Robert Kramer

705 W 31st St

Houston                    TX      77018-7509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**$0.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1370** Nonpriority creditor's name and mailing address

Robert M. & Holly Battenfield

412 W 30th St

Houston                    TX      77018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**$1,125.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1371** Nonpriority creditor's name and mailing address

Robert Webster

4334 Effie St.

Bellaire                   TX      77401-5615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**$1,339.50**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1372** Nonpriority creditor's name and mailing address

Robert Weggemann

1051 W 41st St

Houston                    TX      77018-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**$0.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1373**   Nonpriority creditor's name and mailing address

**Robert Williams**

**317 Shasta Dr.**

Houston                 TX      77024-6945

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$2,246.25

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1374**   Nonpriority creditor's name and mailing address

**Robin & Paul Swinney**

**706 W 38th St**

Houston                 TX      77018-5402

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1375**   Nonpriority creditor's name and mailing address

**Robin Elliot**

**Suite 1500**

**5420 West Loop S**

Bellaire                 TX      77401-2107

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$1,125.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1376**   Nonpriority creditor's name and mailing address

**Robin Elliott**

**Suite 1500**

**5420 West Loop S**

Bellaire                 TX      77401-2107

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$2,257.50

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1377** Nonpriority creditor's name and mailing address

**Robin Johnson**

**27 N French Oaks Cir**

**Spring**                    **TX**    **77382-5815**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$975.00**

---

**3.1378** Nonpriority creditor's name and mailing address

**Robin Johnson**

**27 N French Oaks Cir**

**Spring**                    **TX**    **77382-5815**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,100.00**

---

**3.1379** Nonpriority creditor's name and mailing address

**Robin Lee**

**1051 Gardenia Dr**

**Houston**                  **TX**    **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1380** Nonpriority creditor's name and mailing address

**Robin Ward**

**Trlr C16**

**1710 Greens Rd.**

**Houston**                  **TX**    **77032-1187**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,387.50**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)  **18-60018-H2-11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.1381 | Nonpriority creditor's name and mailing address |
|---|---|

**Robyn & Peter Underwood**

**220 W 32nd St**

**Houston**                         **TX**      **77018-8320**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,812.50**

---

| 3.1382 | Nonpriority creditor's name and mailing address |
|---|---|

**Roger Creager**

**3202 Randall St**

**Houston**                         **TX**      **77018-7508**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,417.00**

---

| 3.1383 | Nonpriority creditor's name and mailing address |
|---|---|

**Roger Schirmbeck**

**P.O. Box 10907**

**Houston**                         **TX**      **77206-0907**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$675.00**

---

| 3.1384 | Nonpriority creditor's name and mailing address |
|---|---|

**Roman Messa**

**1003 W 42nd St**

**Houston**                         **TX**      **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,478.88 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ron Erbstoesser & Susan Glenney**

**1023 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-4307**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1386 | Nonpriority creditor's name and mailing address | | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ron Moran & Moran Direct Inc.**

**Suite 502**

**710 N Post Oak Rd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77024-3840**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1387 | Nonpriority creditor's name and mailing address | | $1,374.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ronald & Christine Sorum**

**814 Garden Trace Ln**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-6342**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1388 | Nonpriority creditor's name and mailing address | | $6,727.82 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ronald & Corrine Ogdee**

**835 W 43rd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX      77018-4403**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1389**   Nonpriority creditor's name and mailing address

**Ronald & Katherine Russell**

**1043 Althea Dr**

**Houston**               **TX**     **77018-5203**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1390**   Nonpriority creditor's name and mailing address

**Rosa & John & John Goodman**

**850 W 41st St**

**Houston**               **TX**     **77018-5308**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1391**   Nonpriority creditor's name and mailing address

**Rosie Evans**

**701 W 39th St**

**Houston**               **TX**     **77018-5403**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1392**   Nonpriority creditor's name and mailing address

**Ross M. Stevenson**

**707 Ridge St.**

**Houston**               **TX**     **77009-7417**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,905.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1393**   Nonpriority creditor's name and mailing address

**Roxana Gutierrez**

**Apt 4**

**448 Central Ave**

**Jersey City**                **NJ**        **07307-2736**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,485.00**

---

**3.1394**   Nonpriority creditor's name and mailing address

**Roxanne R. Byrne**

**#2**

**215 W 30th St**

**Houston**                **TX**        **77018-8301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,800.00**

---

**3.1395**   Nonpriority creditor's name and mailing address

**RPCC Ventures, LLC**

**Suite 1110**

**1111 N. Loop W.**

**Houston**                **TX**        **77008**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,441.81**

---

**3.1396**   Nonpriority creditor's name and mailing address

**Ruben & Maria Flores**

**751 W 43rd St**

**Houston**                **TX**        **77018-4401**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,668.75**

---

Debtor  __Garden Oaks Maintenance Organization, Inc.__     Case number (if known)  __18-60018-H2-11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1397** Nonpriority creditor's name and mailing address

Ruben & Megan Saavedra

1011 Althea Dr

Houston                              TX       77018-5203

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,427.50

**3.1398** Nonpriority creditor's name and mailing address

Ruben Flores, Jr.

753 Sue Barnett

Houston                              TX       77018-5411

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,950.06

**3.1399** Nonpriority creditor's name and mailing address

Rudy & Nancy Guerra

412 W 32nd St

Houston                              TX       77018-8324

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,037.50

**3.1400** Nonpriority creditor's name and mailing address

Rudy Holcomb

384 E Camp St.

New Braunfels                        TX       78130-4206

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,117.50

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| | | |
|---|---|---|
| **3.1401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,625.00** |

**3.1401**   Nonpriority creditor's name and mailing address

**Rumi & Mary Ellen Jawanmardi**

**328 W 31st St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                     **TX**     **77018-8314**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1402**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$4,905.00**

**Russell Maloney**

**2200 E County Road 120**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Midland**                     **TX**     **79706-4257**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1403**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**

**Russell Clark**

**743 W 42nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                     **TX**     **77018-4428**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1404**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$954.04**

**Russell Clark**

**743 W 42nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                     **TX**     **77018-4428**

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.1405**   Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:                     **$944.25**
                                                                         Check all that apply.
**Russell Derrington**                                                   ☑ Contingent
**270 Wilcrest Dr**                                                      ☐ Unliquidated
                                                                         ☑ Disputed

                                                                         **Basis for the claim:**
**Houston**                          **TX**     **77042-1006**           _____

Date or dates debt was incurred      _____           Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                 ☑ No
                                                               ☐ Yes

---

**3.1406**   Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:                     **$0.00**
                                                                         Check all that apply.
**Ryal Cotterman**                                                       ☑ Contingent
**760 W 42nd St**                                                        ☐ Unliquidated
                                                                         ☑ Disputed

                                                                         **Basis for the claim:**
**Houston**                          **TX**     **77018-4429**           _____

Date or dates debt was incurred      _____           Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                 ☑ No
                                                               ☐ Yes

