IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| Garden Oaks Maintenance Org., Inc, § | CASE NO.   18-60018-H2-11 |
| § | |
| DEBTOR § | |

**ORDER APPROVING OPERATING BUDGET**

[Relates To #_____]

It is

**ORDERED** that the Debtor may incur normal and customary operating expenses in the normal course of business, and it is further

**ORDERED** that the budget attached hereto is approved as an estimated operating budget, and it is further

**ORDERED** that the approval of the Operating Budget is not intended to restrict the Debtor from incurring and paying normal and customary (post-petition) operating expenses in the day-to-day operation of the Debtor, and it is further

**ORDERED** that the budgeted annual expense for "legal", while approved, remains subject to the Bankruptcy Code and Rule requirements regarding employment and actual payment of professional fees related to any re-formation of the association.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

| Anticipated Monthly Expenditures | | | | |
|---|---|---|---|---|
| **A. Gross Business Income** | | | | |
| Average Monthly Income | | | $17,026.58 | |
| | (Based On Prior 12 Months) | | | |
| | | | | |
| | | | | |
| **B. Estimated Average Future Monthly Expenses** | | | | |
| Rent/Lease | | | $950.00 | |
| Utilities | | | $201.50 | See Attached Detail |
| Supplies | | | $55.00 | See Attached Detail |
| Professional & Services | | | $5,060.00 | See Attached Detail |
| Other Expens see Details | | | | |
| 1/12 Annual Items | | | $2,419.97 | See Attached Detail |
| | | | | |
| **TOTAL** | | | $8,686.47 | |

**Detailed Annual expenses:**

| Category | Item | Amount | Notes |
|---|---|---:|---|
| Annual Meeting | | | costs are incurred in Aug-Oct |
| | printing | 500.00 | |
| | postage | 700.00 | |
| | processing | 750.00 | |
| | TOTAL | 1,950.00 | |
| Community Engagement | | | |
| | printing | 2,000.00 | |
| | postage | 2,800.00 | |
| | processing | 3,000.00 | |
| | TOTAL | 7,800.00 | |
| Professional and Services Related to Reformation | | | costs incurred Apr-Oct |
| | Office Mgr. | 2,000.00 | |
| | Book keeper | 300.00 | |
| | Legal | 10,000.00 | |
| | TOTAL | 12,300.00 | |
| Insurance | | | |
| | Fid/Dishonesty | 0.00 | paid up through April 2019 |
| | Office Insurance | 925.00 | cost incurred in June |
| | Dir & Officers | 1,155.00 | cost incurred in June |
| | TOTAL | 2,080.00 | |
| Audit | | 2,400.00 | cost are incurred in July |
| Taxes | | | |
| | Federal Tax | 0.00 | |
| | Federal Tax Preparation | 1,762.00 | costs are incurred in March |
| | Harris County Property | 200.65 | costs are incurred in November |
| | TOTAL | 1,962.65 | |
| Website | | | |
| | security | 165.00 | Cost incurred in July shared with GOCC |
| | plugins | 100.00 | Cost incurred in June for Calendar and Members |
| | hosting | 0.00 | paid up through July 2019 |
| | TOTAL | 265.00 | |
| Ooma Phone messaging | | 140.00 | cost incurred in June |
| Professional Membership | | 142.00 | cost incurred in December |
| Annual Items Total | | 29,039.65 | 12 month  29,039.65 |
| Monthly Equiv | | 2,419.97 | 2,419.97 |
| TOTAL | | | 12 month  29,039.65 |