

**U.S. Department of Justice**

Office of the United States Trustee

Southern and Western Districts of Texas
Region 7

---

May 29, 2018

515 Rusk , Suite 3516     (713) 718-4650
Houston, TX 77002     Fax  (713) 718-4670

Johnie J. Patterson, Esq.
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX  77208-1301

Re:     Case No. 18-60018; *In re* Garden Oaks Maintenance Organization, Inc.

Dear Mr. Patterson:

As the testimony at the meeting of creditors made clear, the debtor should:  (a) transmit evidence to the United States Trustee of the closing of the pre-bankruptcy bank accounts; (b) transmit to the United States Trustee evidence of the opening of a debtor-in-possession bank account at a UST-approved depository; (c) transmit to the United States Trustee evidence of commercial general liability insurance, casualty insurance on the assets, commercial crime insurance, and non-profit professional liability insurance; (d) ensure that the United States Trustee is a party to receive notice of the cancellation or nonrenewal of any insurance policy; (e) prepare and file an application to retain special counsel, if necessary; (f) transmit to the United States Trustee a copy of the corporate resolution authorizing the bankruptcy filing; and (g) transmit to the United States Trustee a copy of the federal income tax return for FY 2017, including all schedules and attachments.

The debtor should prepare and file operating reports on a timely basis and should attach copies of the monthly bank statements.  Operating reports are due on or before the twentieth of the month following the reporting period.

Sincerely,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney