**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
515 Rusk, Suite 3516
Houston, Texas   77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **GARDEN OAKS MAINTENANCE** | § | **18-60018 (DRJ)** |
| **ORGANIZATION, INC.** | § | **(Chapter 11)** |
| | § | |
| **DEBTORS** | § | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Peter Shun-Hsien Chang<br>   1326 Sue Barnett Drive<br>   Houston, TX  77018<br>   Tel. 832-876-7945<br>   E-Mail:  hygog0079@yahoo.com | |

| | |
|---|---|
| 2. Cheryl Luck<br>810 Azalea Street<br>Houston, TX  77018<br>Tel. 713-408-9949<br>E-Mail: cheryl.luckspaces@gmail.com | |
| 3. Patricia Mehrkam<br>1082 Gardenia<br>Houston, TX  77018<br>Tel. 832-693-4301<br>E-Mail:  standrewsepiscopal@hotmail.com | |
| 4. Gary C. Ingram<br>14027 Memorial Drive, Suite 258<br>Houston, TX  77079<br>Tel. 832-217-0170<br>E-Mail: ingram.gary@gmail.com | |
| 5. Susanna Schmidt<br>733 W. 38th Street<br>Houston, TX  77018<br>Tel. 832-563-3402<br>E-Mail:  sueschmidt1@comcast.net | |

Dated: May 31, 2018                         Respectfully Submitted,

                                                HENRY G. HOBBS, JR.
                                                ACTING UNITED STATES TRUSTEE
                                                REGION 7, SOUTHERN and WESTERN
                                                DISTRICTS OF TEXAS

                                        By:     /s/ Hector Duran
                                                     Hector Duran
                                                     Trial Attorney
                                                     Texas Bar No. 00783996
                                                     515 Rusk, Suite 3516
                                                     Houston, TX 77002
                                                     Telephone:  (713) 718-4650 x 241
                                                     Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 31st day of May, 2018.

/s/ Hector Duran
Hector Duran, Trial Attorney