SOUTHERN AND WESTERN DISTRICTS OF TEXAS
Houston   DIVISION

CASE NAME: Garden Oaks Maintenance Org., Inc.

Petition Date: 4/11/2018

CASE NUMBER: 18-60018

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH   May   YEAR 2018

| MONTH | 4/2018 | 5/2018 | | | |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 82,222.71 | 179.24 | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 75,033.71 | 3164.52 | | | |
| NET INCOME (LOSS) (MOR-6) | 75,033.71 | 3164.52 | | | |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 4953.14 | (-4953.14) | | | |
| TOTAL DISBURSEMENTS (MOR-8) | | 4002.86 | | | |

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. | |
|---|---|---|
| | | DATE |
| CASUALTY | YES( ) NO( ) | 6-29-18 |
| LIABILITY | YES( ) NO( ) | 6-29-18 |
| VEHICLE | YES( ) NO( ) | -:-:- |
| WORKER'S | YES( ) NO( ) | -:-:- |
| OTHER Fid+Dishon | YES(✓) NO( ) | 4-20-19 |
| Bond | | |
| D+O | | 6-29-18 |

ATTORNEY NAME:
FIRM:
ADDRESS:
ADDRESS:
CITY, STATE ZIP:
TELEPHONE:

CIRCLE ONE

Are all accounts receivable being collected within terms? (Yes) No  Cash Basis Accounting

Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No

Have any pre-petition liabilities been paid? Yes (No) If so, describe
 Invoices recieved, reviewed and paid each month. Except Attorney Fees

Are all funds received being deposited into DIP bank accounts? (Yes) No As of June 4, 2018

Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe _____

Are all U. S. Trustee Quarterly Fee Payments current? (Yes) No

What is the status of your Plan of Reorganization ?
 Unknown as of date of this filing.

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

**MOR-1**

TITLE Office Mgr., GOMO

CASE NAME: Garden Oaks Maintenance Org., Inc.          CASE NUMBER: 18-60018

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE*<br>4/11/2018 | MONTH<br>4/2018 | MONTH<br>5/2018 | MONTH<br>6/2018 | MONTH<br>7/2018 | MONTH<br>8/2018 | MONTH<br>9/2018 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 501,708.65 | 576,688.80 | 579,853.32 | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 5058.29 | 5058.29 | 5058.29 | | | | |
| Less Accumulated Depreciation | (-3990.49) | (-3990.49) | (-3990.49) | | | | |
| NET BOOK VALUE OF PP & E | 1067.80 | 1067.80 | 1067.80 | | | | |
| OTHER ASSETS: | | | | | | | |
| 1.  Tax Deposits | | | | | | | |
| 2.  Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 502,776.45 | 577,756.60 | 580,921.12 | | | | |

*Per Schedules and Statement of Affairs

**MOR-2**                                                     Revised 6/14/96

CASE NAME: Garden Oaks Maintenance Org., Inc.          CASE NUMBER: 18-60018

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 4/11/2018 | MONTH 4/2018 | MONTH 5/2018 | MONTH 6/2018 | MONTH 7/2018 | MONTH 8/2018 | MONTH 9/2018 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES (MOR-4)** | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | | | | | | |

**MOR-3**          *Per _Schedules_ and _Statement of Affairs_          Revised 6/14/96

CASE NAME: Garden Oaks Maintenance Org., Inc.          CASE NUMBER: 18-60018

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** |  |  |  |  |  |  |
| **TAX PAYABLE:** |  |  |  |  |  |  |
| **Federal Payroll Taxes** |  |  |  |  |  |  |
| **State Payroll & Sales** |  |  |  |  |  |  |
| **Ad Valorem Taxes** |  |  |  |  |  |  |
| **Other Taxes** |  |  |  |  |  |  |
| **TOTAL TAXES PAYABLE** |  |  |  |  |  |  |
| **SECURED DEBT POST-PETITION** |  |  |  |  |  |  |
| **ACCRUED INTEREST PAYABLE** |  |  |  |  |  |  |
| **\*ACCRUED PROFESSIONAL FEES:** |  |  |  |  |  |  |
| **OTHER ACCRUED LIABILITIES:** |  |  |  |  |  |  |
| **1.** |  |  |  |  |  |  |
| **2.** |  |  |  |  |  |  |
| **3.** |  |  |  |  |  |  |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** |  |  |  |  |  |  |

