**CASE NAME:** Garden Oaks Maintenance Org, Inc.

**Petition Date:** 04/11/2018

**CASE NUMBER:** 18-60018

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH September YEAR 2018

| MONTH | 04/2018 | 05/2018 | 06/2018 | 07/2018 | 08/2018 | 09/2018 |
|---|---|---|---|---|---|---|
| **REVENUES (MOR-6)** | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 |
| **INCOME BEFORE INT, DEPREC./TAX (MOR-6)** | 75,033.71 | 3164.52 | 64,948.25 | 60,954.54 | 20,550.63 | (-3352.99) |
| **NET INCOME (LOSS) (MOR-6)** | 75,033.71 | 3164.52 | 64,948.25 | 60,954.54 | 20,550.63 | (-3352.99) |
| **PAYMENTS TO INSIDERS (MOR-9)** | | | | | | |
| **PAYMENTS TO PROFESSIONALS (MOR-9)** | 4953.14 | (-4953.14) | 2042.65 | 0.00 | 652.50 | 0.00 |
| **TOTAL DISBURSEMENTS (MOR-8)** | | 4002.86 | 5547.48 | 4336.56 | 3276.39 | 3241.15 |

\*\*\*The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED**
**_AS OF SIGNATURE DATE_** _EXP._
_DATE_

| | | |
|---|---|---|
| _CASUALTY_ | YES( ) NO( ) | —-—-— |
| _LIABILITY_ | YES( ) NO( ) | —-—-— |
| _VEHICLE_ | YES( ) NO( ) | —-—-— |
| _WORKER'S_ | YES( ) NO( ) | —-—-— |
| _OTHER_____ | YES( ) NO( ) | —-—-— |

ATTORNEY NAME: Johnie Patterson
FIRM: Walker & Patterson
ADDRESS: P.O. Box 61301
ADDRESS:
CITY, STATE ZIP: Houston, TX 77208
TELEPHONE: (713) 956-5577

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes No** Cash Basis Accounting
Are all post-petition liabilities, including taxes, being paid within terms? **Yes No**
Have any pre-petition liabilities been paid? **Yes No** If so, describe

Are all funds received being deposited into DIP bank accounts? **Yes No** As of June 4, 2018
Were any assets disposed of outside the normal course of business? **Yes No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes No**
What is the status of your Plan of Reorganization ?

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

**SIGNED**_____
(ORIGINAL SIGNATURE)

**MOR-1**

**TITLE** ___Office Manager, GOMO_____

CASE NAME: Garden Oaks Maintenance Org, Inc.                          CASE NUMBER: 18-60018

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 04/11/2018 | MONTH 04/2018 | MONTH 05/2018 | MONTH 06/2018 | MONTH 07/2018 | MONTH 08/2018 | MONTH 09/2018 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 501,708.65 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | 723,552.22 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 5058.29 | 5058.29 | 5058.29 | 5058.29 | 5058.29 | 5058.29 | 5058.29 |
| Less Accumulated Depreciation | (-3990.49) | (-3990.49) | (-3990.49) | (-3990.49) | (-3990.49) | (-3990.49) | (-3990.49) |
| NET BOOK VALUE OF PP & E | 1067.80 | 1067.80 | 1067.80 | 1067.80 | 1067.80 | 1067.80 | 1067.80 |
| OTHER ASSETS: | | | | | | | |
| 1.  Tax Deposits | | | | | | | |
| 2.  Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4.  (attach list) | | | | | | | |
| **TOTAL ASSETS** | 502,776.45 | 577,756.60 | 580,921.12 | 645,869.37 | 706,944.17 | 727,851.40 | 724,620.02 |

*Per Schedules and Statement of Affairs

**MOR-2**

*Revised:6/14/96*

CASE NAME: Garden Oaks Maintenance Org, Inc.                    CASE NUMBER: 18-60018

