IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **Garden Oaks Maintenance** | § | **CASE NO. 18-60018** |
| **Organization, Inc.,** | § | |
|     Debtor | | |

## OBJECTION TO FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**COMES NOW**, Garden Oaks Maintenance Organization, Inc., Debtor In Possession, ("Debtor") and files this Objection To The First Interim Application For Allowance Of Compensation And Reimbursement Of Expenses, and respectfully shows the Court as follows:

1. Paragraph 1 of the Application does not contain factual allegations that require a response.
2. Paragraph 2 of the Application does not contain factual allegations that require a response.
3. Debtor admits the factual allegations contained in paragraph 3 of the Application.
4. Debtor admits the factual allegations contained in paragraph 4 of the Application.
5. Debtor admits the factual allegations contained in paragraph 5 of the Application.
6. Debtor admits the factual allegations contained in paragraph 6 of the Application.
7. Debtor admits the factual allegations contained in paragraph 7 of the Application.

8. Debtor admits the factual allegations contained in paragraph 8 of the Application.

9. Debtor admits the factual allegations contained in paragraph 9 of the Application.

10. Debtor is unable to admit or deny the factual allegations contained in paragraph 10 of the Application.

11. Debtor admits the factual allegations contained in paragraph 11 of the Application.

12. Debtor is unable to admit or deny the factual allegations contained in paragraph 12 of the Application.

13. Debtor admits the factual allegations contained in paragraph 13 of the Application.

14. Debtor is unable to admit or deny the factual allegations contained in paragraph 14 of the Application.

15. Debtor admits the factual allegations contained in paragraph 15 of the Application.

16. Debtor is unable to admit or deny the factual allegations contained in paragraph 16 of the Application.

17. Paragraph 17 of the Application does not contain factual allegations that require a response.

18. Debtor is unable to admit or deny the factual allegations contained in paragraph 18 of the Application.

19. Debtor is unable to admit or deny the factual allegations contained in paragraph 19 of the Application.

20. Debtor is unable to admit or deny the factual allegations contained in paragraph 20 of the Application.

21. Paragraph 21 of the Application does not contain factual allegations that require a response.

22. Debtor admits the factual allegations contained in paragraph 22 of the Application.
23. Debtor is unable to admit or deny the factual allegations contained in paragraph 23 of the Application.
24. Debtor is unable to admit or deny the factual allegations contained in paragraph 24 of the Application.
25. Debtor admits the factual allegations contained in paragraph 25 of the Application.
26. Debtor admits the factual allegations contained in paragraph 26 of the Application.
27. Debtor is unable to admit or deny the factual allegations contained in paragraph 27 of the Application.
28. Debtor admits the factual allegations contained in paragraph 28 of the Application.
29. Debtor is unable to admit or deny the factual allegations contained in paragraph 29 of the Application.
30. Debtor admits the factual allegations contained in paragraph 30 of the Application.
31. Debtor is unable to admit or deny the factual allegations contained in paragraph 31 of the Application.
32. Debtor admits the factual allegations contained in paragraph 32 of the Application.
33. Debtor is unable to admit or deny the factual allegations contained in paragraph 33 of the Application.
34. Debtor denies the factual allegations contained in paragraph 34 of the Application.
35. Debtor denies the factual allegations contained in paragraph 35 of the Application.

36. Paragraph 36 of the Application does not contain factual allegations that require a response.

37. Debtor denies the factual allegations contained in paragraph 37 of the Application.

38. Debtor denies the factual allegations contained in paragraph 38 of the Application.

**WHEREFORE**, Debtor requests the Court to deny the Application, and to grant it such other and further relief, at law or in equity, to which it may be justly entitled.

Dated: November 27, 2018.

          Respectfully submitted,

By:   */s/ Johnie Patterson*
      Johnie Patterson
      attorney-in-charge
      SBN 15601700
      Counsel for TSOC

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577 (telephone)
713.956.5570 (fax)
jjp@walkerandpatterson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Objection* was served electronically upon Charles Rubio on November 27, 2018.

          */s/ Johnie Patterson*
          Johnie Patterson