IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Garden Oaks Maintenance Org., Inc, | § | CASE NO.   18-60018-H2-11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for December 20, 2018 to consider the Debtor's Disclosure Statement has been reset as follows:

**DATE:**   January 8, 2019

**TIME:**   3:00pm

**LOCATION:**   Courtroom 400, 4th Floor, 515 Rusk, Houston, TX   77002

Dated:   December 13, 2018

                        Respectfully submitted,

                    By:   */s/ Johnie Patterson*
                        Johnie Patterson
                        COUNSEL FOR THE DEBTOR
                        SBN 15601700

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice* was served upon the United States Trustee, Suite 3516, 515 Rusk, Houston, TX 77002 by electronic transmission, on all entities receiving notice pursuant to the Courts CM/ECF system, all parties requesting notice and was posted on the Debtor's website at www.gardenoaks.org on December 13, 2018.

                        */s/ Johnie Patterson*
                        Johnie Patterson