UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: Garden Oaks Maintenance Org, Inc.

Petition Date: 04/11/2018

CASE NUMBER: 18-60018

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH November YEAR 2018

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

**CIRCLE ONE**

Are all accounts receivable being collected within terms? Yes   No   (Cash Basis Accounting)
Are all post-petition liabilities, including taxes, being paid within terms? (Yes)   No
Have any pre-petition liabilities been paid? Yes (No) If so, describe _____

Are all funds received being deposited into DIP bank accounts? Yes (No) As of Aug. 16 court ordered interest bearing account.
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe _____
Are all U. S. Trustee Quarterly Fee Payments current? (Yes)   No
What is the status of your Plan of Reorganization? Disclosure due Dec. 20, 2018

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*       EXP.
                                                    DATE
CASUALTY         YES( ) NO( )   __-__-__
LIABILITY         YES( ) NO( )   __-__-__
VEHICLE          YES( ) NO( )   __-__-__
WORKER'S         YES( ) NO( )   __-__-__
OTHER_____   YES( ) NO( )   __-__-__

ATTORNEY NAME: Johnie Patterson
FIRM: Walker & Patterson
ADDRESS: P.O. Box 61301
ADDRESS:
CITY, STATE ZIP: Houston, TX 77208
TELEPHONE: (713) 956-5577

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _Pamela Parks_____
(ORIGINAL SIGNATURE)

**MOR-1**

TITLE Office Manager, GOMO

CASE NAME: Garden Oaks Maintenance Organization    Petition Date: 04/22/2018
CASE NUMBER: 18-60018

**MONTHLY OPERATING REPORT SUMMARY FOR MONTH:**     November   2018

| MONTH | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 10.14 | 9.86 |
| INCOME BEFORE INT, DEP/TAX (MOR-6) | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | (3,352.99) | (4,588.39) | (1,488.31) |
| NET INCOME (LOSS) (MOR-6) | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | (3,352.99) | (4,588.39) | (1,488.31) |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 4,953.14 | (4,953.14) | 2,042.65 | 0.00 | 652.50 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | | 4,002.86 | 5,547.48 | 4,336.56 | 3,276.39 | 3,241.15 | 4,427.69 | 2,054.08 |

**MOR-1**

Case 18-60018   Document 69   Filed in TXSB on 01/08/19   Page 3 of 10

CASE NAME: Garden Oaks Maintenance Organization  
Petition Date: 04/22/2018  
CASE NUMBER: 18-60018

**COMPARATIVE BALANCE SHEETS**

| ASSETS | Filing Date 4/11/18 | MONTH Apr-18 | MONTH May-18 | MONTH Jun-18 | MONTH Jul-18 | MONTH Aug-18 | MONTH Sep-18 | MONTH Oct-18 | MONTH Nov-18 |
|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | |
| CASH | 501,708.65 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | 723,552.22 | 719,134.67 | 717,090.45 |
| ACCOUNTS RECIEVABLE, NET | | | | | | | | | |
| INVENTORY: LOWER OF COST OR MARKET | | | | | | | | | |
| PREPAID EXPENSES | | | | | | | | | |
| INVESTMENTS | | | | | | | | | |
| OTHER | | | | | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | | | |
| PROPERTY, PLANT & EQUIP, @COST | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 | 5,058.29 |
| LESS ACCUMULATED DEPRECIATION | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) | (3,990.49) |
| NET BOOK VALUE OF PP & E | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 | 1,067.80 |
| OTHER ASSETS | | | | | | | | | |
| 1) TAX DEPOSITS | | | | | | | | | |
| 2) INVESTMENTS IN SUBS | | | | | | | | | |
| 3) | | | | | | | | | |
| 4) (ATTACH LIST) | | | | | | | | | |
| **TOTAL ASSETS** | 502,776.45 | 577,756.60 | 580,921.12 | 645,869.37 | 706,944.17 | 727,851.40 | 724,620.02 | 720,202.47 | 718,158.25 |

**MOR-2**

CASE NAME: Garden Oaks Maintenance Organization    Petition Date: 04/22/2018
CASE NUMBER: 18-60018

