# GOMO

## BALANCE SHEET

As of November 30, 2018

| | TOTAL | |
|---|---|---|
| | AS OF NOV 30, 2018 | AS OF NOV 30, 2017 (PY) |
| ASSETS | | |
| Current Assets | | |
| Bank Accounts | | |
| Compass Bank Checking | 0.00 | 163,625.80 |
| Compass Debit 7617 | 0.00 | 545.10 |
| Compass MM 7245 | 0.00 | 398,629.26 |
| Prosperity Holding 6864 | 632,025.63 | |
| Prosperity MM 4013 | 18,472.01 | |
| Prosperity Operating 6856 | 66,592.81 | |
| **Total Bank Accounts** | **$717,090.45** | **$562,800.16** |
| **Total Current Assets** | **$717,090.45** | **$562,800.16** |
| Fixed Assets | | |
| Accumulated Depreciation | -3,990.49 | -3,990.49 |
| Computers & Printers | 3,197.90 | 3,197.90 |
| Equipment | 1,589.76 | 1,589.76 |
| Office Furniture | 270.63 | 270.63 |
| **Total Fixed Assets** | **$1,067.80** | **$1,067.80** |
| **TOTAL ASSETS** | **$718,158.25** | **$563,867.96** |
| LIABILITIES AND EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Credit Cards | | |
| Credit Card | 213.40 | |
| **Total Credit Cards** | **$213.40** | **$0.00** |
| **Total Current Liabilities** | **$213.40** | **$0.00** |
| **Total Liabilities** | **$213.40** | **$0.00** |
| Equity | | |
| Unrestricted Net Assets | 719,433.16 | 544,457.20 |
| Net Income | -1,488.31 | 19,410.76 |
| **Total Equity** | **$717,944.85** | **$563,867.96** |
| **TOTAL LIABILITIES AND EQUITY** | **$718,158.25** | **$563,867.96** |

# Garden Oaks Maintenance Organization

## STATEMENT OF REVENUES COLLECTED & EXPENSES PAID

### November 2018

| | TOTAL | |
|---|---|---|
| | NOV 2018 | NOV 2018 (YTD) |
| Income | | |
| Interest Income | 9.86 | 9.86 |
| **Total Income** | **$9.86** | **$9.86** |
| GROSS PROFIT | **$9.86** | **$9.86** |
| Expenses | | |
| Advertising and Promotion | 459.77 | 459.77 |
| Bank Service Fees | 35.00 | 35.00 |
| Computer and Internet Expenses | | |
| Cloud Storage Fees | 111.93 | 111.93 |
| Internet Service Fees | 81.62 | 81.62 |
| **Total Computer and Internet Expenses** | **193.55** | **193.55** |
| Office/General Administrative Expenses | 20.00 | 20.00 |
| Professional Fees | | |
| Office Manager | 770.00 | 770.00 |
| **Total Professional Fees** | **770.00** | **770.00** |
| Repairs and Maintenance | 12.39 | 12.39 |
| Telephone Expense | 7.46 | 7.46 |
| **Total Expenses** | **$1,498.17** | **$1,498.17** |
| NET OPERATING INCOME | **$ -1,488.31** | **$ -1,488.31** |
| NET INCOME | **$ -1,488.31** | **$ -1,488.31** |