GOMO

**Prosperity Operating 6856, Period Ending 11/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 12/07/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 70,906.19 |
| Service charge | -35.00 |
| Checks and payments cleared (5) | -4,278.38 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 66,592.81 |
| | |
| Register balance as of 11/30/2018 | 66,592.81 |
| Cleared transactions after 11/30/2018 | 0.00 |
| Uncleared transactions after 11/30/2018 | -7,500.00 |
| Register balance as of 12/07/2018 | 59,092.81 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/16/2018 | Check | 2724 | Pamela Parks | -1,249.30 |
| 10/16/2018 | Check | 2727 | Progress Investment Properties | -950.00 |
| 10/16/2018 | Check | 2729 | Sarah L. Crowder | -60.00 |
| 11/01/2018 | Check | Online | Prosperity Visa | -769.31 |
| 11/13/2018 | Check | 2732 | Pamela Parks | -1,249.77 |
| Total | | | | -4,278.38 |

**Additional Information**

Uncleared checks and payments after 11/30/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/05/2018 | Check | 2733 | ROBERTS MARKEL WEINBE… | -7,500.00 |
| Total | | | | -7,500.00 |



# PROSPERITY BANK®

| | |
|---|---|
| | Statement Date 11/30/2018 |
| 16762 1 AB 0.408 | Account No 217186856 |
| GARDEN OAKS MAINTENANCE ORG, INC. | |
| DEBTOR in POSSESSION CASE # 18-60018 | Page 1 of 2 |
| 4001 N SHEPHERD DR STE 216 | |
| HOUSTON TX 77018-5507 | |

## STATEMENT SUMMARY — TX Small Business Check Account No 217186856

| Date | Description | | Amount |
|---|---|---|---|
| 11/01/2018 | Beginning Balance | | $70,906.19 |
| | 0 Deposits/Other Credits | + | $0.00 |
| | 6 Checks/Other Debits | − | $4,313.38 |
| 11/30/2018 | Ending Balance   30 Days in Statement Period | | $66,592.81 |
| | Total Enclosures | | 4 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 2724 | 11-23 | $1,249.30 | 2729* | 11-28 | $60.00 |
| 2727* | 11-21 | $950.00 | 2732* | 11-20 | $1,249.77 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/01/2018 | Stop Pmt Charge Stop Payment Charge | $35.00 |
| 11/07/2018 | ACH Payment PROSPERITY BANK VISA PAY 054694000045697 113 | $769.31 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11-01 | $70,871.19 | 11-20 | $68,852.11 | 11-23 | $66,652.81 |
| 11-07 | $70,101.88 | 11-21 | $67,902.11 | 11-28 | $66,592.81 |

MEMBER FDIC        NYSE Symbol "PB"

GARDEN OAKS MAINTENANCE ORG, INC.                              Account No        217186856

                                                                                 Page 2 of 2

      

11/23/2018          2724          $1,249.30         11/21/2018          2727          $950.00

11/28/2018          2729          $60.00            11/20/2018          2732          $1,249.77

0000