GOMO

**Prosperity MM 4013, Period Ending 11/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 12/07/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 18,462.15 |
| Interest earned | 9.86 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 18,472.01 |
| | |
| Register balance as of 11/30/2018 | 18,472.01 |

# PROSPERITY BANK®

| | |
|---|---|
| | Statement Date 11/30/2018 |
| 16761 1 AB 0.408 | Account No 215094013 |
| GARDEN OAKS MAINTENANCE ORG, INC. | Page 1 of 1 |
| 4001 N SHEPHERD DR STE 216 | |
| HOUSTON TX 77018-5507 | |

## STATEMENT SUMMARY
TX Business Money Market Account No 215094013

| Date | | | | |
|---|---|---|---|---|
| 11/01/2018 | Beginning Balance | | | $18,462.15 |
| | 1 Deposits/Other Credits | | + | $9.86 |
| | 0 Checks/Other Debits | | - | $0.00 |
| 11/30/2018 | Ending Balance | 30 Days in Statement Period | | $18,472.01 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/30/2018 | Accr Earning Pymt Added to Account | $9.86 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11-01 | $18,462.15 | 11-30 | $18,472.01 |

## EARNINGS SUMMARY

** Below is an itemization of the Earnings paid this period. **

| | | | |
|---|---|---|---|
| Interest Paid This Period | $9.86 | Annual Percentage Yield Earned | 0.65 % |
| Interest Paid YTD | $33.79 | Days in Earnings Period | 30 |



MEMBER FDIC                    NYSE Symbol "PB"