GOMO

**Prosperity Holding 6864, Period Ending 11/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 12/07/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---:|
| Statement beginning balance | 632,025.63 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 632,025.63 |
| | |
| Register balance as of 11/30/2018 | 632,025.63 |

# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 11/30/2018 |
| Account No | 217186864 |
| | Page 1 of 1 |

16763 1 AB 0.408
GARDEN OAKS MAINTENANCE ORG, INC.
DEBTOR in POSSESSION CASE # 18-60018
4001 N SHEPHERD DR STE 216
HOUSTON TX 77018-5507

## STATEMENT SUMMARY — TX Small Business Check Account No 217186864

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/01/2018 | Beginning Balance | | | $632,025.63 |
| | 0 Deposits/Other Credits | | + | $0.00 |
| | 0 Checks/Other Debits | | − | $0.00 |
| 11/30/2018 | Ending Balance | 30 Days in Statement Period | | $632,025.63 |

### TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

### DAILY ENDING BALANCE

| Date | Balance |
|---|---|
| 11-01 | $632,025.63 |



MEMBER FDIC                                                                 NYSE Symbol "PB"