GOMO

**Credit Card, Period Ending 11/30/2018**

**RECONCILIATION REPORT**

Reconciled on: 12/07/2018

Reconciled by: Sarah L Crowder

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                      USD

Statement beginning balance                                                                   769.31
Charges and cash advances cleared (4)                                                         213.40
Payments and credits cleared (1)                                                             -769.31
Statement ending balance                                                                      213.40

Register balance as of 11/30/2018                                                             213.40

**Details**

Charges and cash advances cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/15/2018 | Expense | | Comcast | 81.62 |
| 11/15/2018 | Expense | | Sears Roebuck | 12.39 |
| 11/19/2018 | Expense | | Box.net | 111.93 |
| 11/26/2018 | Expense | | Ooma, Inc. | 7.46 |
| Total | | | | 213.40 |

Payments and credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2018 | Check | Online | Prosperity Visa | -769.31 |
| Total | | | | -769.31 |

<mark>Case 18-60018 Document 69-5 Filed in TXSB on 01/08/19 Page 2 of 4</mark>



| | | |
|---|---|---|
| Account Number | XXXXXXXXXXXXXX5697 | |
| Statement Closing Date | 11/30/2018 | |
| Days This Period | 30 | |
| Payment Amount Due | $20.00 | |
| Payment Due Date | 12/25/2018 | |

| | |
|---|---|
| Previous Account Balance | $769.31 |
| (-) Payments and Credits | $769.31 |
| (+) Purchases and Debits | $213.40 |
| (+) **FINANCE CHARGES** | $0.00 |
| (=) New Ending Balance | $213.40 |
| Credit Limit: | $1,000.00 |
| Available Credit: | $786.60 |

Page 1 of 2

## ACCOUNT SUMMARY

MARK SARANIE
GARDEN OAKS MAINTEN
4001 N SHEPHERD
STE 216
HOUSTON TX  77018

| | |
|---|---|
| Interest YTD | $0.00 |
| Cycle Days | 30 |
| Total Number of Disputes | 0 |
| Total Amount of Disputes | $0.00 |
| Total Amount Past Due: | $0.00 |

**Questions?** View your account information online at www.prosperitybankusa.com or call our Customer Service Center toll free at 1-855-340-8771 or 1-301-945-5745.

**Send Billing Inquiries and Correspondence to:** Card Services, P.O. Box 183258, Columbus, OH 43218-3258.

**Mail Payments to:** Prosperity Bank, Department #350, P O Box 21228, Tulsa, Ok 74121-1228.

## ACCOUNT BALANCES AND FINANCE CHARGES

| Plan ID | Plan Description | Previous Balance | Purchases/ Debits | Payments/ Credits | FINANCE CHARGE | Current Balance |
|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10002 | PURCHASE PLAN | $769.31 | $213.40 | $769.31 | $0.00 | $213.40 |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Plan ID | Plan Description | Transfer In | Transfer Out | Minimum Payment | Avg Daily Balance | Base Rate | Actuarial APR |
|---|---|---|---|---|---|---|---|
| 10001 | CASH ADVANCE PLAN | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |
| 10002 | PURCHASE PLAN | $0.00 | $0.00 | $20.00 | $0.00 | .0990000 | 9.90% |
| 10003 | BALANCE TRANSFER | $0.00 | $0.00 | $0.00 | $0.00 | .0990000 | 9.90% |

TEAR OFF THIS PAYMENT STUB AND MAIL WITH YOUR CHECK OR MONEY ORDER TO THE ADDRESS BELOW.

☐ Check this box to indicate any **ADDRESS CHANGES** detailed on back.

**PROSPERITY BANK**
402 CYPRESS ST. SUITE 100
ABILENE, TX 79601-5123



| ACCOUNT NUMBER | PAYMENT DUE DATE | PLEASE WRITE TOTAL AMOUNT ENCLOSED |
|---|---|---|
| XXXXXXXXXXXXXX5697 | 12/25/2018 | |
| NEW BALANCE | AMOUNT DUE | |
| $213.40 | $20.00 | $ _____ |

MAKE CHECK PAYABLE TO:

>035522 5833512 0001 081020 10Z
MARK SARANIE
GARDEN OAKS MAINTEN
4001 N SHEPHERD
STE 216
HOUSTON TX  77018

PROSPERITY BANK
DEPARTMENT #351
P.O. BOX 21228
TULSA, OK 74121-1228

79440546900000621950000000200000000213403

LOST OR STOLEN CARDS: If you notice the loss or theft of your credit Card or a possible unauthorized use of your Card, you should contact us immediately:

