IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Garden Oaks Maintenance Org., Inc. | § | CASE NO.   18-60018-H2-11 |
| | § | |
| *DEBTOR* | § | |

## ORDER APPROVING SOLICITATION MATERIAL
[Relates To Docket #_____]

It is

**ORDERED** that the attached summary is hereby approved to be included in any or all of the solicitation packages, and it is further

**ORDERED** that for purposes of soliciting acceptances/rejections of the Debtor's proposed Chapter 11 Plan, the following material shall be provided to the identified Classes:

a. Exhibit A (the "Summary") to be included in all packages for all classes, printed on yellow paper.

b. Classes 1, 2, 3 and 4
   i. Summary
   ii. Ballot
   iii. Order Setting Deadlines
   iv. Plan (exhibits on request)
   v. Disclosure Statement (exhibits on request)

c. Class 5(a)
   i. Summary
   ii. Ballot
   iii. Order Setting Deadlines
   iv. Plan (exhibits on request)
   v. Disclosure Statement (exhibits on request)
   vi. Redlined and Clean Version of Bylaws
   vii. Redlined and Clean Version of Section 1 Amended Deed Restrictions

d. Class 5(b)
   i. Summary

      ii. Ballot
     iii. Order Setting Deadlines
     iv. Plan (exhibits on request)
      v. Disclosure Statement (exhibits on request)
     vi. Redlined and Clean Version of Bylaws
    vii. Redlined and Clean Version of Section 2 Amended Deed Restrictions

e. Class 5(c)
       i. Summary
      ii. Ballot
     iii. Order Setting Deadlines
     iv. Plan (exhibits on request)
      v. Disclosure Statement (exhibits on request)
     vi. Redlined and Clean Version of Bylaws
    vii. Redlined and Clean Version of Section 3 Amended Deed Restrictions

f. Class 5(d)
       i. Summary
      ii. Ballot
     iii. Order Setting Deadlines
     iv. Plan (exhibits on request)
      v. Disclosure Statement (exhibits on request)
     vi. Redlined and Clean Version of Bylaws
    vii. Redlined and Clean Version of Section 5 Amended Deed Restrictions

and it is further

**ORDERED** that the documents identified above for each Class shall be referred to as the "Solicitation Package".

Dated: _____

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE