IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | ENTERED |
| Garden Oaks Maintenance Org., Inc. | § CASE NO. 18-60018-H2-11 | 01/29/2019 |
| | § | |
| *DEBTOR* | § | |

**ORDER UNDER 11 U.S.C. § 1125 AND FED. R. BANKR. P. 3017 CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING DEADLINES FOR VOTING AND OBJECTIONS AND SETTING FINAL HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION HEARING**

[Relates To Docket #_____]

The Court has considered the Amended Disclosure Statement (the "Disclosure Statement") submitted by the Debtor. The Court has determined that (i) the Disclosure Statement should be conditionally approved, (ii) deadlines should be established for voting and objections and (iii) a hearing should be scheduled to consider final approval of the Disclosure Statement and Confirmation of the Plan. Accordingly, it is

ORDERED THAT:

1. The Disclosure Statement is conditionally approved. The Debtor is authorized to solicit votes with respect to the Plan.

2. The Debtor shall mail a copy of the appropriate Solicitation Package (as defined in Docket #__84__) to all known creditors and interest holders as provided by FED. R. BANKR. P. 3017(d) by February 15, 2019.

3. April 1, 2019 at 12:00 noon (prevailing Central Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be served by fax, mail, electronic mail or hand delivery to the counsel for the Debtor prior to the foregoing deadline in order to be counted.

   a. Fax – 713.956.5570
   b. Mail – P.O. Box 61301, Houston, TX 77208
   c. Electronic Mail – jjp@walkerandpatterson.com
   d. Hand Delivery – 4815 Dacoma, Houston, TX 77092

4. April 1, 2019 at 12:00 noon (prevailing Central Time) is the deadline for filing and serving written objections to confirmation of the Plan pursuant to FED. R. BANKR. P. 3020(b)(1) or final approval of the Disclosure Statement under 11 U.S.C. § 1125 and FED. R. BANKR. P. 3017. Any objections must be filed with the Clerk of this Court and must be served on or before such date on counsel for the Debtor.

5. The Court will conduct an evidentiary hearing in Courtroom 400, 4th Floor, United States Courthouse, 515 Rusk, Houston, Texas 77002 to consider final approval of the Disclosure Statement and confirmation of the Plan on __April 9, 2019 at 9:00 a.m._____(prevailing Central Time).

**Signed: January 28, 2019.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**