**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| GARDEN OAKS MAINTENANCE | § | 18-60018 (DRJ) |
| ORGANIZATION, INC. | § | (Chapter 11) |
| | § | |
| DEBTORS | § | |

**NOTICE OF RECONSTITUTED COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby reconstitutes the Committee of Unsecured Creditors in these cases:

| Members | Counsel for Member |
|---|---|
| 1. Peter Shun-Hsien Chang<br>1326 Sue Barnett Drive<br>Houston, TX  77018<br>Tel. 832-876-7945<br>E-Mail:  hygog0079@yahoo.com | |
| 2. Cheryl Luck<br>810 Azalea Street<br>Houston, TX  77018<br>Tel. 713-408-9949<br>E-Mail: cheryl.luckspaces@gmail.com | |

| | |
|---|---|
| 3. Patricia Mehrkam<br>   1082 Gardenia<br>   Houston, TX  77018<br>   Tel. 832-693-4301<br>   E-Mail:  standrewsepiscopal@hotmail.com | |
| 4. Gary C. Ingram<br>   14027 Memorial Drive, Suite 258<br>   Houston, TX  77079<br>   Tel. 832-217-0170<br>   E-Mail: ingram.gary@gmail.com | |

Dated: February 15, 2019          Respectfully Submitted,

                                        HENRY G. HOBBS, JR.
                                        ACTING UNITED STATES TRUSTEE
                                        REGION 7, SOUTHERN and WESTERN
                                        DISTRICTS OF TEXAS

                                        By:     /s/ Hector Duran
                                                     Hector Duran
                                                     Trial Attorney
                                                     Texas Bar No. 00783996
                                                     515 Rusk, Suite 3516
                                                     Houston, TX 77002
                                                     Telephone:  (713) 718-4650 x 241
                                                     Fax:  (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>15th</u> day of February, 2019.

                                           <u>/s/ Hector Duran</u>
                                           Hector Duran, Trial Attorney