**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| GARDEN OAKS MAINTENANCE § | Case No. 18-60018 |
| ORGANIZATION, INC. § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**NOTICE OF HEARING**
[Related to ECF No. 58]

**PLEASE TAKE NOTICE** that a hearing on the *First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP, as General Counsel for the Official Committee of Unsecured Creditors of Garden Oaks Maintenance Organization, Inc., for the Period June 4, 2018 through September 30, 2018* has been set for **Tuesday, March 19, 2019 at 2:30 p.m.** before the Honorable David R. Jones, United States Bankruptcy Court, 515 Rusk Street, Courtroom No. 400, Houston, Texas 77002.

Dated: March 7, 2019

DIAMOND MCCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio (State Bar No. 24083768)
crubio@diamondmccarthy.com
Michael D. Fritz (State Bar No. 24083029)
mfritz@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, TX 77010
Telephone:  713-333-5100
Facsimile:  713-333-5199

*Counsel to The Official Committee of Garden Oaks Maintenance Organization, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, a true and correct copy of the foregoing Notice of Hearing was served by electronic transmission to all parties registered to receive electronic notice through the Court's CM/ECF system.

/s/ Charles M. Rubio
Charles M. Rubio