

ENTERED
11/04/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARDEN OAKS MAINTENANCE ORGANIZATION, INC., | § § § | CASE NO. 18-60018 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GARDEN OAKS MAINTENANCE ORGANIZATION INC.'S SPECIAL COUNSEL HOOVER SLOVACEK LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD BEGINNING JANUARY 30, 2019 THROUGH MAY 23, 2019

(Docket No. 150)

On this day, came on for consideration the First and Final Fee Application for Allowance of Compensation for Services and Reimbursement of Expenses (the "Fee Application"), filed by Hoover Slovacek LLP (the "Applicant"), in its capacity as Special Counsel for the Official Committee of Unsecured Creditors of Garden Oaks Maintenance Organization, Inc. ("Committee"), in the above captioned proceeding, for the period of January 30, 2019 to May 23, 2019. The Court having reviewed the Fee Application requesting the allowance of compensation for services rendered and reimbursement for expenses, and it appearing that notice of the Fee Application having been given to all creditors, and those parties requesting notice, that no objections having been filed, and it further appearing that all of the services rendered and costs advanced by the Applicant on behalf of the Committee, as set forth in the Application, were reasonable, actual and necessary; it is, therefore,

ORDERED that:

1. The Fee Application is approved.

2. The Court authorizes payment and reimbursement to Applicants of the sum of $24,512.00 in fees and $507.52 in expenses, which is the aggregate sum of $25,019.52

3. The Court authorizes approval of payment of $25,019.52 by Randy Williams, Chapter 7 Trustee in the due order and course of distributions from the Estate.

**Signed: November 04, 2019**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**