---

**3.1407**   Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:                     **$3,862.50**
                                                                         Check all that apply.
**Ryan & Angela Smith**                                                  ☑ Contingent
**4232 Apollo St**                                                       ☐ Unliquidated
                                                                         ☑ Disputed

                                                                         **Basis for the claim:**
**Houston**                          **TX**     **77018-4300**           _____

Date or dates debt was incurred      _____           Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                 ☑ No
                                                               ☐ Yes

---

**3.1408**   Nonpriority creditor's name and mailing address              As of the petition filing date, the claim is:                     **$0.00**
                                                                         Check all that apply.
**Ryan & Elizabeth Schorman**                                            ☑ Contingent
**1219 N Windomere Ave**                                                 ☐ Unliquidated
                                                                         ☑ Disputed

                                                                         **Basis for the claim:**
**Dallas**                           **TX**     **75208-2734**           _____

Date or dates debt was incurred      _____           Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                 ☑ No
                                                               ☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

---

**3.1409**  Nonpriority creditor's name and mailing address

**Ryan & Jacquelyn Star**

**13902 Mcdannald Park Ln**

**Humble**                    **TX**    **77396-1112**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,550.00**

---

**3.1410**  Nonpriority creditor's name and mailing address

**Ryan & Jessica Wheeler**

**1535 Sue Barnett Dr**

**Houston**                   **TX**    **77018-4305**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,112.50**

---

**3.1411**  Nonpriority creditor's name and mailing address

**Ryan Armbruster & Amanda Maxon**

**1079 Lamonte Ln**

**Houston**                   **TX**    **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,390.00**

---

**3.1412**  Nonpriority creditor's name and mailing address

**Ryan P. & Anne M. Booth**

**Apt 3**

**821 Carroll St**

**Brooklyn**                  **NY**    **11215-1726**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,137.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,430.00** |

Check all that apply.

**Ryan S. & Lindsey Michelle MacLeod**

**5019 Shady Nook Ct**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**   **TX**   **77018-1915**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.1414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,924.57** |

Check all that apply.

**S. Scott Smith**

**3306 Lawrence St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**   **TX**   **77018-7619**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.1415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,800.00** |

Check all that apply.

**Saadeddine & Maria Dimachkleh**

**Apt 875**

**3939 W Alabama St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**   **TX**   **77027**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.1416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,602.50** |

Check all that apply.

**Sabarina Innocenti & Friedrich  Westover**

**815 W 41st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Houston**   **TX**   **77018-5307**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1417**   Nonpriority creditor's name and mailing address

**Sage Built Homes**

**8625 Wyndham Village Dr**

**Jersey Village**          **TX**     **77040**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,237.50**

**3.1418**   Nonpriority creditor's name and mailing address

**Sally & James McDaniel**

**1506 Sue Barnett Dr**

**Houston**          **TX**     **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

**3.1419**   Nonpriority creditor's name and mailing address

**Sally Holberg**

**1087 Lamonte Ln**

**Houston**          **TX**     **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

**3.1420**   Nonpriority creditor's name and mailing address

**Sami & Laura Rahman**

**702 W 32nd St**

**Houston**          **TX**     **77018-7502**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,725.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1421**  Nonpriority creditor's name and mailing address

**Samuel & Lizabeth Stengler**

**710 Sue Barnett Dr**

**Houston**                          **TX**      **77018-5412**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1422**  Nonpriority creditor's name and mailing address

**Samuel & Marisa Zamora**

**1006 Lamonte Ln**

**Houston**                          **TX**      **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1423**  Nonpriority creditor's name and mailing address

**Samuel Hinkle**

**Suite 1**

**3601 S Broad St.**

**Philadelphia**                     **PA**      **19148-5250**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,203.50**

---

**3.1424**  Nonpriority creditor's name and mailing address

**Samuel Kennedy & Silvana Wildscchut**

**1303 Chippendale Rd**

**Houston**                          **TX**      **77018-5257**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,443.79**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1425**   Nonpriority creditor's name and mailing address

San Marquez

705 Sue Barnett Dr

Houston                    TX      77018-5411

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1426**   Nonpriority creditor's name and mailing address

Sandra & Aless Lieber

428 W 33rd St

Houston                    TX      77018-7606

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1427**   Nonpriority creditor's name and mailing address

Sandra & Kelly Oguynn

504 W 32nd St

Houston                    TX      77018-8326

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1428**   Nonpriority creditor's name and mailing address

Sandra Altman & Diana Austin

733 W 42nd St

Houston                    TX      77018-4428

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.1429**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:   $2,736.41 |

**Sandra Altman & Diana Austin**

**733 W 42nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**    **77018-4428**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Amount of claim: **$2,736.41**

---

**3.1430**    Nonpriority creditor's name and mailing address

**Sandra Pospisil**

**1031 Gardenia Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**    **77018-4312**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Amount of claim: **$0.00**

---

**3.1431**    Nonpriority creditor's name and mailing address

**Sanley Jankowski Jr.**

**22 Parkway Pl**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**    **77040-1007**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Amount of claim: **$1,800.00**

---

**3.1432**    Nonpriority creditor's name and mailing address

**Sara Miller & Yashwant Chathampally**

**1324 Taft St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    **TX**    **77019**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Amount of claim: **$8,737.50**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 359

| | |
|---|---|
| Debtor **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) **18-60018-H2-11** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1433**   Nonpriority creditor's name and mailing address

**Sasser Group LLC**

**3538 Pinemont Dr**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1434**   Nonpriority creditor's name and mailing address

**Saxenian & McCauley**

**1415 Martin St.**

**Houston**                    **TX**      **77018-1842**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,137.50**

---

**3.1435**   Nonpriority creditor's name and mailing address

**Scott & Suzette Young**

**423 W 34th St**

**Houston**                    **TX**      **77018-7613**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$4,065.00**

---

**3.1436**   Nonpriority creditor's name and mailing address

**Scott Dunn**

**15 Royal King Rd.**

**Tomball**                    **TX**      **77377-4052**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$900.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1437**  Nonpriority creditor's name and mailing address

**Scott Easterly & William Holden**

**2119 Nantucket Dr**

**Houston**                    **TX**    **77057-2905**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$2,115.00**

**3.1438**  Nonpriority creditor's name and mailing address

**Scott R Smith**

**327 W 32nd St**

**Houston**                    **TX**    **77018-8321**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,650.00**

**3.1439**  Nonpriority creditor's name and mailing address

**Scott Sage**

**14547 Bramblewood Dr**

**Houston**                    **TX**    **77079-6555**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,424.25**

**3.1440**  Nonpriority creditor's name and mailing address

**Sean & Caroline McLean**

**1051 W 42nd St**

**Houston**                    **TX**    **77018-4307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,837.50**

Debtor  **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.1441**  Nonpriority creditor's name and mailing address

**Sean Mcglothlin**

**17491 W 67th Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $1,468.90

**Arvada          CO     80007-6846**

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1442**   Nonpriority creditor's name and mailing address