✐ **Payment Requires Court Approval.**

**MOR-4**                                                    Revised 6 14 96

CASE NAME:  Garden Oaks Maintenance Org., Inc.              CASE NUMBER:  18-60018

## AGING OF POST-PETITION LIABILITIES
### MONTH _____

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|------|-------|-------------|-----------|-------------|-------------------------|-------|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|-------|--|--|--|--|--|--|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91 + DAYS | | | | | | |
| TOTAL | | | | | | |

**MOR-5**                                              *Revised 6/14/96*

CASE NAME: Garden Oaks Maintenance Org., Inc.          CASE NUMBER: 18-60018

# STATEMENT OF INCOME (LOSS)

| MONTH | 4/11/2018 | 4/2018 | 5/2018 | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 53.56 | 82,222.71 | 179.24 | | | | 82,401.95 |
| TOTAL COST OF REVENUES | | | | | | | |
| GROSS PROFIT | 53.56 | 82,222.71 | 179.24 | | | | 82,401.95 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | | 2235.86 | 1967.86 | | | | 4203.72 |
| Insiders Compensation | | | | | | | |
| Professional Fees | | 4953.14 | (-4953.14) | | | | .00 |
| Other (attach list) | | | | | | | |
| | | | | | | | |
| TOTAL OPERATING EXPENSES | | 7189.00 | (-2985.28) | | | | 4203.72 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | |
| NET INCOME BEFORE TAXES | 53.56 | 75,033.71 | 3164.52 | | | | 78,251.79 |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 53.56 | 75,033.71 | 3164.52 | | | | 78,251.79 |

*Accrual Accounting Required, Otherwise Footnote With Explanation*
\* *Footnote Mandatory*
\*\* *Unusual and or infrequent item(s) outside the ordinary course of business; requires footnote*

**MOR-6**                                          *Revised 6 14 96*

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/2018 | MONTH 5/2018 | MONTH 6/2018 | MONTH 7/2018 | MONTH 8/2018 | MONTH 9/2018 | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 501,655.09 | 576,688.80 | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 82,169.15 | 125.00 | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | 53.56 | 54.24 | | | | | |
| TOTAL RECEIPTS | 82,222.71 | 179.24 | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 950.00 | 950.00 | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 1285.86 | 1017.86 | | | | | |
| 18. OTHER (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | 4953.14 | (-4953.14) | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 7189.00 | (-2985.28) | | | | | |
| 22. NET CASH FLOW | 75,033.71 | 3164.52 | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 576,688.80 | 579,853.32 | | | | | |

**MOR-7**          *Applies to Individual debtor's only.          Revised 6 14 96

CASE NAME:  Garden Oaks Maintenance Org., Inc.          CASE NUMBER:  18-60018

## CASH ACCOUNT RECONCILIATION
### MONTH OF   April/2018

| BANK NAME | BBVACompass | BBVACompass | BBVACompass | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 0085150596 | # 6725037617 | # 6735357245 | | |
| *ACCOUNT TYPE* | *OPERATING* | Addl Checking<br>--*PAYROLL*-- | MoneyMkt.<br>---*TAX*---- | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 80,782.98 | 227.05 | 502,666.91 | | 583,676.94 |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 6988.14 | | | | 6988.14 |
| ADJUSTED BANK BALANCE | 73,794.84 | 227.05 | 502,666.91 | | 576,688.80 |
| BEGINNING CASH - PER BOOKS | 80,782.98 | 427.91 | 420,444.20 | | 501,655.09 |
| RECEIPTS | | | 82,222.71 | | 82,222.71 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-<br>BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 6988.14 | 200.86 | | | 7189.00 |
| ENDING CASH - PER BOOKS | 73,794.84 | 227.05 | 502,666.91 | | 576,688.80 |