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 04/11/2018 | MONTH 04/2018 | MONTH 05/2018 | MONTH 06/2018 | MONTH 07/2018 | MONTH 08/2018 | MONTH 09/2018 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES (MOR-4)** | | | | | 120.26 | 476.86 | 598.47 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | 706,823.91 | 727,374.54 | 724,021.55 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | | | | 706,944.17 | 727,851.40 | 724,620.02 |

**MOR-3**          *Per *Schedules* and *Statement of Affairs*          Revised:6/14/96

CASE NAME: Garden Oaks Maintenance Org, Inc.          CASE NUMBER: 18-60018

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 04/2018 | MONTH 05/2018 | MONTH 06/2018 | MONTH 07/2018 | MONTH 08/2018 | MONTH 09/2018 |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | |
| **TAX PAYABLE:** | | | | | | |
| **Federal Payroll Taxes** | | | | | | |
| **State Payroll & Sales** | | | | | | |
| **Ad Valorem Taxes** | | | | | | |
| **Other Taxes** | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | |
| **SECURED DEBT POST-PETITION** | | | | | | |
| **ACCRUED INTEREST PAYABLE** | | | | | | |
| ***ACCRUED PROFESSIONAL FEES:** | | | | | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | |
| **1.** | | | | | | |
| **2.** | | | | | | |
| **3.** | | | | | | |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | | | | | | |

✳ Payment Requires Court Approval.

**MOR-4**

*Revised:6/14/96*

CASE NAME: Garden Oaks Maintenance Org, Inc.

CASE NUMBER: 18-60018

## AGING OF POST-PETITION LIABILITIES
MONTH  09/2018

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|------|-------|-------------|-----------|-------------|-------------------------|-------|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|-------|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91 + DAYS | | | | | | |
| TOTAL | | | | | | |

**MOR-5**

*Revised:6/14/96*

**CASE NAME:**   **Garden Oaks Maintenance Org., Inc.**                     **CASE NUMBER:**         **18-60018**

| | Apr-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Running total |
|---|---|---|---|---|---|---|---|---|
| Revenues MOR-1 | 53.56 | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 242,555.99 |
| | | | | | | | | |
| Gross Profits | 53.56 | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 242,555.99 |
| | | | | | | | | |
| Selling & Mkting | | | | | | 276.85 | 337.72 | 614.57 |
| Gen & Admin | | 2,235.86 | 1,967.86 | 3,504.83 | 4,456.82 | 2,703.64 | 3,025.04 | 17,894.05 |
| Legal (Prof) Fees | | 4,953.14 | -4,953.14 | 2,042.65 | 0.00 | 652.50 | 0.00 | 2,695.15 |
| | | | | | | | | |
| Tot Op Expense | | 7,189.00 | -2,985.28 | 5,547.48 | 4,456.82 | 3,632.99 | 3,362.76 | 21,203.77 |
| | | | | | | | | |
| Net Income pre TAX | 53.56 | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | -3,352.99 | 221,352.22 |
| TAX | | | | | | | | |
| Net Income MOR-1 | 53.56 | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | -3,352.99 | 221,352.22 |

# MOR-6

**CASE NAME:** **Garden Oaks Maintenance Org., Inc.**                    **CASE NUMBER:**    **18-60018**

|  | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | 6 mo to date |
|---|---|---|---|---|---|---|---|
| **Cash Beginning Mo.** | 501,655.09 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | |
| **Receipts** | | | | | | | |
| Cash Sales | 82,169.15 | 125.00 | 70,423.42 | 65,386.36 | 24,179.60 | 0.00 | 242,283.53 |
| Other | 53.56 | 54.24 | 72.31 | 25.00 | 4.02 | 9.77 | 218.90 |
| **Total Receipts** | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 242,502.43 |
| **Disbursements** | | | | | | | 0.00 |
| Rent | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 5,700.00 |
| Admin & Selling | 1,285.86 | 1,017.86 | 2,554.83 | 3,061.56 | 1,673.89 | 2,291.15 | 11,885.15 |
| Legal (Professional) | 4,953.14 | -4,953.14 | 2,042.65 | 0.00 | 652.50 | 0.00 | 2,695.15 |
| US Trustee Fees | | | | 325.00 | | 0.00 | |
| **Total Disbursements** | 7,189.00 | -2,985.28 | 5,547.48 | 4,336.56 | 3,276.39 | 3,241.15 | 20,605.30 |
| Net Cash Flow | 75,033.71 | 3,164.52 | 64,948.25 | 61,074.80 | 20,907.23 | -3,231.38 | 221,897.13 |
| Cash end mo. MOR-2 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | 723,552.22 | |