**COMPARATIVE BALANCE SHEETS**

| | Filing Date | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES & OWNER'S EQUITY** | 4/11/18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 |
| **LIABILITIES:** | | | | | | | | | |
| Post-Petition Liabilities (MOR-4) | | | | | 120.26 | 476.86 | 598.47 | 769.31 | 213.40 |
| Notes Payable - Secured | | | | | | | | | |
| Priority Debt | | | | | | | | | |
| Federal Income Tax | | | | | | | | | |
| FICA/Withholding | | | | | | | | | |
| Unsecured Debt | | | | | | | | | |
| Other | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | | | |
| Preferred Stock | | | | | | | | | |
| Common Stock | | | | | | | | | |
| Additional Paid-In Capital | | | | | | | | | |
| Retained Earnings: Filing Date | | | | | | | | | |
| Retained Earnings: Post Filing Date | | | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | 706,823.91 | 727,374.54 | 724,021.55 | 719,433.16 | 717,944.85 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | | | | 706,944.17 | 727,851.40 | 724,620.02 | 720,202.47 | 718,158.25 |

**MOR-3**

CASE NAME: _____    CASE NUMBER: _____

# SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** |  |  |  |  |  |  |
| **TAX PAYABLE:** |  |  |  |  |  |  |
| Federal Payroll Taxes |  |  |  |  |  |  |
| State Payroll & Sales |  |  |  |  |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes |  |  |  |  |  |  |
| **TOTAL TAXES PAYABLE** |  |  |  |  |  |  |
| **SECURED DEBT POST-PETITION** |  |  |  |  |  |  |
| **ACCRUED INTEREST PAYABLE** |  |  |  |  |  |  |
| **\*ACCRUED PROFESSIONAL FEES:** |  |  |  |  |  |  |
| **OTHER ACCRUED LIABILITIES:** |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* |  |  |  |  |  |  |

∗ **Payment Requires Court Approval.**

**MOR-4**

*Revised:6/14/96*

CASE NAME: _____    CASE NUMBER: _____

## AGING OF POST-PETITION LIABILITIES
MONTH _____

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91 + DAYS | | | | | | |
| TOTAL | | | | | | |

**MOR-5**

*Revised: 6/14/96*

CASE NAME: Garden Oaks Maintenance Organization    Petition Date: 04/22/2018
CASE NUMBER: 18-60018

|  | Apr-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Running total |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues MOR-1 | 53.56 | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 10.14 | 9.86 | 242,575.99 |
|  |  |  |  |  |  |  |  |  |  |  |
| Gross Profits | 53.56 | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 10.14 | 9.86 | 242,575.99 |
|  |  |  |  |  |  |  |  |  |  |  |
| Selling & Mkting |  |  |  |  |  | 276.85 | 337.72 | 512.83 | 459.77 | 1,587.17 |
| Gen & Admin |  | 2,235.86 | 1,967.86 | 3,504.83 | 4,456.82 | 2,703.64 | 3,025.04 | 4,085.70 | 1,038.40 | 23,018.15 |
| Legal (Prof) Fees |  | 4,953.14 | -4,953.14 | 2,042.65 | 0.00 | 652.50 | 0.00 | 0.00 | 0.00 | 2,695.15 |
|  |  |  |  |  |  |  |  |  |  |  |
| Tot Op Expense |  | 7,189.00 | -2,985.28 | 5,547.48 | 4,456.82 | 3,632.99 | 3,362.76 | 4,598.53 | 1,498.17 | 25,802.30 |
|  |  |  |  |  |  |  |  |  |  |  |
| Net Income pre TAX | 53.56 | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | -3,352.99 | -4,588.39 | -1,488.31 | 216,763.83 |
| TAX |  |  |  |  |  |  |  |  |  |  |
| Net Income MOR-1 | 53.56 | 75,033.71 | 3,164.52 | 64,948.25 | 60,954.54 | 20,550.63 | -3,352.99 | -4,588.39 | -1,488.31 | 216,763.83 |