**ADDRESS:**
Prosperity Bank
Credit Card Department
402 Cypress St., Suite 100
Abilene, Texas 79601

**Telephone:**
855-340-8771

**International Telephone:**
301-945-5745

Generally, you will not be liable for any unauthorized use that occurs after you notify us. You will have zero (0) liability unless we reasonably determine, based on substantial evidence, that you were fraudulent or negligent in the handling of your Card or Account. And you may be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed the lesser of $50 or the amount of money, property, labor, or services obtained by the unauthorized use before notification to us.

**PAYMENT OPTIONS:** To make a payment by phone, call us toll free at 855-340-8771 and follow the instructions provided or speak to a customer service representative. To make a payment online or to set up automatic monthly payments, visit our credit card website at https://onlineaccessplus.com/prosperitybankusa/ (registration required).

**MAILED PAYMENTS:** Mail your payments to the payment address specified on the statement. Overnight payments may be sent to: Prosperity Bank, ATTN: Credit Card Department, 402 Cypress St., Suite 100, Abilene, TX, 79601. Use the enclosed envelope and include the payment coupon from the bottom of the statement with your check.

**ADDRESS and EMAIL CHANGES:** Please call Customer Service toll free at 855-340-8771 and speak to a customer service representative.

**DISPUTES:**
It is your responsibility to review your statement or other documentation regarding transactions on your Account, such as without limitation reports or notices, promptly upon receipt.

If you think there is an error on your statement, write to us at: Credit Cardholder Services Disputes
P.O. Box 183258
Columbus, OH 43218-3258
or call us at the number on the back of your Card and or statement 1-855-340-8771, and tell us your name, Account number, dollar amount of the suspected error, and a description of the problem.

You agree to provide notice of, and at our request, reasonable documentation, regarding the problem within a reasonable time (not to exceed sixty (60) calendar days) from the date of discovery or your receipt of the first statement, report, or notice reflecting the problem, whichever occurs first, unless applicable law provides otherwise. If you fail to notify us of any discrepancy within sixty (60) calendar days of receipt of a monthly statement containing such information, you shall be precluded from asserting such discrepancy against us, and we shall not be liable for any losses resulting from your failure to give timely notice.

**BALANCE COMPUTATION METHOD:** Here is how we compute the balance subject to finance charge: We figure the balance subject to finance charge on your Account by the "average daily balance" (including current transactions) method. To get the "average daily balance," we take the beginning balance on your Account each day, add any new purchases/advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which will be the balance subject to the finance charge.

**PAYING INTEREST:** You will not pay a finance charge on Credit Purchases if you fully pay your Account each month by the due date shown on your statement. You will, however, pay a finance charge on all Cash Advances from the day they are posted to your Account. The first statement you receive that shows a Cash Advance will include a finance charge for the Cash Advance from the date it was posted to your Account. If you fully pay your Account, including the finance charge on the Cash Advance, by the date shown on that statement, you will not pay a further finance charge on that Cash Advance.



Account Number
XXXXXXXXXXXXXX5697

Page 2 of 2



## Important Messages

THANK YOU FOR CHOOSING PROSPERITY BANK FOR YOUR CREDIT CARD NEEDS.

## TRANSACTIONS THIS BILLING PERIOD

| Transaction Date | Posting Date | Reference Number | Transaction Description | $ Amount |
|---|---|---|---|---|
| | | | TRANSACTIONS | |
| Account Level | | | | |
| 11/06 | 11/06 | 19999999981106996230070 | ACH PAYMENT - THANK YOU | $769.31- |
| Card Number Ending in 5697 | | | | |
| 11/15 | 11/15 | VT1831924420000100001499 | COMCAST OF HOUSTON 713-341-1000 TX | $81.62+ |
| 11/15 | 11/18 | VT1832224420000100002564 | SEARS ROEBUCK 1127 HOUSTON TX | $12.39+ |
| 11/19 | 11/20 | VT1832424420000100001939 | BOX*BOX.NET BUS SRVCS 877-7294269 CA | $111.93+ |
| 11/26 | 11/26 | VT1833024420000100001061 | OOMA,INC 888-711-6662 CA | $7.46+ |



### 2018 Total Year-to-Date

Total fees charged in 2018 $0.00
Total interest charged in 2018 $0.00