**Sean Mclean**

**1051 W 42nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $1,537.50

**Houston          TX     77018-4307**

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1443**   Nonpriority creditor's name and mailing address

**Seth & Melissa Shippy**

**702 W 43rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $6,691.60

**Houston          TX     77018-4402**

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1444**   Nonpriority creditor's name and mailing address

**Seth Berend & Amber Moncla**

**10211 Candlewood Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $1,361.25

**Houston          TX     77042-1519**

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1445** Nonpriority creditor's name and mailing address

**Shane & Megan Kent**

**1010 Althea Dr**

**Houston**                        **TX**        **77018-5204**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$3,817.00**

---

**3.1446** Nonpriority creditor's name and mailing address

**Shane Nelson**

**5000 Beckermann Rd.**

**Brenham**                      **TX**        **77833-8599**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,668.75**

---

**3.1447** Nonpriority creditor's name and mailing address

**Sharon & Daniel Murray**

**216 W 34th St**

**Houston**                        **TX**        **77018-7610**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1448** Nonpriority creditor's name and mailing address

**Sharon & Patrick Jozwiak**

**207 W 34th St**

**Houston**                        **TX**        **77018-7609**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1449**   Nonpriority creditor's name and mailing address

**Sharon Zavala**

**420 W 33rd St**

**Houston**                    **TX**    **77018-7606**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1450**   Nonpriority creditor's name and mailing address

**Shawn & Cynthia Jorgensen**

**19702 S Palo Duro Lake Trail**

**Cypress**                    **TX**    **77433-3705**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,912.50**

---

**3.1451**   Nonpriority creditor's name and mailing address

**Shawn & Jeffrey Magee**

**1011 Lamonte Ln**

**Houston**                    **TX**    **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,100.00**

---

**3.1452**   Nonpriority creditor's name and mailing address

**Shawn & Tiffany Sidoti**

**819 W 43rd St**

**Houston**                    **TX**    **77018-4403**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,925.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**     Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1453**   Nonpriority creditor's name and mailing address

**Shawn E. Gelsinger**

**Apt 2108**

**3131 Timmons Ln**

**Houston**            **TX**      **77027-6079**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,800.00**

---

**3.1454**   Nonpriority creditor's name and mailing address

**Shawn P. & Stephanie Holtzhauser**

**1221 Wakefield Dr**

**Houston**            **TX**      **77018-5249**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,225.00**

---

**3.1455**   Nonpriority creditor's name and mailing address

**Shawn W. Dauphine**

**10310 Olympia Dr.**

**Houston**            **TX**      **77042-2956**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,578.05**

---

**3.1456**   Nonpriority creditor's name and mailing address

**Sheila & Anthony Nieto**

**524 W 31st St**

**Houston**            **TX**      **77018-8318**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1457**   **Nonpriority creditor's name and mailing address**

**Sheila & Charles Amalfi**

**319 W 32nd St**

**Houston**                    **TX**    **77018-8321**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1458**   **Nonpriority creditor's name and mailing address**

**Sheila Briones**

**412 W 34th St**

**Houston**                    **TX**    **77018-7614**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$855.00**

---

**3.1459**   **Nonpriority creditor's name and mailing address**

**Sheila Hartis**

**224 W 33rd St**

**Houston**                    **TX**    **77018**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1460**   **Nonpriority creditor's name and mailing address**

**Shelby & Jocelyn LaFerney**

**851 W 41st St**

**Houston**                    **TX**    **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,812.50**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1461**   Nonpriority creditor's name and mailing address

**Shelley Grahmann**

**1031 Lamonte Ln**

**Houston**                    **TX      77018-4318**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,387.50

---

**3.1462**   Nonpriority creditor's name and mailing address

**Shelley Kennedy**

**10306 Trailblazer Ln**

**Houston**                    **TX      77064-7047**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1463**   Nonpriority creditor's name and mailing address

**Sherry Lemley**

**701 W 31st St**

**Houston**                    **TX      77018-7509**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,107.50

---

**3.1464**   Nonpriority creditor's name and mailing address

**Sherry Oliphant**

**325 W Lake Faith Dr.**

**Maitland**                   **FL      32751-4315**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,312.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1465**   Nonpriority creditor's name and mailing address

Sheryl Wilson

1079 Gardenia Dr

Houston                    TX      77018-4312

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1466**   Nonpriority creditor's name and mailing address

Shirle & Jeffrey Ralston

737 W 43rd St

Houston                    TX      77018-4401

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1467**   Nonpriority creditor's name and mailing address

Shirley Cato

706 W 41st St

Houston                    TX      77018-5406

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1468**   Nonpriority creditor's name and mailing address

Shun Tai Chan

1315 Sue Barnett Dr

Houston                    TX      77018-4423

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,250.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**                     Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1469** Nonpriority creditor's name and mailing address

**Silvia Camerena**

**8904 Memorial Dr**

Houston                TX      77024

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,145.12

**3.1470** Nonpriority creditor's name and mailing address

**Silvia Camerena**

**8904 Memorial Dr**

Houston                TX      77024

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,100.00

**3.1471** Nonpriority creditor's name and mailing address

**Silvia Schwalm**

**5868 Westheimer Rd.**

Houston                TX      77057-5641

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,892.50

**3.1472** Nonpriority creditor's name and mailing address

**Sloan Smalley**

**746 W 42nd St**

Houston                TX      77018

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$8,025.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1473**   Nonpriority creditor's name and mailing address

Smantha J. Buck

1070 Lamonte Ln

Houston                    TX      77018-4319

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,700.00**

---

**3.1474**   Nonpriority creditor's name and mailing address

Solutions Builders, LLC

1402 Wichman

Houston                    TX      77007

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,687.50**

---

**3.1475**   Nonpriority creditor's name and mailing address

Sonia Salazar & Nancy Wooten

1066 Gardenia Dr

Houston                    TX      77018-4313

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1476**   Nonpriority creditor's name and mailing address

Sonya Aston

1151 Curtin St

Houston                    TX      77018-3222

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 370

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1477**   Nonpriority creditor's name and mailing address

Sorum Homes

Apt. 264

7777 Katy Fwy.

Houston                          TX        77024

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,387.50

---

**3.1478**   Nonpriority creditor's name and mailing address

Southern Grace Investment Properties, In

6501 Boeing Drive Suite H1

El Paso                          TX        79925-1085

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,116.21

---

**3.1479**   Nonpriority creditor's name and mailing address

Stacy & Tracy Mathews

726 Garden Oaks Blvd

Houston                          TX        77018-5408

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,066.74

---

**3.1480**   Nonpriority creditor's name and mailing address

Stacy Kelly & Maria Lawson

710 W 42nd St

Houston                          TX        77018-4429

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.1481**  Nonpriority creditor's name and mailing address | **$1,425.00** |

**Stanley & Luanne Jankowski**

**22 Parkway Pl**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                **TX**    **77040-1007**

**Basis for the claim:**  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.1482**  Nonpriority creditor's name and mailing address | **$4,875.00** |