**MOR-8**

Revised:6/14/96

CASE NAME:  Garden Oaks Maintenance Org., Inc.                CASE NUMBER:  18-60018

## CASH ACCOUNT RECONCILIATION
### MONTH OF   May/2018

| BANK NAME | BBVACompas: | BBVACompas: | BBVACompas: | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 0085150596 | # 6725037617 | # 6735357245 | | |
| *ACCOUNT TYPE* | *OPERATING* | Addl Checking --*PAYROLL*-- | MoneyMkt. ---*TAX*---- | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 76,671.03 | 461.14 | 502,721.15 | | 579,853.32 |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 76,671.03 | 461.14 | 502,721.15 | | 579,853.32 |
| BEGINNING CASH - PER BOOKS | 80,782.98 | 227.05 | 502,666.91 | | 583,676.94 |
| RECEIPTS | 125.00 | 529.45 | 54.24 | | 179.24 |
| TRANSFERS BETWEEN ACCOUNTS | (-529.45) | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 3707.50 | 245.36 | | | 4002.86 |
| ENDING CASH - PER BOOKS | 76,671.03 | 461.14 | 502,721.15 | | 579,853.32 |

**MOR-8**

Revised 6 14 96

CASE NAME: Garden Oaks Maintenace Org., Inc.　　　　　CASE NUMBER: 18-60018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH 4/2018 | MONTH 5/2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.　Barsalou/Apr 2018 | 4953.14 | (-4953.14) | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

**MOR-9**

Revised 6 14 9

# GOMO

## PREVIOUS PERIOD COMPARISON

May 2018

| | TOTAL | |
|---|---|---|
| | MAY 2018 | APR 2018 (PP) |
| Income | | |
| Interest Income | 54.24 | 53.56 |
| Transfer Fees | | |
| Section 1-Transfer Fees | | 20,435.71 |
| Section 2-Transfer Fees | | 13,545.00 |
| Section 3-Transfer Fees | | 19,549.21 |
| Section 5-Transfer Fees | | 28,639.23 |
| **Total Transfer Fees** | | **82,169.15** |
| Uncategorized Income | 125.00 | |
| **Total Income** | **$179.24** | **$82,222.71** |
| GROSS PROFIT | **$179.24** | **$82,222.71** |
| Expenses | | |
| Bank Service Fees | 38.00 | |
| Computer and Internet Expenses | | |
| Cloud Storage Fees | 111.93 | 111.93 |
| Internet Service Fees | 81.62 | 81.62 |
| **Total Computer and Internet Expenses** | **193.55** | **193.55** |
| Office/General Administrative Expenses | 10.00 | 10.00 |
| Postage and Delivery | 50.00 | |
| Printing and Reproduction | 6.50 | |
| Professional Fees | | |
| Accountant, Audit and Tax Prep | 65.00 | 60.00 |
| Office Manager | 647.50 | 1,015.00 |
| **Total Professional Fees** | **712.50** | **1,075.00** |
| Rent Expense | 950.00 | 950.00 |
| Telephone Expense | 7.31 | 7.31 |
| **Total Expenses** | **$1,967.86** | **$2,235.86** |
| NET OPERATING INCOME | **$ -1,788.62** | **$79,986.85** |
| NET INCOME | **$ -1,788.62** | **$79,986.85** |

Page 1 of 3
Primary Account: 6725037617
Beginning April 1, 2018 - Ending April 30, 2018          30

**BBVA** Compass

21   GARDEN OAKS MAINTENANCE ORGANIZATION INC
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

**BusinessClass Preferred**

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCONNECT FOR BUSINESS | 6725037617 | $427.91 | $227.05 |
| **Total Deposit Accounts** | | **$427.91** | **$227.05** |