# MOR-7

Case Name: Garden Oaks Maintence Org., Inc.                    Case Number: 18-60018

| CASH ACCOUNT RECONCILIATION MONTH OF September 2018 | | | | |
|---|---|---|---|---|
| BANK NAME | Prosperity Operating | Prosperity NonOperating | Prosperity MnMkt | |
| ACCOUNT NUMBER | 217186856 | 217186869 | 215094013 | |
| ACCOUNT TYPE | Operating | No Spend | Interest Bearing | Total |
| BANK BALANCE | 74,396.20 | 632,025.63 | 18,289.64 | 724,711.47 |
| DEPOSIT IN TRANSIT | | | | 0.00 |
| OUTSTANDING CHECKS | 1,159.25 | | | 1,159.25 |
| ADJUSTED BANK BALANCE | 73,236.95 | 632,025.63 | 18,289.64 | 723,552.22 |
| BEGINNING CASH- PER BOOKS | 76,478.10 | 632,025.63 | 18,279.87 | 726,783.60 |
| RECEIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | |
| INTEREST MnMKT ACCT | | | 9.77 | 9.77 |
| CHECKS/OTHER DISBURSEMENTS | 3,241.15 | 0.00 | 0.00 | 3,241.15 |
| ENDING CASH - PER BOOKS | 73,236.95 | 632,025.63 | 18,289.64 | 723,552.22 |

723,552.22

**MOR-8**

CASE NAME:  Garden Oaks Maintenance Org, Inc.

CASE NUMBER:  18-60018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals.  Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary.)

| INSIDERS:  NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH 04/2018 | MONTH 05/2018 | MONTH 06/2018 | MONTH 07/2018 | MONTH 08/2018 | MONTH 09/2018 |
|---|---|---|---|---|---|---|
| 1.  Barsalou & Associates, PLLC | 4953.14 | (-4953.14) | 2042.65 | 0 | 652.50 | 0 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

**MOR-9**

*Revised:6/14/9*

# GOMO

## BALANCE SHEET

As of September 30, 2018

| | | TOTAL | |
| --- | ---: | ---: | ---: |
| | | AS OF SEP 30, 2018 | AS OF SEP 30, 2017 (PY) |
| ASSETS | | | |
| Current Assets | | | |
| Bank Accounts | | | |
| Compass Bank Checking | | 0.00 | 172,772.53 |
| Compass Debit 7617 | | 0.00 | 645.15 |
| Compass MM 7245 | | 0.00 | 346,910.65 |
| Prosperity Holding 6864 | | 632,025.63 | |
| Prosperity MM 4013 | | 18,289.64 | |
| Prosperity Operating 6856 | | 73,236.95 | |
| **Total Bank Accounts** | | **$723,552.22** | **$520,328.33** |
| **Total Current Assets** | | **$723,552.22** | **$520,328.33** |
| Fixed Assets | | | |
| Accumulated Depreciation | | -3,990.49 | -3,990.49 |
| Computers & Printers | | 3,197.90 | 3,197.90 |
| Equipment | | 1,589.76 | 1,589.76 |
| Office Furniture | | 270.63 | 270.63 |
| **Total Fixed Assets** | | **$1,067.80** | **$1,067.80** |
| **TOTAL ASSETS** | | **$724,620.02** | **$521,396.13** |
| LIABILITIES AND EQUITY | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Credit Cards | | | |
| Credit Card | | 598.47 | |
| **Total Credit Cards** | | **$598.47** | **$0.00** |
| **Total Current Liabilities** | | **$598.47** | **$0.00** |
| **Total Liabilities** | | **$598.47** | **$0.00** |
| Equity | | | |
| Unrestricted Net Assets | | 544,457.20 | 329,694.19 |
| Net Income | | 179,564.35 | 191,701.94 |
| **Total Equity** | | **$724,021.55** | **$521,396.13** |
| **TOTAL LIABILITIES AND EQUITY** | | **$724,620.02** | **$521,396.13** |