**MOR-6**

CASE NAME: Garden Oaks Maintenance Organization  Petition Date: 04/22/2018
CASE NUMBER: 18-60018

|  | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | 6 mo to date |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning Mo.** | 501,655.09 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | 723,552.22 | 719,134.67 | |
| **Receipts** | | | | | | | | | |
| Cash Sales | 82,169.15 | 125.00 | 70,423.42 | 65,386.36 | 24,179.60 | 0.00 | 0.00 | 0.00 | 242,283.53 |
| Other | 53.56 | 54.24 | 72.31 | 25.00 | 4.02 | 9.77 | 10.14 | 9.86 | 238.90 |
| **Total Receipts** | 82,222.71 | 179.24 | 70,495.73 | 65,411.36 | 24,183.62 | 9.77 | 10.14 | 9.86 | 242,522.43 |
| **Disbursements** | | | | | | | | | |
| Rent | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 950.00 | 1,900.00 | 0.00 | 7,600.00 |
| Admin & Selling | 1,285.86 | 1,017.86 | 2,554.83 | 3,061.56 | 1,673.89 | 2,291.15 | 2,202.69 | 2,054.08 | 16,141.92 |
| Legal (Professional) | 4,953.14 | -4,953.14 | 2,042.65 | 0.00 | 652.50 | 0.00 | 0.00 | 0.00 | 2,695.15 |
| US Trustee Fees | | | | 325.00 | 0.00 | 0.00 | 325.00 | 0.00 | 650.00 |
| **Total Disbursements** | 7,189.00 | -2,985.28 | 5,547.48 | 4,336.56 | 3,276.39 | 3,241.15 | 4,427.69 | 2,054.08 | 27,087.07 |
| Net Cash Flow | 75,033.71 | 3,164.52 | 64,948.25 | 61,074.80 | 20,907.23 | -3,231.38 | -4,417.55 | -2,044.22 | 215,435.36 |
| Cash end mo. MOR-2 | 576,688.80 | 579,853.32 | 644,801.57 | 705,876.37 | 726,783.60 | 723,552.22 | 719,134.67 | 717,090.45 | |

**MOR-7**

CASE NAME: Garden Oaks Maintenance Organization	Petition Date: 04/22/2018
CASE NUMBER: 18-60018

| CASH ACCOUNT RECONCILIATION | | | | |
| --- | --- | --- | --- | --- |
| MONTH OF November 2018 | | | | |
| BANK NAME | Prosperity Operating | Prosperity NonOperating | Prosperity MnMkt | |
| ACCOUNT NUMBER | 217186856 | 217186869 | 215094013 | |
| ACCOUNT TYPE | Operating | No Spend | Interest Bearing | Total |
| BANK BALANCE | 66,592.81 | 632,025.63 | 18,472.01 | 717,090.45 |
| DEPOSIT IN TRANSIT | | | | 0.00 |
| OUTSTANDING CHECKS | 0.00 | | | 0.00 |
| ADJUSTED BANK BALANCE | 66,592.81 | 632,025.63 | 18,472.01 | 717,090.45 |
| BEGINNING CASH- PER BOOKS | 68,646.89 | 632,025.63 | 18,462.15 | 719,134.67 |
| RECEIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | |
| INTEREST MnMKT ACCT | | | 9.86 | 9.86 |
| CHECKS/OTHER DISBURSEMENTS | 2,054.08 | 0.00 | 0.00 | 2,054.08 |
| ENDING CASH - PER BOOKS | 66,592.81 | 632,025.63 | 18,472.01 | 717,090.45 |

**MOR-8**

CASE NAME: Garden Oaks Maintenance Organization      Petition Date: 04/22/2018
                                                     CASE NUMBER: 18-60018

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | | | |

| PROFESSIONALS: NAME/ORDER DATE | MONTH Apr-18 | MONTH May-18 | MONTH Jun-18 | MONTH Jul-18 | MONTH Aug-18 | MONTH Sep-18 | MONTH Oct-18 | MONTH Nov-18 |
|---|---|---|---|---|---|---|---|---|
| 1. Barsalou & Associates, PLLC | 4953.14 | (4953.14) | 2042.65 | 0.00 | 652.50 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 4953.14 | (4953.14) | 2042.65 | 0.00 | 652.50 | 0.00 | 0.00 | 0.00 |

**MOR-9**