**Stanley J. Bludau**

**6111 Maxie St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                **TX**    **77007-3029**

**Basis for the claim:**  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.1483**  Nonpriority creditor's name and mailing address | **$5,850.00** |

**Stefan M. Radwanski**

**813 W 31st St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                **TX**    **77018-7511**

**Basis for the claim:**  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.1484**  Nonpriority creditor's name and mailing address | **$2,085.00** |

**Stephan Boettcher**

**803 Pinemont Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                **TX**    **77018-1501**

**Basis for the claim:**  _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      **Amount of claim**

---

**3.1485**  Nonpriority creditor's name and mailing address

**Stephan M. Jr. & Meghan G. Boone**

**922 Wakefield Dr.**

**Houston**                    **TX**      **77018-6204**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,173.62

---

**3.1486**  Nonpriority creditor's name and mailing address

**Stephan Taussig & Michelle Reyna**

**10502 Kiber Dr**

**Houston**                    **TX**      **77031-1819**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,425.00

---

**3.1487**  Nonpriority creditor's name and mailing address

**Stephan W. & Beverly Jernigan**

**512 W 33rd St**

**Houston**                    **TX**      **77018-7608**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,350.00

---

**3.1488**  Nonpriority creditor's name and mailing address

**Stephani Seewald**

**1026 Lamonte Ln**

**Houston**                    **TX**      **77018-4319**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,687.50

---

Debtor __**Garden Oaks Maintenance Organization, Inc.**__    Case number (if known) __18-60018-H2-11__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1489** | Nonpriority creditor's name and mailing address

**Stephanie Bustamante**

**Unit B**

**5627 Dolores St**

**Houston**                    **TX**      **77057**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,718.75**

**3.1490** | Nonpriority creditor's name and mailing address

**Stephanie Ewald & Shawn McCloskey**

**1022 W 43rd St**

**Houston**                    **TX**      **77018-4302**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,812.50**

**3.1491** | Nonpriority creditor's name and mailing address

**Stephanie Greer**

**1409 Dorman Ln**

**McKinney**                   **TX**      **75069-4951**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,597.50**

**3.1492** | Nonpriority creditor's name and mailing address

**Stephanie Rocco**

**9410 San Marco Dr.**

**Missouri City**              **TX**      **77459-7268**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,257.50**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,517.50 |
|---|---|---|---|

Stephen A. & Deanna C. Tavernier

3643 39th Ave W

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Seattle | WA | 98199-1940 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.1494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,363.25 |
|---|---|---|---|

Stephen and Theresa Ivey

746 W 41st St

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77018-5406 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.1495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.75 |
|---|---|---|---|

Stephen Barnhill

Suite 206

5300 Memorial Dr.

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77007-8200 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.1496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,382.00 |
|---|---|---|---|

Stephen Finger Custom Homes

8718 Pasture View Ln

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77024-7041 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1497**   Nonpriority creditor's name and mailing address

**Stephen Gould**

**3210 Randall St**

**Houston**                        **TX**      **77018-7508**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1498**   Nonpriority creditor's name and mailing address

**Stephen L. & Emily B. Schwarzbach**

**855 W 41st St**

**Houston**                        **TX**      **77018-5307**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,687.50**

---

**3.1499**   Nonpriority creditor's name and mailing address

**Stephen Reed**

**730 W 41st St**

**Houston**                        **TX**      **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,625.00**

---

**3.1500**   Nonpriority creditor's name and mailing address

**Stetson Trueh**

**8300 Big View Dr**

**Austin**                         **TX**      **78730-1520**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1501** Nonpriority creditor's name and mailing address

**Steve & Denise Hansen**

**311 W 32nd St**

**Houston**      **TX**     **77018-8321**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,225.00**

---

**3.1502** Nonpriority creditor's name and mailing address

**Steve E. & Kristina M. Benys**

**2218 Sul Ross St**

**Houston**      **TX**     **77098-2420**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,768.25**

---

**3.1503** Nonpriority creditor's name and mailing address

**Steve Lopez & Vicki Vaughn**

**830 W 42nd St**

**Houston**      **TX**     **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1504** Nonpriority creditor's name and mailing address

**Steven Butt**

**1932 Foxtail Pl**

**Spring**      **TX**     **77380-3305**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,243.75**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1505**   Nonpriority creditor's name and mailing address

Steven Klein

701 W 43rd St

Houston                         TX        77018-4401

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,247.10**

---

**3.1506**   Nonpriority creditor's name and mailing address

Steven Szydlik

1647 Ebony Ln

Houston                         TX        77018-5802

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,665.00**

---

**3.1507**   Nonpriority creditor's name and mailing address

Stewart & Shannon Hoffer

5319 Pocahontas St

Bellaire                        TX        77401-4822

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,150.00**

---

**3.1508**   Nonpriority creditor's name and mailing address

Stickland & Pelley

1034 W 43rd St

Houston                         TX        77018-4302

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,522.59**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1509**   Nonpriority creditor's name and mailing address

**Stuart & Heidi Arouty**

**823 W 43rd St**

**Houston**                 **TX**     **77018-4403**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,260.00

---

**3.1510**   Nonpriority creditor's name and mailing address

**Stuart & Kelley E. Blackwood**

**1233 Rutland St**

**Houston**                 **TX**     **77008-6832**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,370.00

---

**3.1511**   Nonpriority creditor's name and mailing address

**Stuart Starry**

**35 Ruebens Rd.**

**Sandia Park**             **NM**     **87047-9407**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,071.25

---

**3.1512**   Nonpriority creditor's name and mailing address

**Stuart Vogt**

**3102 Randall St**

**Houston**                 **TX**     **77018-7507**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,045.00

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1513**  Nonpriority creditor's name and mailing address

**Sugar Creek Ltd.**

**Suite 201**

**4501 Magnolia Ln**

**Houston**                          **TX**      **77345**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

$1,306.07

---

**3.1514**  Nonpriority creditor's name and mailing address

**Sugar Creek Ltd.**

**Suite 201**

**4501 Magnolia Ln**

**Houston**                          **TX**      **77345**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

$1,200.00

---

**3.1515**  Nonpriority creditor's name and mailing address

**Sugar Creek, LTD**

**Suite 201**

**4501 Magnolia Ln**

**Houston**                          **TX**      **77345**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

$1,327.50

---

**3.1516**  Nonpriority creditor's name and mailing address

**Sukhdarshan Brar**

**15615 Teal Bay Ln**

**Houston**                          **TX**      **77070-4497**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

$3,943.44

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1517**   Nonpriority creditor's name and mailing address

**Susan & Arthur Smith**

**227 W 32nd St**

**Houston**                      **TX**      **77018-8319**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1518**   Nonpriority creditor's name and mailing address

**Susan & Gary Adkins**

**822 W 31st St**

**Houston**                      **TX**      **77018-7512**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1519**   Nonpriority creditor's name and mailing address

**Susan & Jason Mercer**

**726 W 41st St**

**Houston**                      **TX**      **77018-5406**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,175.00**