**BBVA** Compass

# CLEARCONNECT FOR BUSINESS
Account Number: 6725037617 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/18 | $427.91 |
| Deposits/Credits (0) | + $0.00 |
| Withdrawals/Debits (3) | - $200.86 |
| **Ending Balance on 4/30/18** | **$227.05** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 4/16 | | DEBIT FOR CHECKCARD XXXXXX5179 04/15/18 COMCAST OF HOUSTON     713-341-1000 TX | | $81.62 | $346.29 |
| 4/20 | | DEBIT FOR CHECKCARD XXXXXX5179 04/19/18 BOX*BOX.NET BUS SRVCS   877-7294269 CA | | $111.93 | $234.36 |
| 4/26 | | DEBIT FOR CHECKCARD XXXXXX5179 04/26/18 OOMA,INC          888-711-6662 CA | | $7.31 | $227.05 |
| Ending Balance on 4/30 | | | | | $227.05 |
| **Totals** | | | **$0.00** | **$200.86** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

GOMO

**Compass Debit 7617, Period Ending 04/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 05/08/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 427.91 |
| Checks and payments cleared (3) | -200.86 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 227.05 |
| | |
| Register balance as of 04/30/2018 | 227.05 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/16/2018 | Check | DC | Comcast | -81.62 |
| 04/20/2018 | Check | DC | Box.net | -111.93 |
| 04/26/2018 | Check | DC | Ooma, Inc. | -7.31 |
| Total | | | | -200.86 |

**BBVA** Compass

21   GARDEN OAKS MAINTENANCE ORGANIZATION INC
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

**BusinessClass Preferred**

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCONNECT FOR BUSINESS | 6725037617 | $227.05 | $461.14 |
| **Total Deposit Accounts** | | **$227.05** | **$461.14** |

**BBVA** Compass

# CLEARCONNECT FOR BUSINESS

Account Number: 6725037617 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/18 | $227.05 |
| Deposits/Credits (1) | + $529.45 |
| Withdrawals/Debits (6) | - $295.36 |
| **Ending Balance on 5/31/18** | **$461.14** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 5/4 | | CHECKCARD PURCHASE   - USPS PO 48017900 VISA   9999999905/04/18 CARD XXXXXX5179  POS -AT USPS PO 48017900 38HOUSTON  TX | | $50.00 | $177.05 |
| 5/15 | | DEBIT  FOR CHECKCARD XXXXXX5179 05/15/18 COMCAST OF HOUSTON      713-341-1000 TX | | $81.62 | $95.43 |
| 5/16 | | DEBIT  FOR CHECKCARD XXXXXX5179 05/15/18 AMERICAS STAR COPIER    HOUSTON     TX | | $6.50 | $88.93 |
| 5/21 | | DEBIT  FOR CHECKCARD XXXXXX5179 05/19/18 BOX*BOX.NET BUS SRVCS   877-7294269 CA | | $111.93 | ($23.00) |
| 5/22 | | NSF CHARGE-PAID ITEM $111.93 DEBIT FOR C HECKCARD XXXXXX5179 05/19/18 BOX*BOX.NET BUS SRVCS 877-7294269 | | $38.00 | |
| 5/22 | | BRANCH DEPOSIT | $529.45 | | $468.45 |
| 5/29 | | DEBIT  FOR CHECKCARD XXXXXX5179 05/26/18 OOMA,INC           888-711-6662 CA | | $7.31 | $461.14 |
| Ending Balance on 5/31 | | | | | $461.14 |
| **Totals** | | | **$529.45** | **$295.36** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

GOMO

**Compass Debit 7617, Period Ending 05/31/2018**

**RECONCILIATION REPORT**

Reconciled on: 06/12/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 227.05 |
| Checks and payments cleared (6) | -295.36 |
| Deposits and other credits cleared (1) | 529.45 |
| Statement ending balance | 461.14 |
| | |
| Register balance as of 05/31/2018 | 461.14 |
| Cleared transactions after 05/31/2018 | 0.00 |
| Uncleared transactions after 05/31/2018 | -203.50 |
| Register balance as of 06/12/2018 | 257.64 |