# GOMO

### PREVIOUS PERIOD COMPARISON

September 2018

|  | TOTAL | |
|---|---|---|
|  | SEP 2018 | AUG 2018 (PP) |
| **Income** |  |  |
| Interest Income | 9.77 | 4.02 |
| Transfer Fees |  |  |
| Section 1-Transfer Fees |  | 10,116.75 |
| Section 3-Transfer Fees |  | 13,937.85 |
| Section 5-Transfer Fees |  | 0.00 |
| **Total Transfer Fees** |  | **24,054.60** |
| Uncategorized Income |  | 125.00 |
| **Total Income** | **$9.77** | **$24,183.62** |
| **GROSS PROFIT** | **$9.77** | **$24,183.62** |
| **Expenses** |  |  |
| Advertising and Promotion | 337.72 | 276.85 |
| Bank Service Fees |  | 12.00 |
| Computer and Internet Expenses |  |  |
| Cloud Storage Fees | 111.93 | 111.93 |
| Computer Software | 412.54 |  |
| Computer Software - Website Plugins | 34.30 | 50.00 |
| Internet Service Fees | 81.62 | 80.62 |
| **Total Computer and Internet Expenses** | **640.39** | **242.55** |
| Legal Fees |  | 652.50 |
| Office Supplies and Expenses | 6.50 |  |
| Office/General Administrative Expenses | 20.00 | 620.63 |
| Printing and Reproduction | 99.59 |  |
| Professional Fees |  |  |
| Accountant, Audit and Tax Prep | 128.60 | 66.00 |
| Office Manager | 1,172.50 | 805.00 |
| **Total Professional Fees** | **1,301.10** | **871.00** |
| Rent Expense | 950.00 | 950.00 |
| Telephone Expense | 7.46 | 7.46 |
| **Total Expenses** | **$3,362.76** | **$3,632.99** |
| **NET OPERATING INCOME** | **$ -3,352.99** | **$20,550.63** |
| **NET INCOME** | **$ -3,352.99** | **$20,550.63** |

GOMO

**Credit Card, Period Ending 09/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 10/09/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 120.26 |
| Charges and cash advances cleared (14) | 1,487.87 |
| Payments and credits cleared (2) | -1,009.66 |
| Statement ending balance | 598.47 |
| | |
| Register balance as of 09/30/2018 | 598.47 |

**Details**

Charges and cash advances cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2018 | Expense | | R & R Signs | 196.20 |
| 08/15/2018 | Expense | | Comcast | 80.62 |
| 08/19/2018 | Expense | | Box.net | 111.93 |
| 08/26/2018 | Expense | | Ooma, Inc. | 7.46 |
| 08/31/2018 | Expense | | R & R Signs | 80.65 |
| 09/05/2018 | Expense | | Intuit | 412.54 |
| 09/07/2018 | Expense | | R & R Signs | 132.07 |
| 09/15/2018 | Expense | | Comcast | 81.62 |
| 09/18/2018 | Expense | | America's Star Copier | 99.59 |
| 09/18/2018 | Expense | | America's Star Copier | 6.50 |
| 09/19/2018 | Expense | | Box.net | 111.93 |
| 09/22/2018 | Expense | | Simple Calendar | 34.30 |
| 09/26/2018 | Expense | | R & R Signs | 125.00 |
| 09/26/2018 | Expense | | Ooma, Inc. | 7.46 |
| Total | | | | 1,487.87 |