---

**3.1520**   Nonpriority creditor's name and mailing address

**Susan & Mark Saranie**

**235 W 33rd St**

**Houston**                      **TX**      **77018-7601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   18-60018-H2-11

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,445.00 |

**Susan & Mark Thompson**

**335 W 32nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-8321** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Susan Curry**

**400 3rd Ave.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Smithville** | **TX** | **78957-3032** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,302.50 |

**Susan L. Sloan**

**5006 Spring Forest Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77091-5017** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Susan Smallwood**

**822 W 30th St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018-8204** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Garden Oaks Maintenance Organization, Inc.**      Case number (if known) **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1525**  Nonpriority creditor's name and mailing address

**Suzana & Bryan Blades**

**866 Lamonte Ln**

**Houston**                    **TX**      **77018-4438**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,887.50**

---

**3.1526**  Nonpriority creditor's name and mailing address

**Suzanne Debien**

**303 W 34th St**

**Houston**                    **TX**      **77018-7611**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1527**  Nonpriority creditor's name and mailing address

**SWE Contractors, LP**

**P.O. Box 741109**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1528**  Nonpriority creditor's name and mailing address

**Sylvia Escobedo**

**1075 W 41st St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1529**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,931.25**

**Sylvia Escobedo**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1083 W 41st St**

**Basis for the claim:**

**Houston**                **TX**    **77018-5201**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

**3.1530**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**T Clark**

☑ Contingent
☐ Unliquidated
☑ Disputed

**335 W 34th St**

**Basis for the claim:**

**Houston**                **TX**    **77018-7611**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

**3.1531**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,692.50**

**Taleia Wilson**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1315 Banks St**

**Basis for the claim:**

**Houston**                **TX**    **77006-6015**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

**3.1532**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,875.00**

**Tammy Ayers**

☑ Contingent
☐ Unliquidated
☑ Disputed

**750 W 41st St**

**Basis for the claim:**

**Houston**                **TX**    **77018-5406**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1533** Nonpriority creditor's name and mailing address

**Tanya L. Weisinger**

**4506 Preserve Park Dr**

**Spring**                **TX**      **77389-1734**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,244.48**

---

**3.1534**   Nonpriority creditor's name and mailing address

**Ted Sullivan Trading Co LLC**

**#251**

**4808 Fairmont**

**Pasadena**             **TX**      **77504**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,300.00**

---

**3.1535**   Nonpriority creditor's name and mailing address

**Ted Sullivan Trading Co.**

**#251**

**4808 Fairmont**

**Pasadena**             **TX**      **77504**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,882.50**

---

**3.1536**   Nonpriority creditor's name and mailing address

**Terence Cooper**

**875 W 42nd St**

**Houston**              **TX**      **77018-5309**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,025.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1537**  Nonpriority creditor's name and mailing address

**Teresa Coleman & Pamela Parks**

**1003 Gardenia Dr**

**Houston**          **TX**    **77018-4312**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,400.75**

**3.1538**  Nonpriority creditor's name and mailing address

**Terrance & Sybil Starling**

**223 W 31st St**

**Houston**          **TX**    **77018-8311**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,054.06**

**3.1539**  Nonpriority creditor's name and mailing address

**Terrence & Sybil Starling**

**223 W 31st St**

**Houston**          **TX**    **77018-8311**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,512.50**

**3.1540**  Nonpriority creditor's name and mailing address

**Terry & Jim Weinberger**

**1550 Sue Barnett Dr**

**Houston**          **TX**    **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)  **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.1541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,394.50 |

Check all that apply.

**Terry Lee**

☑ Contingent
☐ Unliquidated
☑ Disputed

**508 W 30th St**

**Basis for the claim:**

**Houston**                    **TX**      **77018-8308**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __  __ __  __ __  __ __

☑ No
☐ Yes

| 3.1542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,294.00 |

Check all that apply.

**Terry Roberson**

☑ Contingent
☐ Unliquidated
☑ Disputed

**1236 Chamboard Ln**

**Basis for the claim:**

**Houston**                    **TX**      **77018-3102**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __  __ __  __ __  __ __

☑ No
☐ Yes

| 3.1543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**Terry Williams**

☑ Contingent
☐ Unliquidated
☑ Disputed

**232 W 32nd St**

**Basis for the claim:**

**Houston**                    **TX**      **77018-8320**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __  __ __  __ __  __ __

☑ No
☐ Yes

| 3.1544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,987.50 |

Check all that apply.

**Thad & Sally Roach**

☑ Contingent
☐ Unliquidated
☑ Disputed

**11907 Mcleods Ln**

**Basis for the claim:**

**Houston**                    **TX**      **77024-5033**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __  __ __  __ __  __ __

☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  **18-60018-H2-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.1545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,117.50** |
|---|---|---|---|

Check all that apply.

**Thai Q. & Whitney T. Hoang**

**1706 Saxon Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX**    **77018-4125**

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| **3.1546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Check all that apply.

**Thelma Elizalde**

**311 W 31st St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX**    **77018-8313**

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| **3.1547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,400.00** |
|---|---|---|---|

Check all that apply.

**Theophilus Boyd**

**1588 Eden Rose Pl**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Nolensville**           **TN**    **37135-9592**

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| **3.1548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,473.71** |
|---|---|---|---|

Check all that apply.

**Theresa & Peter Langley**

**709 W 42nd St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**               **TX**    **77018-4428**

Date or dates debt was incurred                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)    **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1549**    Nonpriority creditor's name and mailing address

**Theresa Trozzi**

**1043 W 41st St**

**Houston**                    **TX**    **77018-5201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1550**    Nonpriority creditor's name and mailing address

**Thomas & Linda Sparks**

**714 W 42nd St**

**Houston**                    **TX**    **77018-4429**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1551**    Nonpriority creditor's name and mailing address

**Thomas & Mary Gantt**

**3010 N Shepherd Dr**

**Houston**                    **TX**    **77018-8332**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1552**    Nonpriority creditor's name and mailing address

**Thomas & Michelle Warner**

**431 W 33rd St**

**Houston**                    **TX**    **77018-7605**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,337.50**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1553**   Nonpriority creditor's name and mailing address

**Thomas C. Chenault**

**507 W 30th St**

Houston                          TX        77018-8307

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$2,195.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1554**   Nonpriority creditor's name and mailing address

**Thomas Cepeda & Yolanda Villarreal**

**1050 Lamonte Ln**

Houston                          TX        77018-4319

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$2,895.22

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1555**   Nonpriority creditor's name and mailing address

**Thomas Cronin**

**1026 Althea Dr**

Houston                          TX        77018-5204

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1556**   Nonpriority creditor's name and mailing address

**Thomas Hazel**

**803 Lamonte Ln**

Houston                          TX        77018-4436

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$0.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1557**   Nonpriority creditor's name and mailing address