**Details**

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/04/2018 | Check | DC | USPS | -50.00 |
| 05/15/2018 | Check | DC | America's Star Copier | -6.50 |
| 05/15/2018 | Check | DC | Comcast | -81.62 |
| 05/21/2018 | Check | DC | Box.net | -111.93 |
| 05/22/2018 | Check | FEE | Compass Bank | -38.00 |
| 05/29/2018 | Check | DC | Ooma, Inc. | -7.31 |
| Total | | | | -295.36 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2018 | Check | 2621 | Garden Oaks Maintenance Or… | 529.45 |
| Total | | | | 529.45 |

**Additional Information**

Uncleared checks and payments after 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2018 | Check | ATM | Garden Oaks Maintenance Or… | -203.50 |
| Total | | | | -203.50 |

**BBVA** Compass

21    GARDEN OAKS MAINTENANCE ORGANIZATION INC
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

**BusinessClass Preferred**

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| PREFERRED MONEY MARKET FOR BUSINESS | 6735357245 | $420,444.20 | $502,666.91 |
| **Total Deposit Accounts** | | **$420,444.20** | **$502,666.91** |

**BBVA** Compass

# PREFERRED MONEY MARKET FOR BUSINESS
Account Number: 6735357245 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/18 | $420,444.20 |
| Deposits/Credits (2) | + $82,222.71 |
| Withdrawals/Debits (0) | - $0.00 |
| **Ending Balance on 4/30/18** | **$502,666.91** |

## Interest Summary

| | |
|---|---|
| Interest paid this statement period | $53.56 |
| Interest earned this statement period | $54.24 |
| Interest paid this year | $206.05 |
| Average collected balance | $439,957.53 |
| Annual percentage yield earned | 0.15% |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 4/2 | | IOD INTEREST PAID | $53.56 | | $420,497.76 |
| 4/23 | | BRANCH DEPOSIT | $82,169.15 | | $502,666.91 |
| Ending Balance on 4/30 | | | | | **$502,666.91** |
| **Totals** | | | **$82,222.71** | **$0.00** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Statement Period Rates

*Effective April 1, 2018*

| Balance | | | Rate |
|---|---|---|---|
| zero | to | $9,999.99 | 0.050% |
| $10,000.00 | to | $19,999.99 | 0.050% |
| $20,000.00 | to | $49,999.99 | 0.050% |
| $50,000.00 | to | $99,999.99 | 0.050% |
| $100,000.00 | to | $249,999.99 | 0.150% |
| $250,000.00 | to | $999,999.99 | 0.150% |
| $1,000,000.00 | to | $2,499,999.99 | 0.200% |
| $2,500,000.00 | to | $4,999,999.99 | 0.200% |
| $5,000,000.00 | to | Over | 0.200% |

GOMO

**Compass MM 7245, Period Ending 04/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 05/08/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 420,444.20 |
| Interest earned | 53.56 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 82,169.15 |
| Statement ending balance | 502,666.91 |
| | |
| Register balance as of 04/30/2018 | 502,666.91 |

**Details**

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/23/2018 | Deposit | | | 82,169.15 |
| Total | | | | 82,169.15 |

Page 1 of 3
Primary Account: 6735357245
Beginning May 1, 2018 - Ending May 31, 2018          31

**BBVA** Compass

21      GARDEN OAKS MAINTENANCE ORGANIZATION INC
        4001 N SHEPHERD DR STE 216
        HOUSTON TX 77018-5507

**BusinessClass Preferred**

## Contacting Us

**Available by phone 24/7**

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| PREFERRED MONEY MARKET FOR BUSINESS | 6735357245 | $502,666.91 | $502,721.15 |
| **Total Deposit Accounts** | | **$502,666.91** | **$502,721.15** |

**BBVA** Compass

# PREFERRED MONEY MARKET FOR BUSINESS
Account Number: 6735357245 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/18 | $502,666.91 |
| Deposits/Credits (1) | + $54.24 |
| Withdrawals/Debits (0) | - $0.00 |
| **Ending Balance on 5/31/18** | **$502,721.15** |