Payments and credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/09/2018 | Check | ACH | Prosperity Visa | -120.26 |
| 09/11/2018 | Check | Online | Prosperity Visa | -889.40 |
| Total | | | | -1,009.66 |

Case 18-36071 Document 87 Filed in TXSB on 10/25/18 Page 13 of 25



**PROSPERITY BANK**

| | | |
|---|---|---|
| Corporate Number | 0007944884800920446 | |
| Account Number | XXXXXXXXXXXXX5697 | Previous Account Balance | $0.00 |
| Statement Closing Date | 08/31/2018 | (-) Company Payables | $396.21 |
| Days This Period | 31 | (+) Total Spend This Month | $396.21 |
| Payment Amount Due | $0.00 | (+) FINANCE CHARGES | $0.00 |
| Payment Due Date | 09/25/2018 | (=) New Ending Balance | $0.00 |
| | | Spending Limit | $1,000.00 |

Page 1 of 3

## ACCOUNT SUMMARY

MARK SARANIE
GARDEN OAKS MAINTEN
4001 GARDEN OAKS BLVD
STE 216
HOUSTON TX  77018

| | |
|---|---|
| Interest YTD | $0.00 |
| Cycle Days | 31 |
| Total Number of Disputes | 0 |
| Total Amount of Disputes | $0.00 |
| Total Amount Past Due: | $0.00 |

**Questions?** View your account information online at www.prosperitybankusa.com or call our Customer Service Center toll free at 1-855-340-8771 or 1-301-945-5745.

**Send Billing Inquiries and Correspondence to:** Card Services, P.O. Box 183258, Columbus, OH 43218-3258.

**Mail Payments to:** Prosperity Bank, Department #350, P O Box 21228, Tulsa, Ok 74121-1228.

## ACCOUNT BALANCES AND FINANCE CHARGES

| Plan ID | Plan Description | Previous Balance | Purchases/ Debits | Payments/ Credits | FINANCE CHARGE | Current Balance |
|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Plan ID | Plan Description | Transfer In | Transfer Out | Minimum Payment | Avg Daily Balance | Base Rate | Actuarial APR |
|---|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |





PROSPERITY
—BANK—

Account Number
XXXXXXXXXXXXXXX5697

Page 3 of 3



## CORPORATE BILLED TRANSACTIONS THIS PERIOD

| Transaction Date | Posting Date | Reference Number | Transaction Description | $ Amount |
|---|---|---|---|---|
| Account Level | | | | |
| Card Number Ending in 5697 | | | | |
| 08/03 | 08/05 | VT18217241200010001766 | R & R SIGNS HOUSTON TX | $196.20+ |
| 08/15 | 08/15 | VT18227241400010001356 | COMCAST OF HOUSTON 713-341-1000 TX | $80.62+ |
| 08/19 | 08/20 | VT18232241800010001669 | BOX*BOX.NET BUS SRVCS 877-7294269 CA | $111.93+ |
| 08/26 | 08/26 | VT18238372700010001112 | OOMA,INC 888-711-6662 CA | $7.46+ |

81020-78-03

00301 5577109 001530 003059 00060006

### 2018 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $0.00 |



**PROSPERITY BANK**

| Corporate Number | 0007944804800030446 |
|---|---|
| Account Number | XXXXXXXXXXXXXXX5697 |
| Statement Closing Date | 08/31/2018 |
| Days This Period | 31 |
| Payment Amount Due | $0.00 |
| Payment Due Date | 09/25/2018 |

| | |
|---|---|
| Previous Account Balance | $0.00 |
| (-) Company Payables | $396.21 |
| (+) Total Spend This Month | $396.21 |
| (+) FINANCE CHARGES | $0.00 |
| (-) Company Payables | $0.00 |
| (=) New Ending Balance | $0.00 |
| Spending Limit | $1,000.00 |