**Thomas Keith Taylor**

**1071 Gardenia Dr**

Houston                TX        77018-4312

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,384.00**

---

**3.1558**   Nonpriority creditor's name and mailing address

**Thomas Kingslea**

**1213 Turnbury Oak St.**

Houston                TX        77055-7015

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,006.25**

---

**3.1559**   Nonpriority creditor's name and mailing address

**Thomas Lightsey**

**854 W 42nd St**

Houston                TX        77018-5310

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,637.50**

---

**3.1560**   Nonpriority creditor's name and mailing address

**Thomas Penney**

**1408 Yorkshire Dr**

Austin                TX        78723-1831

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**         Case number (if known)   18-60018-H2-11

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.               Amount of claim

| 3.1561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.50 |
|---|---|---|---|

3.1561   Nonpriority creditor's name and mailing address

**Thomas S. Wolfenberger**

**424 W 34th St**

**Houston**              **TX**       **77018-7614**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,242.50**

---

3.1562   Nonpriority creditor's name and mailing address

**Thomas Silvear**

**9597 Jones Rd.**

**Houston**              **TX**       **77065-4815**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

3.1563   Nonpriority creditor's name and mailing address

**Thomas& Patricia Mehrkam**

**1082 Gardenia Dr**

**Houston**              **TX**       **77018-4313**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

3.1564   Nonpriority creditor's name and mailing address

**Timothy & Catherine Walker**

**859 Lamonte Ln**

**Houston**              **TX**       **77018-4436**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,050.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1565**   Nonpriority creditor's name and mailing address

**Timothy & Eugenia Chapman**

**842 W 41st St**

_____

**Houston**                    **TX      77018-5308**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,423.53**

---

**3.1566**   Nonpriority creditor's name and mailing address

**Timothy & Kasey Okabayashi**

**5302 Pocahontas St**

_____

**Bellaire**                    **TX      77401**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,234.44**

---

**3.1567**   Nonpriority creditor's name and mailing address

**Timothy J. & Karen Painter**

**403 W 31st St**

_____

**Houston**                    **TX      77018-8315**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1568**   Nonpriority creditor's name and mailing address

**Timothy McBeth**

**72 Little Fox Run**

_____

**Shelton**                    **CT      06484-1666**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

**3.1569**   Nonpriority creditor's name and mailing address

**Timothy Merritt**

**16141 Parish Hall Dr.**

**Spring**                          **TX**      **77379-6631**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,575.00**

---

**3.1570**   Nonpriority creditor's name and mailing address

**Timothy Merritt**

**16141 Parish Hall Dr.**

**Spring**                          **TX**      **77379-6631**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,155.28**

---

**3.1571**   Nonpriority creditor's name and mailing address

**Timothy R. & Carolina M. Murphy**

**Apt 306**

**11500 Fairway Dr**

**Reston, VA 20190-4454**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,117.50**

---

**3.1572**   Nonpriority creditor's name and mailing address

**Tina Sabuco**

**859 Azalea St**

**Houston**                         **TX**      **77018-4409**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1573**   Nonpriority creditor's name and mailing address

**Tina Schank**

**1015 Althea Dr**

Houston                      TX      77018-5203

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,401.75**

---

**3.1574**   Nonpriority creditor's name and mailing address

**Todd & Kathleen Brooks**

**718 W 38th St**

Houston                      TX      77018-5402

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,900.00**

---

**3.1575**   Nonpriority creditor's name and mailing address

**Todd & Molly Durel**

**1039 W 41st St**

Houston                      TX      77018-5201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,887.50**

---

**3.1576**   Nonpriority creditor's name and mailing address

**Todd Harbour**

**1817 Hickory St**

Houston                      TX      77077

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,324.46**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.1577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.50 |

**Tom & Margaret Dunnam**

**3200 Mt. Gainor Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Dripping Springs**          **TX**     **78620-4830**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1578 | Nonpriority creditor's name and mailing address | $1,987.50 |

**Tommy Martin**

**810 Azalea St**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**          **TX**     **77018-4410**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1579 | Nonpriority creditor's name and mailing address | $0.00 |

**Tommy Phillips**

**1010 Gardenia Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**          **TX**     **77018-4313**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1580 | Nonpriority creditor's name and mailing address | $2,395.50 |

**Tong & Rodriguez**

**1574 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Houston**          **TX**     **77018-4306**

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1581** Nonpriority creditor's name and mailing address

**Toni King**

**1534 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1582** Nonpriority creditor's name and mailing address

**Tony Nguyen**

**15513 Stone Meadows Dr.**

**Oklahoma City**              **OK**      **73170-7546**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,200.00**

---

**3.1583** Nonpriority creditor's name and mailing address

**Tracey L. Black**

**P.O. Box 670784**

**Dallas**                     **TX**      **75367-0784**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,457.22**

---

**3.1584** Nonpriority creditor's name and mailing address

**Tracey Martin**

**1582 Sue Barnett Dr**

**Houston**                    **TX**      **77018-4306**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**       Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1585**  Nonpriority creditor's name and mailing address

**Travis Lomness & Morag McDonald**

**310 W 31st St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$2,887.50

**Houston**          **TX**    **77018-8314**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1586**  Nonpriority creditor's name and mailing address

**Trent & Chavonne Slovak**

**1035 Althea Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$4,200.00

**Houston**          **TX**    **77018-5203**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1587**  Nonpriority creditor's name and mailing address

**Troy Crone & Francis West**

**408 W 33rd St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$4,117.50

**Houston**          **TX**    **77018-7606**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1588**  Nonpriority creditor's name and mailing address

**Tyler & Aimee Flood**

**643 E 12th 1/2 St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

$1,858.13

**Houston**          **TX**    **77008-7117**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.1589**   Nonpriority creditor's name and mailing address          $2,325.00

**V.L. Parks Investments LLC**

**5511 Pine Arbor Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**   **77066-2432**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1590**   Nonpriority creditor's name and mailing address          $0.00

**Valerie Perales**

**1575 Sue Barnett Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**   **77018-4305**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1591**   Nonpriority creditor's name and mailing address          $1,781.25

**Van Nguyen**

**6606 Saxet St.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**   **77055-5321**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1592**   Nonpriority creditor's name and mailing address          $2,643.75

**Vance Neathery Jr.**

**427 W 32nd St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          **TX**   **77018-8323**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1593**   Nonpriority creditor's name and mailing address

**Vandana Thapar & Leonel Gomez**

**5 Bayou Shadows St.**

**Houston**                    **TX**      **77024-6227**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,118.75

---

**3.1594**   Nonpriority creditor's name and mailing address

**Vena & Steffan Golt**

**215 W 32nd St**

**Houston**                    **TX**      **77018-8319**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$864.50

---

**3.1595**   Nonpriority creditor's name and mailing address

**Veria Scott**

**220 W 30th St**

**Houston**                    **TX**      **77018-8302**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.1596**   Nonpriority creditor's name and mailing address

**Veronica & Micholas Massiatte**

**747 W 43rd St**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$5,148.67

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1597** Nonpriority creditor's name and mailing address