## Interest Summary

| | |
|---|---|
| Interest paid this statement period | $54.24 |
| Interest earned this statement period | $64.05 |
| Interest paid this year | $260.29 |
| Average collected balance | $502,721.15 |
| Annual percentage yield earned | 0.15% |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 5/1 | | IOD INTEREST PAID | $54.24 | | $502,721.15 |
| Ending Balance on 5/31 | | | | | $502,721.15 |
| **Totals** | | | **$54.24** | **$0.00** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Statement Period Rates

*Effective May 1, 2018*

| Balance | | | Rate |
|---|---|---|---|
| zero | to | $9,999.99 | 0.050% |
| $10,000.00 | to | $19,999.99 | 0.050% |
| $20,000.00 | to | $49,999.99 | 0.050% |
| $50,000.00 | to | $99,999.99 | 0.050% |
| $100,000.00 | to | $249,999.99 | 0.150% |
| $250,000.00 | to | $999,999.99 | 0.150% |
| $1,000,000.00 | to | $2,499,999.99 | 0.200% |
| $2,500,000.00 | to | $4,999,999.99 | 0.200% |
| $5,000,000.00 | to | Over | 0.200% |

GOMO

**Compass MM 7245, Period Ending 05/31/2018**

**RECONCILIATION REPORT**

Reconciled on: 06/12/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 502,666.91 |
| Interest earned | 54.24 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 502,721.15 |
| | |
| Register balance as of 05/31/2018 | 502,721.15 |

**BBVA** Compass

21     GARDEN OAKS MAINTENANCE ORGANIZATION INC
       4001 N SHEPHERD DR STE 216
       HOUSTON TX 77018-5507

**BusinessClass Preferred**

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCHOICE FOR BUSINESS | 0085150596 | $81,798.98 | $80,782.98 |
| **Total Deposit Accounts** | | **$81,798.98** | **$80,782.98** |

**BBVA** Compass

# CLEARCHOICE FOR BUSINESS
Account Number: 0085150596 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/18 | $81,798.98 |
| Deposits/Credits (0) | + $0.00 |
| Withdrawals/Debits (2) | - $1,016.00 |
| **Ending Balance on 4/30/18** | **$80,782.98** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 4/4 | 2592 | CHECK CLEARED | | $950.00 | $80,848.98 |
| 4/17 | 2591 | CHECK CLEARED | | $66.00 | $80,782.98 |
| Ending Balance on 4/30 | | | | | **$80,782.98** |
| **Totals** | | | **$0.00** | **$1,016.00** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Summary of Checks

*Checks listed are also displayed in the preceding Transaction History*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/17 | 2591 | $66.00 | 4/4 | 2592 | $950.00 | | | |

* Indicates break in check sequence

GOMO

**Compass Bank Checking, Period Ending 04/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 05/08/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                    USD

Statement beginning balance                                                              81,798.98
Checks and payments cleared (2)                                                          -1,016.00
Deposits and other credits cleared (0)                                                        0.00
Statement ending balance                                                                 80,782.98

Uncleared transactions as of 04/30/2018                                                  -6,988.14
Register balance as of 04/30/2018                                                        73,794.84

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 03/21/2018 | Check | 2591 | Sarah L. Crowder | -66.00 |
| 03/21/2018 | Check | 2592 | Progress Investment Properties | -950.00 |
| Total | | | | -1,016.00 |

**Additional Information**

Uncleared checks and payments as of 04/30/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/17/2018 | Check | 2616 | Progress Investment Properties | -950.00 |
| 04/17/2018 | Check | 2617 | Barsalou & Associates, PLLC | -1,766.75 |
| 04/17/2018 | Check | 2618 | Barsalou & Associates, PLLC | -1,294.39 |
| 04/17/2018 | Check | 2619 | Barsalou & Associates, PLLC | -1,892.00 |
| 04/17/2018 | Check | 2614 | Pamela Parks | -1,025.00 |
| 04/17/2018 | Check | 2615 | Sarah L. Crowder | -60.00 |
| Total | | | | -6,988.14 |