**Page 1 of 3**

## ACCOUNT SUMMARY

MARK SARANIE
GARDEN OAKS MAINTEN
4001 GARDEN OAKS BLVD
STE 216
HOUSTON TX 77018

| | |
|---|---|
| Interest YTD | $0.00 |
| Cycle Days | 31 |
| Total Number of Disputes | 0 |
| Total Amount of Disputes | $0.00 |
| Total Amount Past Due: | $0.00 |

**Questions?** View your account information online at www.prosperitybankusa.com or call our Customer Service Center toll free at 1-855-340-8771 or 1-301-945-5745.

**Send Billing Inquiries and Correspondence to:** Card Services, P.O. Box 183258, Columbus, OH 43218-3258.

**Mail Payments to:** Prosperity Bank, Department #350, P O Box 21228, Tulsa, Ok 74121-1228.

## ACCOUNT BALANCES AND FINANCE CHARGES

| Plan ID | Plan Description | Previous Balance | Purchases/ Debits | Payments/ Credits | FINANCE CHARGE | Current Balance |
|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Plan ID | Plan Description | Transfer In | Transfer Out | Minimum Payment | Avg Daily Balance | Base Rate | Actuarial APR |
|---|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |

TEAR OFF THIS PAYMENT STUB AND MAIL WITH YOUR CHECK OR MONEY ORDER TO THE ADDRESS BELOW.

☐ Check this box to indicate any **ADDRESS CHANGES** detailed on back.

PROSPERITY BANK
402 CYPRESS ST. SUITE 100
ABILENE, TX 79601-5123

**VISA**

| ACCOUNT NUMBER | PAYMENT DUE DATE | PLEASE WRITE TOTAL AMOUNT ENCLOSED |
|---|---|---|
| XXXXXXXXXXXXXXX5697 | 09/25/2018 | |
| NEW BALANCE | AMOUNT DUE | $ _____ |
| $0.00 | CORPORATE BILLED | |

MAKE CHECK PAYABLE TO:

>012899 5577107 0002 081020 10Z
MARK SARANIE
GARDEN OAKS MAINTEN
4001 GARDEN OAKS BLVD
STE 216
HOUSTON TX 77018

PROSPERITY BANK
DEPARTMENT #351
P.O. BOX 21228
TULSA, OK 74121-1228



79440546900000621950000000000000000396217

Case 18-34658 Document 96 Filed in TXSB on 10/25/18 Page 16 of 25



**PROSPERITY BANK**

| | | | |
|---|---|---|---|
| Corporate Number | 0007944804800920446 | Previous Account Balance | $120.26 |
| Account Number | 0004054699990020204 | (-) Payments and Credits | $120.26 |
| Statement Closing Date | 08/31/2018 | (+) Purchases and Debits | $396.21 |
| Days This Period | 31 | (+) **FINANCE CHARGES** | $0.00 |
| Payment Amount Due | $20.00 | (=) New Ending Balance | $396.21 |
| Payment Due Date | 09/25/2018 | Credit Limit: | $1,000.00 |
| | | Available Credit: | $603.79 |

## ACCOUNT SUMMARY

GARDEN OAKS MAINTEN
GARDEN OAKS MAINTEN
4001 GARDEN OAKS BLVD
STE 216
HOUSTON TX  77018

| | |
|---|---|
| Interest YTD | $0.00 |
| Cycle Days | 31 |
| Total Number of Disputes | 0 |
| Total Amount of Disputes | $0.00 |
| Total Amount Past Due: | $0.00 |

**Questions?** View your account information online at www.prosperitybankusa.com or call our Customer Service Center toll free at 1-855-340-8771 or 1-301-945-5745.