Veronica Gomez & Carlos Hernandez

3106 Randall St

Houston                    TX      77018-7507

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,537.52**

---

**3.1598** Nonpriority creditor's name and mailing address

Veronica Oliveira & Stuart Fieldhouse

427 W 34th St

Houston                    TX      77018-7613

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$5,617.50**

---

**3.1599** Nonpriority creditor's name and mailing address

Vickers Darryl

411 W 30th St

Houston                    TX      77018

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1600** Nonpriority creditor's name and mailing address

Vicki Faulkner

806 W 31st St

Houston                    TX      77018-7512

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)  18-60018-H2-11

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1601** Nonpriority creditor's name and mailing address

**Victor & Ampaaro Torres**

**809 W 34th St**

**Houston**     **TX**     **77018-6316**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$975.00**

---

**3.1602** Nonpriority creditor's name and mailing address

**Victor J. & Deborah T. Seghers**

**733 W 41st St**

**Houston**     **TX**     **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,638.75**

---

**3.1603** Nonpriority creditor's name and mailing address

**Vikki Karel**

**1051 Lamonte Ln**

**Houston**     **TX**     **77018-4318**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1604** Nonpriority creditor's name and mailing address

**Vilma & Avram Sarmasag**

**701 W 41st St**

**Houston**     **TX**     **77018-5405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,725.00**

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1605**  Nonpriority creditor's name and mailing address

**Vince & Christina Kuehler**

**706 W 31st St**

Houston                    TX      77018-7510

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,300.00**

---

**3.1606**  Nonpriority creditor's name and mailing address

**Vito Gaudiano**

**743 W 43rd St**

Houston                    TX      77018-4401

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1607**  Nonpriority creditor's name and mailing address

**Vladan Jevremovic**

**228 W 30th St**

Houston                    TX      77018-8302

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,751.25**

---

**3.1608**  Nonpriority creditor's name and mailing address

**W Woods**

**1023 W 43rd St**

Houston                    TX      77018-4301

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1609**   Nonpriority creditor's name and mailing address

**Wallace Longoria**

**8102 Debbie Gay Dr**

Houston                          TX       77040

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,312.50**

**3.1610**   Nonpriority creditor's name and mailing address

**Walter & Lillian Lewis**

**404 W 30th St**

Houston                          TX       77018-8306

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1611**   Nonpriority creditor's name and mailing address

**Walter Chance**

**7901 N US Highway 181**

Hobson                           TX       78117-5647

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,140.00**

**3.1612**   Nonpriority creditor's name and mailing address

**Walter Chen**

**7304 Ripley St.**

McKinney                         TX       75071-8501

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,032.50**

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | 18-60018-H2-11 |
| --- | --- | --- | --- |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1613**  Nonpriority creditor's name and mailing address

Walter Chen

7304 Ripley St.

McKinney                   TX      75071-8501

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,500.00**

---

**3.1614**  Nonpriority creditor's name and mailing address

Ward Acker

749 W 42nd St

Houston                   TX      77018-4428

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1615**  Nonpriority creditor's name and mailing address

Warren Porter

3218 Randall St

Houston                   TX      77018-7508

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.1616**  Nonpriority creditor's name and mailing address

Wayne & Janet Forster

527 W 34th St

Houston                   TX      77018-7615

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1617**   Nonpriority creditor's name and mailing address

**Wayne & Janet Forster**

**531 W 34th St**

**Houston**                          **TX**     **77018-7615**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,042.46**

---

**3.1618**   Nonpriority creditor's name and mailing address

**WBP Property Management**

**17307 Hill View Ln**

**Spring**                          **TX**     **77379-4509**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1619**   Nonpriority creditor's name and mailing address

**Weekley Homes, L.P.**

**1111 N. Post Oak Rd.**

**Houston**                          **TX**     **77055-7310**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,387.50**

---

**3.1620**   Nonpriority creditor's name and mailing address

**Whitestone Builders**

**2233 Yale St**

**Houston**                          **TX**     **77008-2503**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,890.00**

---

Debtor  **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)  18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.1621**  Nonpriority creditor's name and mailing address

Wilbert Eickenhorst

741 Sue Barnett Dr

Houston                    TX     77018-5411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1622**  Nonpriority creditor's name and mailing address

William & Allison Matney

1010 Sue Barnett Dr

Houston                    TX     77018-4433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1623**  Nonpriority creditor's name and mailing address

William & Allyne Awad

331 W 34th St

Houston                    TX     77018-7611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**$2,418.75**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1624**  Nonpriority creditor's name and mailing address

William & Deanna Zugheri

1054 Gardenia Dr

Houston                    TX     77018-4313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**        Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

**3.1625**   Nonpriority creditor's name and mailing address

**William & Keelan Armstrong**

**1002 Sue Barnett Dr**

_____

**Houston**                    **TX**        **77018-4433**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,912.50

---

**3.1626**   Nonpriority creditor's name and mailing address

**William & Kristin Flanagan**

**815 Azalea St**

_____

**Houston**                    **TX**        **77018-4409**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1627**   Nonpriority creditor's name and mailing address

**William & Lauren Scotton**

**850 W 43rd St**

_____

**Houston**                    **TX**        **77018-4404**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,787.50

---

**3.1628**   Nonpriority creditor's name and mailing address

**William & Leslie Edwards**

**8915 Village Dr.**

_____

**San Antonio**                **TX**        **78217-5417**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,628.75

---

| Debtor | **Garden Oaks Maintenance Organization, Inc.** | Case number (if known) | **18-60018-H2-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00** |

**William & Lisa Bonner**

**4147 Lanark Ln**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**  **TX**  **77025-1114**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**William & Ronda Kelly**

**862 W 43rd St**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**  **TX**  **77018-4404**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,391.00** |

**William A. & Melissa M. Chamblee Kuchar**

**1054 Waters Edge Cir.**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Shreveport**  **LA**  **71106-7776**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,193.75** |

**William B. Hossley**

**#97**

**5807 Valley Forge Dr**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Houston**  **TX**  **77057-2245**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   **18-60018-H2-11**

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.1633**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,304.12**

**William B. Hossley Jr.**
*Check all that apply.*
☑ Contingent
**#97**
☐ Unliquidated
**5807 Valley Forge Dr**
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77057-2245**          _____

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.1634**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

**William Bijak**
*Check all that apply.*
☑ Contingent
**1048 Candlelight Ln**
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-2004**          _____

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.1635**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

**William Bishop**
*Check all that apply.*
☑ Contingent
**827 W 41st St**
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-5307**          _____

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.1636**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,108.50**

**William Bishop**
*Check all that apply.*
☑ Contingent
**827 W 41st St**
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Houston**                    **TX**      **77018-5307**          _____

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.1637**   Nonpriority creditor's name and mailing address

**William Boyd**

**734 Sue Barnett Dr**

Houston                    TX      77018-5412

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1638**   Nonpriority creditor's name and mailing address