**BBVA** Compass

21    GARDEN OAKS MAINTENANCE ORGANIZATION INC
      4001 N SHEPHERD DR STE 216
      HOUSTON TX 77018-5507

**BusinessClass Preferred**

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCHOICE FOR BUSINESS | 0085150596 | $80,782.98 | $76,671.03 |
| **Total Deposit Accounts** | | **$80,782.98** | **$76,671.03** |

**BBVA** Compass

# CLEARCHOICE FOR BUSINESS

Account Number: 0085150596 - GARDEN OAKS MAINTENANCE ORGANIZATION INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/18 | $80,782.98 |
| Deposits/Credits (1) | + $125.00 |
| Withdrawals/Debits (7) | - $4,236.95 |
| **Ending Balance on 5/31/18** | **$76,671.03** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 5/21 | 2616 | CHECK CLEARED | | $950.00 | $79,832.98 |
| 5/22 | 2618 | CHECK CLEARED | | $529.45 | $79,303.53 |
| 5/23 | 2614 | CHECK CLEARED | | $1,025.00 | |
| 5/23 | 2620 | CHECK CLEARED | | $657.50 | $77,621.03 |
| 5/24 | 2617 | CHECK CLEARED | | $950.00 | |
| 5/24 | | BRANCH DEPOSIT | $125.00 | | $76,796.03 |
| 5/25 | 2615 | CHECK CLEARED | | $60.00 | |
| 5/25 | 2619 | CHECK CLEARED | | $65.00 | $76,671.03 |
| Ending Balance on 5/31 | | | | | $76,671.03 |
| **Totals** | | | **$125.00** | **$4,236.95** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Summary of Checks

*Checks listed are also displayed in the preceding Transaction History*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/23 | 2614 | $1,025.00 | 5/24 | 2617 | $950.00 | 5/25 | 2619 | $65.00 |
| 5/25 | 2615 | $60.00 | 5/22 | 2618 | $529.45 | 5/23 | 2620 | $657.50 |
| 5/21 | 2616 | $950.00 | | | | | | |

* Indicates break in check sequence

GOMO

**Compass Bank Checking, Period Ending 05/31/2018**

**RECONCILIATION REPORT**

Reconciled on: 06/12/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 80,782.98 |
| Checks and payments cleared (7) | -4,236.95 |
| Deposits and other credits cleared (4) | 125.00 |
| Statement ending balance | 76,671.03 |
| | |
| Register balance as of 05/31/2018 | 76,671.03 |
| Cleared transactions after 05/31/2018 | 0.00 |
| Uncleared transactions after 05/31/2018 | -76,671.03 |
| Register balance as of 06/12/2018 | 0.00 |

**Details**

Checks and payments cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/17/2018 | Check | 2616 | Progress Investment Properties | -950.00 |
| 04/17/2018 | Check | 2614 | Pamela Parks | -1,025.00 |
| 04/17/2018 | Check | 2615 | Sarah L. Crowder | -60.00 |
| 05/15/2018 | Check | 2619 | Sarah L. Crowder | -65.00 |
| 05/15/2018 | Check | 2618 | Garden Oaks Maintenance Or… | -529.45 |
| 05/15/2018 | Check | 2620 | Pamela Parks | -657.50 |
| 05/15/2018 | Check | 2617 | Progress Investment Properties | -950.00 |

| Total | -4,236.95 |
|---|---|

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/17/2018 | Check | 2618 | Barsalou & Associates, PLLC | 0.00 |
| 04/17/2018 | Check | 2617 | Barsalou & Associates, PLLC | 0.00 |
| 04/17/2018 | Check | 2619 | Barsalou & Associates, PLLC | 0.00 |
| 05/24/2018 | Deposit | | 714 W 43rd | 125.00 |

| Total | 125.00 |
|---|---|

**Additional Information**

Uncleared checks and payments after 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/05/2018 | Check | CASHIERSCHECK | Garden Oaks Maintenance Or… | -76,671.03 |

| Total | -76,671.03 |
|---|---|