**Send Billing Inquiries and Correspondence to:** Card Services, P.O. Box 183258, Columbus, OH 43218-3258.

**Mail Payments to:** Prosperity Bank, Department #350, P O Box 21228, Tulsa, Ok 74121-1228.

## ACCOUNT BALANCES AND FINANCE CHARGES

| Plan ID | Plan Description | Previous Balance | Purchases/ Debits | Payments/ Credits | **FINANCE CHARGE** | Current Balance |
|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10002 | PURCHASE PLAN | $120.26 | $396.21 | $120.26 | $0.00 | $396.21 |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Plan ID | Plan Description | Transfer In | Transfer Out | Minimum Payment | Avg Daily Balance | Base Rate | Actuarial APR |
|---|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $20.00 | $0.00 | .0990000 | 9.90% |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |

TEAR OFF THIS PAYMENT STUB AND MAIL WITH YOUR CHECK OR MONEY ORDER TO THE ADDRESS BELOW.



☐ Check this box to indicate any **ADDRESS CHANGES** detailed on back.

PROSPERITY BANK
402 CYPRESS ST. SUITE 100
ABILENE, TX 79601-5123

# VISA

| ACCOUNT NUMBER | PAYMENT DUE DATE | PLEASE WRITE TOTAL AMOUNT ENCLOSED |
|---|---|---|
| 0004054699990020204 | 09/25/2018 | |
| **NEW BALANCE** | **AMOUNT DUE** | |
| $396.21 | $20.00 | $ _____ |

MAKE CHECK PAYABLE TO:

GARDEN OAKS MAINTEN
GARDEN OAKS MAINTEN
4001 GARDEN OAKS BLVD
STE 216
HOUSTON TX  77018

PROSPERITY BANK
DEPARTMENT #351
P.O. BOX 21228
TULSA, OK 74121-1228

0004054699990020204000000020000000396215

GOMO

**Prosperity MM 4013, Period Ending 09/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 10/09/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 18,279.87 |
| Interest earned | 9.77 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 18,289.64 |
| | |
| Register balance as of 09/30/2018 | 18,289.64 |



# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

16381 1 AB 0.408
GARDEN OAKS MAINTENANCE ORG, INC.
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

| | |
|---|---|
| Statement Date | 9/30/2018 |
| Account No | 215094013 |
| | Page 1 of 3 |

| STATEMENT SUMMARY | | | | TX Business Money Market Account No 215094013 |
|---|---|---|---|---:|
| 09/01/2018 | Beginning Balance | | | $18,279.87 |
| | 1 | Deposits/Other Credits | + | $9.77 |
| | 0 | Checks/Other Debits | - | $0.00 |
| 09/30/2018 | Ending Balance | 30 | Days in Statement Period | $18,289.64 |

| DEPOSITS/OTHER CREDITS | | |
|---|---|---:|
| Date | Description | Amount |
| 09/30/2018 | Accr Earning Pymt Added to Account | $9.77 |

| DAILY ENDING BALANCE | | | |
|---|---|---|---|
| Date | Balance | Date | Balance |
| 09-01 | $18,279.87 | 09-30 | $18,289.64 |

### EARNINGS SUMMARY

** Below is an itemization of the Earnings paid this period.  **

| Interest Paid This Period | $9.77 | Annual Percentage Yield Earned | 0.65 % |
|---|---|---|---|
| Interest Paid YTD | $13.79 | Days in Earnings Period | 30 |

0000



102371 : 01638101

MEMBER FDIC          EQUAL HOUSING LENDER          NYSE Symbol "PB"

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

**In case of errors or questions about your electronic transfers**, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**
SHOWN ON THIS STATEMENT $ _____

**ADD + (IF ANY)**
DEPOSITS NOT SHOWN
ON THIS STATEMENT $ _____

**TOTAL** $ _____

**SUBTRACT - (IF ANY)**
CHECKS OUTSTANDING $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| MISC. CHARGES | |
| TOTAL | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS

GOMO

**Prosperity Holding 6864, Period Ending 09/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 10/09/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 632,025.63 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 632,025.63 |
| | |
| Register balance as of 09/30/2018 | 632,025.63 |



# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

| | |
|---|---|
| Statement Date | 9/30/2018 |
| Account No | 217186864 |
| | Page 1 of 3 |

16383 1 AB 0.408
GARDEN OAKS MAINTENANCE ORG, INC.
DEBTOR in POSSESSION CASE # 18-60018
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

| STATEMENT SUMMARY | | | TX Small Business Check Account No 217186864 | |
|---|---|---|---|---|
| 09/01/2018 | Beginning Balance | | | $632,025.63 |
| | 0 | Deposits/Other Credits | + | $0.00 |
| | 0 | Checks/Other Debits | - | $0.00 |
| 09/30/2018 | Ending Balance | 30 | Days in Statement Period | $632,025.63 |

| TOTAL OVERDRAFT FEES | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

| DAILY ENDING BALANCE | |
|---|---|
| Date | Balance |
| 09-01 | $632,025.63 |



MEMBER FDIC

LENDER

NYSE Symbol "PB"

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

**In case of errors or questions about your electronic transfers**, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**
SHOWN ON THIS STATEMENT                 $ _____

**ADD + (IF ANY)**
DEPOSITS NOT SHOWN                       $ _____
ON THIS STATEMENT

**TOTAL**                               $ _____

**SUBTRACT - (IF ANY)**
CHECKS OUTSTANDING                       $ _____

**BALANCE**                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|--------------------|--------|
| **NO.** | **AMOUNT** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **MISC. CHARGES** | |
| **TOTAL** | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS

0000

GOMO

**Prosperity Operating 6856, Period Ending 09/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 10/09/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 77,428.10 |
| Checks and payments cleared (3) | -3,031.90 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 74,396.20 |
| | |
| Uncleared transactions as of 09/30/2018 | -1,159.25 |
| Register balance as of 09/30/2018 | 73,236.95 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2018 | Check | 2715 | Progress Investment Properties | -950.00 |
| 09/11/2018 | Check | Online | Prosperity Visa | -889.40 |
| 09/19/2018 | Check | 2722 | Pamela Parks | -1,192.50 |
| Total | | | | -3,031.90 |

**Additional Information**

Uncleared checks and payments as of 09/30/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/18/2018 | Check | 2721 | Sarah L. Crowder | -128.60 |
| 09/18/2018 | Check | 2720 | Progress Investment Properties | -950.00 |
| 09/18/2018 | Check | 2719 | Mark Saranie | -80.65 |
| Total | | | | -1,159.25 |



# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

|  |  |
|---|---|
| Statement Date | 9/30/2018 |
| Account No | 217186856 |
| | Page 1 of 4 |

16382 1 AB 0.408
GARDEN OAKS MAINTENANCE ORG, INC.
DEBTOR in POSSESSION CASE # 18-60018
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507



## STATEMENT SUMMARY — TX Small Business Check Account No 217186856

| Date | Description | | Amount |
|---|---|---|---|
| 09/01/2018 | Beginning Balance | | $77,428.10 |
| | 0  Deposits/Other Credits | + | $0.00 |
| | 3  Checks/Other Debits | - | $3,031.90 |
| 09/30/2018 | Ending Balance    30    Days in Statement Period | | $74,396.20 |
| | Total Enclosures | | 2 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 2715 | 09-04 | $950.00 | 2722* | 09-26 | $1,192.50 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/11/2018 | ACH Payment PROSPERITY BANK VISA PAY 944804800020446 113 | $889.40 |

## TOTAL OVERDRAFT FEES

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-01 | $77,428.10 | 09-11 | $75,588.70 |
| 09-04 | $76,478.10 | 09-26 | $74,396.20 |

MEMBER FDIC          EQUAL HOUSING LENDER          NYSE Symbol "PB"

GARDEN OAKS MAINTENANCE ORG, INC.                    Account No          217186856

Page 2 of 4





| 9/4/2018 | 2715 | $950.00 | 9/26/2018 | 2722 | $1,192.50 |
|----------|------|---------|-----------|------|-----------|

0000