**William D. Bain**

**13919 Cartage Knolls Dr.**

Cypress                    TX      77429-8026

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,064.25**

---

**3.1639**   Nonpriority creditor's name and mailing address

**William Denning**

**315 W 34th St**

Houston                    TX      77018-7611

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1640**   Nonpriority creditor's name and mailing address

**William Groman**

**7906 Scherzo Ln**

Houston                    TX      77040-2529

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,470.00**

---

Debtor __**Garden Oaks Maintenance Organization, Inc.**__   Case number (if known) __18-60018-H2-11__

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,762.50 |

**3.1641** Nonpriority creditor's name and mailing address

__William Hannes__

__6910 Alexander Dr__

__Dallas__                          **TX**    __75214-3209__

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $1,762.50

---

**3.1642** Nonpriority creditor's name and mailing address

__William J. & Anne W. Sellis__

__34 Williamsburg Ln__

__Houston__                          **TX**    __77024-5128__

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $2,077.50

---

**3.1643** Nonpriority creditor's name and mailing address

__William J. & Kelly O. Lutz__

__14827 Cindywood Dr__

__Houston__                          **TX**    __77079-6301__

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $2,231.26

---

**3.1644** Nonpriority creditor's name and mailing address

__William K. & Pamela K. Puff__

__12424 Sagittarius Dr. E__

__Willis__                          **TX**    __77318-5179__

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $2,662.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**   Case number (if known)   **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1645**   Nonpriority creditor's name and mailing address

**William L. Winters**

**847 W 41st St**

Houston                    TX      77018-5307

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,940.00**

---

**3.1646**   Nonpriority creditor's name and mailing address

**William Lees**

**11319 Tanner Rd**

Houston                    TX      77041-6901

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.1647**   Nonpriority creditor's name and mailing address

**William M. & Erin N. Odom**

**14202 Swiss Hill Dr**

Houston                    TX      77077-1030

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,737.50**

---

**3.1648**   Nonpriority creditor's name and mailing address

**William Martin**

**1570 Sue Barnett Dr**

Houston                    TX      77018-4306

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,424.25**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**      Case number (if known)   **18-60018-H2-11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1649**   Nonpriority creditor's name and mailing address

**William Morris**

**243 W Northcastle Cir.**

**Conroe**                    **TX**    **77384-4789**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,737.50

---

**3.1650**   Nonpriority creditor's name and mailing address

**William Neff**

**6603 Bayou Glen Rd.**

**Houston**                    **TX**    **77057-1054**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$112.50

---

**3.1651**   Nonpriority creditor's name and mailing address

**William St John & Virgina Selzer**

**815 Lamonte Ln**

**Houston**                    **TX**    **77018-4436**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1652**   Nonpriority creditor's name and mailing address

**Williams W. & Kathleen G. Heinzerling**

**232 W 33rd St**

**Houston**                    **TX**    **77018-7602**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,737.50

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1653**   Nonpriority creditor's name and mailing address

**Willie Woods**

**890 W 41st St**

| Houston | TX | 77018-5308 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1654**   Nonpriority creditor's name and mailing address

**Winston Barton**

**1035 Gardenia Dr**

| Houston | TX | 77018-4312 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1655**   Nonpriority creditor's name and mailing address

**Wm Johnson**

**340 W 34th St**

| Houston | TX | 77018-7612 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1656**   Nonpriority creditor's name and mailing address

**Woo Anderson**

**423 W 30th St**

| Houston | TX | 77018-8305 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Garden Oaks Maintenance Organization, Inc.**                Case number (if known)   **18-60018-H2-11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1657**   Nonpriority creditor's name and mailing address

**Wyatt Stine & Margo Evans**

**818 W 42nd St**

**Houston**                          **TX**     **77018-5310**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$7,875.00

---

**3.1658**   Nonpriority creditor's name and mailing address

**Wynn Gajkowski**

**Suite 217**

**1303 Columbia Dr**

**Richardson**                       **TX**     **75081-2957**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1659**   Nonpriority creditor's name and mailing address

**Yadira & Bryce Curtis**

**713 W 39th St**

**Houston**                          **TX**     **77018-5403**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1660**   Nonpriority creditor's name and mailing address

**Yolanda Garza**

**316 W 32nd St**

**Houston**                          **TX**     **77018-8322**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **Garden Oaks Maintenance Organization, Inc.**          Case number (if known)   18-60018-H2-11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.1661**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**Yun & Song Ahn**                                         ☑ Contingent
**P.O. Box 70500**                                         ☐ Unliquidated
                                                           ☑ Disputed

**Houston**                    **TX    77270-0500**        Basis for the claim:

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

**3.1662**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*

**Yun & Song Ahn**                                         ☑ Contingent
**P.O. Box 70500**                                         ☐ Unliquidated
                                                           ☑ Disputed

**Houston**                    **TX    77270-0500**        Basis for the claim:

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

**3.1663**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$2,437.50**
*Check all that apply.*

**Zach Long**                                              ☑ Contingent
**512 Chelsea St.**                                        ☐ Unliquidated
                                                           ☑ Disputed

**Bellaire**                   **TX    77401-5008**        Basis for the claim:

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

**3.1664**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$2,380.12**
*Check all that apply.*

**Zachary Mullen & Kristina Kilgore**                      ☑ Contingent
**831 W 43rd St**                                          ☐ Unliquidated
                                                           ☑ Disputed

**Houston**                    **TX    77018-4403**        Basis for the claim:

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __            ☑ No
                                                        ☐ Yes

Debtor    **Garden Oaks Maintenance Organization, Inc.**                  Case number (if known)    18-60018-H2-11

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1665 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**Zois Uselton**

☑ Contingent

**24118 Rustling Oaks St**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Magnolia**                 **TX**     **77355**     _____

**Date or dates debt was incurred**     _____     **Is the claim subject to offset?**

**Last 4 digits of account number**     __ __ __ __     ☑ No
☐ Yes

$0.00

Debtor   **Garden Oaks Maintenance Organization, Inc.**                    Case number (if known)   **18-60018-H2-11**

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**   **$2,946,565.97** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   **$2,946,565.97** |

**Fill in this information to identify the case:**

Debtor name    **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **18-60018-H2-11**          Chapter    **11**
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
       (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Property Lease**<br>**Contract to be ASSUMED** |

**Progress Investment Properties**

**Suite 112**

**4001 N. Shepherd Dr.**

| | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**Houston**                          **TX**      **77018**

**Fill in this information to identify the case:**

Debtor name **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-60018-H2-11**
(if known)

☐ Check if this is an amended filing

Official Form 206H

**Schedule H: Codebtors**                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **18-60018-H2-11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................................... | **$2,414,723.23**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B............................................................................................. | **$2,414,723.23**

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................. | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................. | **+ $2,946,565.97**

4.  **Total liabilities**
   Lines 2 + 3a + 3b......................................................................................................... | **$2,946,565.97**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Garden Oaks Maintenance Organization, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **18-60018-H2-11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/03/2018**          X **/s/ Mark Saranie**
MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Mark Saranie**
Printed name

**President**
Position or relationship to debtor